IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: U.S. OFFICE OF PERSONNEL MANAGEMENT DATA SECURITY BREACH LITIGATION | MDL No. 2664<br><br>Case No. 1:15-mc-01394-ABJ<br><br>Hon. Amy Berman Jackson<br><br>Electronically Filed |

APPLICATION OF GARY E. MASON FOR
APPOINTMENT AS LIAISON COUNSEL

Pursuant to the Court's order of December 12, 2015 [Dkt. No. 19] and Rule 23(g) of the Federal Rules of Civil Procedure, I, **Gary E. Mason**, hereby submit this application for appointment as Liaison Counsel. In support of this application, I state and attest as follows:

1. The Initial Practice and Procedure Order entered in this matter on November 10, 2015 appointed me and Daniel Reilly as interim Liaison Counsel and, among other things, set forth certain tasks to be performed in preparation for the Initial Scheduling and Case Management Conference held on December 15, 2015. As directed by the Order, I organized and managed the 65 attorneys who represent plaintiffs in this matter as follows:

- I organized and hosted a meeting of plaintiffs' counsel to discuss the issues identified by the Court. The meeting took place in my Washington, D.C. office on November 17, 2015. Thirteen attorneys attended in person and several others participated by phone. I was able to direct the group to consensus on nearly all issues. I continued to

support and monitor subsequent follow-up calls and email exchanges as the group continued to work through the various issues and draft a consensus Status Report.

- With approval of all plaintiffs' counsel, I was able to form a smaller leadership group of 12 attorneys who participated with me on a call with defense counsel on December 1, 2015.

- Together with members of the leadership group, I drafted and finalized a draft Status Report, which was submitted to defense counsel for review and comment.

- I continued to work with and act as liaison between defense counsel and the leadership group to finalize the Joint Status Report, which was filed on December 8, 2015.

- Subsequent to the filing of the Joint Status Report, I continued to work with various members of the leadership group to prepare for the Initial Scheduling and Case Management Conference.

- By agreement of all plaintiffs' counsel, I represented the plaintiffs at the Conference for the purposes of communicating generally with the Court on issues raised by the Joint Status Report and related scheduling and organizational issues.

2.  As my work to date on this matter demonstrates, I have carried out my responsibilities as interim Liaison Counsel efficiently and effectively. I would like to continue serving in this role on behalf of the Court and for my clients – the American Federation of Government Employees and Individual Plaintiffs Robert Crawford and Adam Dale – and all other plaintiffs in this matter and their counsel.

3.  My prior experience with cases involving data breaches and, in particular, a major data breach involving the federal government, makes me especially well-suited to serve this

2

position. I was Co-Lead Counsel in *In re Dept. of Veterans Affairs (VA) Data Theft Litig.*, No. 1:2006-cv-00506, MDL 1796 (D.D.C. 2006), a class action arising out of the theft of an external hard drive containing sensitive personal information of 26.6 million veterans and their spouses. I assisted in the briefing of plaintiffs' opposition to the government's motion to dismiss, which resulted in an order denying the motion with respect to the Privacy Act claims, but granting the motion with respect to the APA claims. *In re VA Data Theft Litig.*, 2007 U.S. Dist. LEXIS 96696 (D.D.C. Nov. 16, 2007). With the assistance of Magistrate Judge Alan Kay, the case subsequently settled with the creation of a $20 million fund. *See In re VA Data Theft Litig.*, 653 F. Supp. 2f 59 (D.D.C. 2009) (approving settlement).

4.      I have represented plaintiffs in several other data breach cases, including *In re Google Buzz Privacy Litig.*, No. 5:10-cv-00672 (N.D. Cal. 2010) (court-appointed (sole) Lead Counsel; $8.5 million settlement) and *In re: Adobe Sys. Inc. Privacy Litig.*, No. 5:13-cv-05226 (N.D. Cal. 2015) (court appointed member of Executive Committee; settlement requiring enhanced cyber security measures and audits).

5.      I have been a member of the D.C. Bar and of this Court since 1989 and I have served as lead or co-lead counsel in numerous complex cases in this forum. For example, in addition to the *VA Data Theft* case noted above, I was Lead Counsel in *Nnadili v. Chevron U.S.A., Inc.*, No. 02-cv-1620 (D.D.C.) ($6.2 million settlement for owners and residents of 200 properties located above underground plume of petroleum from former Chevron gas station); Co-Lead Counsel for the indirect purchaser class in *In re: Rail Freight Fuel Surcharge Antitrust Litig.*, No.1:07-mc-00489 (D.D.C); and Class Counsel in *In re Black Farmers Discrimination Litig.*, No. 1:08-mc-00511 (D.D.C.). I am currently Co-Lead Counsel in a collective class action before Judge Kollar-Kotelly, *Dinkel v. MedStar Heath Inc.*, No. 11-998 (D.D.C.).

6. I have served as Lead Counsel or Class Counsel in numerous class actions across the country, with an emphasis on cases involving defective construction materials. These cases include *Hobbie v. RCR Holdings II, LLC*, No. 10-cv-00113, MDL No. 2047 (E.D. La. 2012) (354 unit condominium built with Chinese drywall; $30 million settlement providing complete remediation), *In re: MI Windows & Doors Inc. Prods. Liab. Litig.*, No. 2:12-mn-00001, MDL No. 2333 (D.S.C.) (defective windows; claims-made settlement for over 1 million homes), and *Galanti v. Goodyear Tire & Rubber Co.*, No. 03-209 (D.N.J. 2003) (nationwide settlement established $330 million fund for owners of homes with defective radiant heating systems).

7. I am a graduate of Brown University (A.B., 1984, Honors, Phi Beta Kappa) and Duke Law School (1987), where I was an Articles Editor for *Law and Contemporary Problems*. After graduating from law school, I clerked for the Hon. Andrew J. Kleinfeld (D. Alaska) and afterwards joined Skadden Arps Slate Meagher & Flom as a Litigation Associate, followed by Cohen Milstein Hausfeld & Toll, where I was a Partner and Co-Chair of the Product Liability and Consumer Protection Practice Group. I have been listed annually as a *District of Columbia Super Lawyer* since 2012. I am a member of the American Association for Justice (Former Co-Chair, Class Action Litigation Group; Chair, Rule 23 Working Group) and the American Bar Association. I am admitted to the District of Columbia Court of Appeals, the Supreme Court of New York, the Court of Appeals of Maryland, the United States District Court for the District of Columbia, the United States District Court for the Northern District of New York, the United States District Court for the District of Maryland, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Sixth Circuit, the United States District Court for the Tenth Circuit, and the United States Supreme Court. My personal resume is attached hereto as Exhibit A.

8. I am the Managing and Founding Partner of Whitfield Bryson & Mason LLP an 11-attorney litigation law firm with offices in Washington, D.C., Raleigh, North Carolina, Nashville, Tennessee, and Madisonville, Kentucky. My firm is prepared to commit the necessary resources to pursue this matter expeditiously. I have already done extensive work on this matter and we have thus far dedicated an associate and a paralegal to the action. We have participated in numerous MDLs that have required significant financial commitments and, through a combination of self-funding and, if necessary, borrowing from our institutional lenders, we are prepared to contribute financially as necessary here. We have no fee agreements expected or in place. A copy of my firm's resume is attached hereto as Exhibit B.

9. My work on this matter to date has provided me with some insight into how this matter can be effectively and efficiently managed. It is my view that this case can be managed by a single attorney serving as Lead Counsel, a single attorney serving as Liaison Counsel and an Steering Committee of no more than 10 attorneys.[1]

10. Based on his deep experience litigating complex cases and, in particular, data breach cases, I would recommend Daniel Girard for Lead Counsel. To the extent the Court believes the case is best served by Co-Lead Counsel, I would further recommend Norman Siegel or John Yanchunis both of whom have extensive experience leading data breach MDLs. To the extent, the Court believes the case is best served by Co-Liaison Counsel, I would recommend either Hassan Zavareei or David Thompson, both of whom are highly-experienced local attorneys who have litigated cases against the federal government under the APA.

---

[1] The attorneys who have, on behalf of all plaintiffs, demonstrated the highest commitment and contributed the most substantively to these proceedings include: Daniel Girard, Norman Siegel, John Yanchunis, Edward Ciolko, Joel Bernstein, Nicholas Koluncich, Charles LaDuca, Denis Sheils, Tina Wolfson, Hassan Zavareei and David Thompson.

Dated: December 22, 2015

        Respectfully submitted,

        /s/ Gary E. Mason

        Gary E. Mason
        **Whitfield Bryson & Mason LLP**
        1625 Massachusetts Ave., NW.
        Suite 605
        Washington, DC 20036
        P: (202) 640-1160
        F: (202) 429-2294

        *Interim Liaison Counsel and Counsel for Plaintiffs American Federation of Government Employees, Robert Crawford and Adam Dale*