UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: U.S. OFFICE OF PERSONNEL MANAGEMENT DATA SECURITY BREACH LITIGATION ) ) ) ) ) | Misc. Action No. 15-1394 (ABJ) MDL Docket No. 2664 |
| This Document Relates To: ) ) ) ALL CASES ) ) ) | |

## APPLICATION OF KOHN SWIFT & GRAF, P.C. TO BE APPOINTED TO THE PLAINTIFFS' STEERING COMMITTEE

Kohn, Swift & Graf, P.C. ("KS&G") hereby submits this application to be appointed to the Plaintiffs' Steering Committee.

On August 12, 2015 KS&G, on behalf of Teresa J. McGarry, filed one of the first complaints stemming from the cyber breaches of OPM's systems in the United States District Court for the District of Colorado (hereinafter the "Colorado Complaint"). The Colorado Complaint was the first complaint to name the United States Department of Homeland Security ("DHS") as a defendant. The investigation that KS&G conducted in preparing the Colorado Complaint, and in particular the allegations regarding DHS, will be useful in the drafting of a Consolidated Amended Complaint and, along with KS&G's demonstrated ability to handle class-action and MDL cases, merits the appointment of KS&G to the Plaintiffs' Steering Committee.

In further support of its application, KS&G relies upon its firm resume attached as Exhibit "A" to the Declaration of Denis F. Sheils, also attached hereto and incorporated by reference herein.[1]

Respectfully submitted,

/s/ Denis F. Sheils
Joseph C. Kohn
Denis F. Sheils
William E. Hoese
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
Facsimile: (215) 238-1968
jkohn@kohnswift.com
dsheils@kohnswift.com
whoese@kohnswift.com

Attorneys for Plaintiff Teresa J. McGarry

---

[1] KS&G also supports the application of Gary Mason to be appointed Liaison Counsel. Based on his experience in litigating complex cases, data-breach cases and, specifically *In re VA Data Theft Litig.*, 2007 U.S. Dist. LEXIS 96696 (D.D.C. Nov. 16, 2007), which involved both the Privacy Act and Administrative Procedure Act, along with the substantial and exemplary work he has already provided in this matter, Mr. Mason deserves to be appointed Liaison Counsel.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: U.S. OFFICE OF PERSONNEL MANAGEMENT DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | Misc. Action No. 15-1394 (ABJ)<br>MDL Docket No. 2664 |

### DECLARATION OF DENIS F. SHEILS IN SUPPORT OF KOHN, SWIFT & GRAF, P.C.'S APPLICATION TO BE APPOINTED TO THE PLAINTIFFS' STEERING COMMITTEE

Denis F. Sheils, declares as follows:

1. I am a shareholder in the law firm Kohn, Swift & Graf, P.C. ("KS&G"). I have personal knowledge of the matters set forth herein.

2. KS&G represents Teresa J. McGarry. On August 12, 2015, KS&G filed a complaint on behalf of Ms. McGarry in the United States District Court for the District of Colorado (the "Colorado Complaint"). It was one of the first complaints to be filed stemming from the cyber breaches of OPM's systems. It was also the first complaint to name as a defendant the United States Department of Homeland Security ("DHS"). The investigation that KS&G conducted in preparing the Colorado Complaint, and in particular the allegations regarding DHS, would be useful to the drafting of a Consolidated Amended Complaint and, along with KS&G's demonstrated ability to handle class action and MDL cases, merits the appointment of KS&G to the Plaintiffs' Steering Committee.

3. In further support of KS&G's Application, I respectfully submit KS&G's firm resume attached hereto as Exhibit "A."

146950

4.      In addition, KS&G supports the application of Gary Mason to be appointed Liaison Counsel.  Mr. Mason has experience in litigating complex cases and data breach cases which involve the Privacy Act and the Administrative Procedure Act.  Mr. Mason has also provided substantial and exemplary work in this matter thus deserving appointment as Liaison Counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct .

Executed this 22nd day of December, 2015 at Philadelphia, Pennsylvania.

/s/ Denis F. Sheils
Denis F. Sheils

EXHIBIT "A"

## KOHN, SWIFT & GRAF, P.C.

Since its founding in 1969, the firm of Kohn, Swift & Graf, P.C., has been a national leader in the prosecution of antitrust class actions and other complex commercial litigation. Kohn, Swift & Graf, P.C. and its attorneys have been selected by courts and co-counsel to be lead counsel, or members of the executive committee of counsel, in scores of class actions throughout the country in the antitrust, securities fraud, tort and consumer protection fields.

The firm has been co-lead counsel in the Holocaust Era cases and other ground breaking international human rights litigation which have resulted in settlements totaling billions of dollars for plaintiff classes from Swiss banks and German and Austrian industries. The firm also maintains a general business litigation practice representing plaintiffs and defendants, including Fortune 500 and other publicly traded corporations, in state and federal courts.

The firm and its shareholders have been recognized for their excellence in antitrust, business and human rights litigation by numerous publications, including the Best Lawyers in America, Chambers USA America's Leading Business Lawyers and Pennsylvania Super Lawyers.

The Kohn firm has been a leader in the prosecution of antitrust class actions for the past 40 years. The firm was recently appointed one of the lead counsel in In re Automotive Parts Antitrust Litigation, Master File No. 12-md-02311 and MDL No. 2311 (MDL No. 2311 includes In re Wire Harness Antitrust Litigation; In re Instrument Panel Cluster Antitrust Litigation; In re Heater Control Panel

Antitrust Litigation; In re Occupant Safety Systems Antitrust Litigation; and In re Bearings Antitrust Litigation). The firm has also served as lead or co-lead counsel in the following antitrust class actions, among others: In re Packaged Ice Antitrust Litigation, Case No. 08-MD-01952 and MDL No. 1942 (E.D. Mich.); In re Fasteners Antitrust Litigation, MDL No. 1912 (E.D. Pa.); In re Graphite Electrodes Antitrust Litigation, MDL No. 1244 (E.D. Pa.) (over $133 million in settlements obtained for the class); In re Automotive Refinishing Paint Antitrust Litigation, MDL No. 1426 (E.D. Pa.) (settlements totaling $105.75 million); In re Plastics Additives Antitrust Litigation, MDL No. 1684 (E.D. Pa.) (settlements of $46 million); In re Residential Doors Antitrust Litigation, MDL 1039 (E.D. Pa.) ($18 million in settlements); In re Chlorine and Caustic Soda Antitrust Litigation, 116 F.R.D. 622 (E.D. Pa. 1987) (settled on eve of trial for $51 million); Cumberland Farms, Inc. v. Browning Ferris Indus., Inc., 120 F.R.D. 642 (E.D. Pa. 1988) (class action alleging price fixing in waste hauling industry-case settled shortly before trial for $50 million); In re Compact Disc Minimum Advertised Price Antitrust Litigation, MDL No. 1361 (D. Me.) (settlements totaling $143 million approved); In re Stock Exchanges Options Antitrust Litigation, MDL No. 1283 (S.D.N.Y.) (settlements reached with over 40 defendants for $44 million); In re Pillar Point Partners Antitrust Litigation, MDL No. 1202 (D. Arizona) (settlements of $50 million); In re Amino Acid Lysine Antitrust Litigation, 918 F.Supp. 1190 (N.D. Ill. 1996) (settlements in excess of $50 million); In re Toys "R" Us, Inc., Antitrust Litigation, MDL 1211 (E.D.N.Y.) ($55 million settlement value); In re Plywood Antitrust Litigation, MDL 159 (D. La.)

(tried to verdict for plaintiffs; affirmed by Fifth Circuit; total settlements of approximately $173 million).

In addition, the Kohn firm is and has been a member of a steering committee or executive committee of counsel in dozens of antitrust class actions, including: In re Currency Conversion Fee Antitrust Litigation, (S.D.N.Y.); In re Carbon Fiber Antitrust Litigation (C.D. Cal.); In re Linerboard Antitrust Litigation (E.D.Pa.); In re Relafen Antitrust Litigation (D.Mass.); In re Brand Name Prescription Drugs Antitrust Litigation (N.D. Ill.); In re Commercial Explosives Antitrust Litigation (D. Utah); In re Catfish Antitrust Litigation (N.D. Miss.); In re Commercial Paper Antitrust Litigation (M.D.Fla.); In re Glassine and Greasproof Paper Antitrust Litigation (E.D. Pa.); In re Corrugated Container Antitrust Litigation, (S.D. Tex.); In re Sugar Industry Antitrust Litigation (E.D. Pa.).

The Kohn firm also maintains a business litigation practice and has represented private clients as plaintiffs in antitrust cases where it was the sole counsel, or assisted by a few co-counsel. These cases were hard fought and several have proceeded through trial and appeals: Alvord-Polk, Inc. v. F. Schumacher & Co., 37 F.3d 996 (3d Cir. 1994), cert.denied, 514 U.S. 1063 (1995) (summary judgment in favor of defendants reversed by Third Circuit; certiorari denied by the Supreme Court; case tried to conclusion before a jury and settled after trial); Gulfstream III Associates, Inc. v. Gulfstream Aerospace Corp., 995 F.2d 425 (3d Cir. 1993) (jury verdict in favor of plaintiff; case settled); Big Apple BMW, Inc. v. BMW of North America, Inc., 974 F.2d 1358 (3d Cir. 1992), cert. denied, 507 U.S. 912

(1993) (summary judgment in favor of defendant reversed by Third Circuit; case settled prior to trial).

In addition to its antitrust practice, the Kohn firm has been retained by institutional investors, including several multi-billion dollar pension funds, to monitor their investments and to commence litigation when appropriate. The firm has brought litigation on behalf of the Retirement System of the City of Philadelphia, the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit. The Kohn firm has been lead or co-lead counsel in the following securities class actions among others: In re KLA-Tencor Corp. Securities Litigation, Master File No. 06-cv-04065-MJJ (N.D. Cal) ($65 million settlement approved); In re Marvell Technology Group, Ltd. Securities Litigation, Master File No. 06-06286-RMW (N.D. Cal.) ($72 million settlement approved); In re Calpine Corporation Securities Litigation, Master File No. C-02-1200 (N.D. Cal) (settled on an individual basis after trial preparation nearly complete); In re Schulman Partnerships Securities Litigation, MDL 753-AAH (C.D. Ca.); Goldenberg, et al. v. Marriott PLP Corp., et al., No. PJM 95-3461 (D. Md.); In re Intelligent Electronics, Inc. Securities Litigation, Master File No. 92-CV-1905 (E.D. Pa.); WEBBCO v. Tele-Communications, Inc., et al., No. 94-WM-2254 (D. Colo.); The Carter Revocable Trust v. Tele-Communications, Inc., et al., No. 94-WM-2253 (D. Colo.); Rabin v. Concord Assets Group, Inc., et al., 89 Civ. 6130 (LBS) (S.D.N.Y.); Sadler v. Stonehenge Capital Corp., et al., 89 Civ. 6512 (KC); Ramos, et al. v. Patrician Equities Corp., et al., 89 Civ. 5370 (TPG) (S.D.N.Y.); In re

Advacare Securities Litigation, (E.D. Pa. 1993); Solo, et al. v. Duval County Housing Finance Authority, et al., No. 94-1952-CA (Duval Cty. Fla.); In re Clinton Oil Securities Litigation, (D. Kan. 1982).

The firm also has litigated numerous consumer and mass tort class actions, such as: In re Synthroid Marketing Litigation, MDL No. 1182 (N.D. Ill.); In re Temporomandibular Joint (TMJ) Implants Products Liability Litigation, MDL No. 1001 (D. Minn.); In re Bolar Pharmaceutical Co., Inc. Generic Drug Consumer Litigation, MDL No. 849 (E.D.Pa.); In re General Motors Corporation Pickup Truck Fuel Tank Products Liability Litigation, MDL No. 961 and Master File No. 92-6450 (E.D.Pa.); In re Factor VIII or Factor IX Concentrate Blood Products Litigation, Civil Action No. 93-5969 and MDL No. 986 (N.D.Ill.); In re Copley Pharmaceutical, Inc., "Albuterol" Products Liability Litigation, MDL Docket No. 94-140-1013 (D. Wyo.).

Courts throughout the country have praised the firm's ability to handle complex class litigation:

In re Automotive Refinishing Paint Antitrust Litigation, MDL No. 1426 (E.D. Pa.). Judge Surrick stated: "I want to commend counsel on both sides of this litigation. I think the representation on both sides of this litigation is as good as I've ever seen in my entire professional career." Transcript of hearing, August 9, 2007, pp. 18-19.

In re Graphite Electrodes Antitrust Litigation, Master File No. 97-CV-4182, MDL No. 1244 (E.D. Pa.). Judge Weiner wrote that "[c]lass counsel exhibited the

highest level of skill and professionalism in their conduct of this litigation." Order of September 8, 2003.

<u>In re Compact Disc Minimum Advertising Price Antitrust Litigation</u>, MDL No. 1361 (D. Me.). In selecting the firm as lead counsel, Judge Hornby stated that "I have concluded that the firm Kohn, Swift & Graf has the experience, skill, resources, and expertise best able to move this matter forward, and I hereby designate that firm as lead counsel." Order of January 26, 2001, p. 2.

<u>In re Amino Acid Lysine Antitrust Litigation</u>, MDL No. 1083 (N.D. Ill.). After selecting Kohn Swift & Graf, P.C. as sole lead counsel, at the conclusion of the case Judge Shadur praised the firm's "extraordinarily professional handling" of the matter, which justified the selection of the firm *ab initio*. Transcript of hearing, February 27, 1998, pp. 3 -4.

<u>In re: Rio Hair Naturalizer Products Liability Litigation</u>, MDL 1055 (E.D. Mich.). Judge Rosen stated that "the work of [lead counsel] and the manner in which they conducted themselves exhibited the very highest level of professionalism and competence in our legal system." 1996 U.S. Dist. LEXIS 20440, *57 (E.D. Mich., December 20, 1996).

<u>In re: Montgomery Ward Catalog Sales Litigation</u>, Master File No. 85-5094, MDL No. 685 (E.D. Pa). Judge Green praised "the efficient and excellent quality of the attorneys' work." Memorandum and Order, August 24, 1988.

## JOSEPH C. KOHN

Joseph C. Kohn is a shareholder and director in the firm of Kohn, Swift & Graf, P.C., with which he has been associated since 1982. He has personally tried jury and non-jury cases and argued cases in the Third Circuit Court of Appeals, the Judicial Panel on Multidistrict Litigation, and in Federal Courts in Pennsylvania, New York, New Jersey, Illinois, Texas, Georgia and the District of Columbia and in various State trial and appellate Courts throughout Pennsylvania.

Mr. Kohn has a Cum Laude Bachelor's Degree from the University of Pennsylvania and a 1982 J.D. Degree, Cum Laude, from Villanova Law School, where he was both Editor-in-Chief of the Villanova Law Review and winner of the prestigious Reimel Moot Court competition, an accomplishment unique in the law school's history. He was elected to the Order of the Coif, and later served on the Villanova Law School Board of Consultors.

Since joining the Kohn firm in 1982, he has represented both plaintiffs and defendants in securities law, antitrust, civil rights, toxic tort, consumer fraud, product liability, RICO and other complex litigation in class and non-class cases. He has been appointed by courts or co-counsel as lead or co-lead counsel in the following securities fraud class actions: In re Marvell Technology Group, Ltd. Securities Litigation, No. 06286-RMW (N.D. Cal.); In re KLA-Tencor Corporation Securities Litigation, Master File No. 06-cv-04065- MJJ (N.D. Cal.); In re Calpine Securities Litigation, C-02-1200 (SBA) (N.D. Cal.); In re Schulman Partnerships Securities Litigation, MDL 753- AAH (C.D. Cal.); In re: Intelligent Electronics, Inc. Securities Litigation, Master File No. 92-CV-1905 (E.D. Pa.); Rabin v. Concord Assets Group, Inc., et al., 89 Civ. 6130 (LBS) (S.D.N.Y.); Sadler v. Stonehenge Capital Corp., et al., 89 Civ. 6512 (KC); Ramos, et al. v. Patrician Equities Corp., et al., 89 Civ. 5370 (TPG) (S.D.N.Y.); In re Advacare Securities

Litigation, (E.D. Pa. 1993). He has been appointed by Courts and co-counsel as co-lead counsel in the following pending or recently concluded cases: In re Compact Disc Minimum Advertised Price Antitrust Litigation, MDL No. 1361 (D. Me); In re Graphite Electrodes Antitrust Litigation, MDL No. 1244 (E.D. Pa.); In re Stock Exchanges Options Trading Antitrust Litigation, No. M-21-79 (RCC) (S.D.N.Y.); In re Synthroid Marketing Litigation, MDL No. 1182 (N.D. Ill.); In re Pillar Point Partners Antitrust Litigation, MDL No. 1202 (D. Ariz.); In re Toys "R" Us Antitrust Litigation, MDL No. 1211 (E.D. N.Y.); In re Metal Building Insulation Antitrust Litigation, H-96-3490 (S.D. Tex.); In re Sorbates Antitrust Litigation (Calif. Sup. Ct.). He has also participated in the following complex cases among others as lead counsel or a member of the executive committee of counsel: In re Pennsylvania Diet Drugs Litigation, Master File No. 0031262 (C.C.P. Phila. Co., Pa.); In re Copley Pharmaceutical Products Liability "Albuterol" Litigation, MDL No. 1013 (D. Wyo); In re Chlorine and Caustic Soda Antitrust Litigation, Master File No. 86-5428 (E.D. Pa.); Cumberland Farms, Inc. v. Browning Ferris Industries, et al., No. 87-3717 (E.D. Pa.); In Re Plastic Tableware Antitrust Litigation, No. 94-CV-3594 (E.D. Pa.); In re Tampico Fibers Antitrust Litigation, (E.D. Pa.); In re Residential Doors Antitrust Litigation, No. 94-CV-3744 (E.D. Pa.); In re Amino Acid Lysine Antitrust Litigation, MDL No. 1083 (N.D. Ill.); In re New York State Beer Antitrust Litigation (E.D. N.Y.); In re Paoli Railroad Yard PCB Litigation, Master File No. 86-2229 (E.D. Pa.), In re Montgomery Ward Catalog Franchise Litigation, MDL No. 685 (E.D. Pa.) and Schwab v. America On Line, Inc., No. 96 CH 13732 (Cook Co., Ill.).

He has been lead trial counsel in several major class action jury trials, including the Montgomery Ward franchise termination litigation which was settled after five weeks of trial immediately prior to closing arguments for $25 million plus forgiveness of all indebtedness from

the former franchisees to Ward in the approximate additional amount of $2 million. In February 1999, he tried Crawley v. Chrysler Corp., a consumer class action which resulted in a jury verdict of $62 million for the plaintiff class. In September, 2000, he was trial counsel in Stewart v. Associates, et al., a consumer fraud and RICO class action which was settled after three weeks of trial for $12 million. He also tried Parkway Corp. v. City of Philadelphia, a federal civil rights case, and won a $6 million jury verdict.

He has lectured at Continuing Legal Education courses of the Pennsylvania Bar Institute on commercial trial practices, expert evidence, class actions and antitrust law.

In January, 2001 he was appointed by Chief Judge Becker of the Third Circuit to a task force analyzing whether competitive auctions should be used to select lead counsel in class actions. He also serves as a "Judge Pro Tem" in the Philadelphia County Commerce Court Program.

He is a member of the American, Pennsylvania and Philadelphia Bar Associations, and has served as a member of the Pennsylvania Bar's House of Delegates, and the Federal Courts Committee of the Philadelphia Bar Association. He has been listed in The Best Lawyers in America and as a "Super Lawyer" in Pennsylvania.

## **DENIS F. SHEILS**

Denis F. Sheils is a shareholder in the firm of Kohn, Swift & Graf, P.C., with which he has been since 1987.

Mr. Sheils is a 1983 graduate of LaSalle University and a 1986 graduate of Fordham University School of Law. He is admitted to practice in the Commonwealth of Pennsylvania, the State of New York, the State of Nevada and before the United States Supreme Court, the United States Court of Appeals for the Second and Third Circuits, the United States District Courts for the Northern, Southern and Eastern Districts of New York, the Eastern District of Pennsylvania and the District of Nevada.

Since joining the Kohn firm in 1987, Mr. Sheils' practice has been concentrated in the areas of complex litigation, corporate matters and trusts and estates.

Mr. Sheils has represented plaintiffs and defendants in many high-profile cases, including the following: In re IndyMac Mortgage-Backed Securities Litigation, Master Docket No. 09 Civ. 04583 (LAK) (S.D.N.Y.); Police and Fire Retirement System of the City of Detroit v. Goldman, Sachs & Co., et al., No. 10-cv-4429 (S.D.N.Y.); In re Bear Stearns Mortgage Pass-Through Certificates Litigation, Master File No, 08-cv-8093 (S.D.N.Y.) In re KLA-Tencor Corporation Securities Litigation, Master File No. 06-cv-04065-MJJ (N.D. Cal.); In re Marvell Technology Group, Ltd. Securities Litigation, Master File No. C-06-06286-RMW (N.D. Cal.); Greene v. New York Mercantile Exchange, Inc. et al., C.A. No. 3835-VCN (Del. Ch.); In re Calpine Corporation Securities Litigation, Master File No. C-02-1200 (N.D. Cal.); In re Montgomery Ward Franchise Litigation, MDL-685 (E.D. Pa.); Aeropulse, Inc. v. Armstrong & Brooks, Ltd., 89-CV-0677 (E.D.N.Y.); In re Estate of Ferdinand Marcos Human Rights Litigation, MDL-840 (D. Haw.); Gurfein v. Sovereign Group, Inc., 92-CV-2083 (E.D. Pa.); Castle v. Cohen, Civ. No.

87-1042 (E.D. Pa.); In re Bear Stearns Litigation, Index No. 600780-08 (Supreme Court, New York County); In re Intel Pentium™ Processor Litigation, Master File No. 745729 (Santa Clara, California); Perish v. Intel Corporation, Civ. No. 755101 (Santa Clara, California); Manning v. Microsoft Corp., Civ. No. 93-1198 (Harrison County, Texas); Schwab v. America Online, No. 96 CH 13732 (Cook County, Illinois). Mr. Sheils was also involved in the Holocaust-related litigation, including, but not limited to In re: Holocaust Victim Assets Litigation, ("Swiss Bank Holocaust Litigation") Case No. 96-4849 (E.D.N.Y.) and In re Austrian and German Bank Holocaust Litigation, Master File No. 98 Civ. 3938 (S.D.N.Y.). He is a signatory to the agreement creating the German Foundation, "Remembrance, Responsibility and the Future," which provided approximately $4.5 billion to victims of the Holocaust.

Mr. Sheils has also handled corporate matters for a number of the firm's corporate clients. Mr. Sheils' representation has included employment discrimination matters, acquisition and sales of businesses and assets, real estate and collection matters.

Mr. Sheils and the firm also have a diverse and active trusts and estates practice, including trusts and estates with assets in millions of dollars.

Mr. Sheils is a biographee in Marquis' Who's Who in the World, Who's Who in America and Who's Who in American Law.

## WILLIAM E. HOESE

William E. Hoese, a shareholder in the firm of Kohn, Swift & Graf, P.C., joined the firm in April 1989. He is AV rated by Martindale-Hubbell. Immediately prior to joining the firm he was senior trial counsel in the Philadelphia Regional Office of the United States Securities and Exchange Commission.

Mr. Hoese received his Juris Doctor degree, magna cum laude, from the Syracuse University College of Law in 1984. He was inducted into the Justinian Honor Society and the Order of the Coif.

Mr. Hoese received his B.A. degree with honors in political science from The College of Wooster in 1980. He is a member of Phi Beta Kappa.

Mr. Hoese was co-lead counsel for the plaintiffs in In re Skin-Cap Products Liability Litig., MDL 1243 (S.D. Fla.). Mr. Hoese is also participating and has participated in numerous securities cases, as well as antitrust, mass tort, consumer, and other commercial cases, including: In re Marvell Technology Group Ltd. Securities Litig., Master File No. C-06-06286 RMW (N.D. Cal.); In re KLA-Tencor Corp. Securities Litig., Master File No. 06-cv-04065-MJJ (N.D. Cal.); In re Calpine Corporation Securities Litig., Master File No. C-02-1200 (N.D. Cal.); In re Dollar General Corporation Securities Litig., Civil Action No. 3:01-0388 (M.D. Tenn.); In re SmithKline Beckman Corp. Securities Litig., 751 F.Supp. 525 (E.D. Pa. 1990); In re SmithKline/Beecham Shareholders Litig., Phila. Ct. Common Pleas No. 2303; In re Northwest, Court File No. 89-5506 (Hennepin County Dist. Court, 4th Dist.); In re First Bank Systems, Court File No. 88-22227 (Hennepin County Dist. Court, 4th Dist.); Pacific Gas and Electric Securities Litig., Master File No. 893849 (Cal. Super. Ct.); In re Sulfuric Acid Antitrust Litig., MDL Docket No. 1536, Master File No. 03 CV 4576 (N.D. Ill.); In re Plastics Additives Antitrust Litig., Master Docket No. 03-CV-2038 (E.D. Pa.); In re Isostatic Graphite Antitrust

Litig., Master File No. 00-CV-1857 (E.D. Pa); In re Bulk [Extruded] Graphite Products Antitrust Litig., Master File No. 02 CV 06030 (D.N.J.); In re Graphite Electrodes Antitrust Litig., Master File No. 97-CV-4182 and MDL No. 1244 (E.D. Pa.); In re Commercial Explosives Antitrust Litig., MDL No. 1093S (D. Utah); In re Amino Acid Lysine Antitrust Litig., Civil Action No. 95 C 7679 and MDL No. 1083 (N.D. Ill.); In re Metal Building Insulation Antitrust Litig., Civil Action No. H-96-3490 (S.D. Texas); In re Commercial Tissue Antitrust Litig., MDL No. 1189 (N.D. Fla.); Sorbate Prices Cases, J.C.C.P. No. 4073 (Superior Court for the City and County of San Francisco); In re Domestic Air Transportation Antitrust Litig., Master File No. 1:90-CV-2485-MHS and MDL No. 861 (N.D. Ga.); Alvord-Polk, Inc., et al. v. F. Schumacher & Co., et al., Civil Action No. 90-3617 (E.D. Pa.); Fulton, Mehring & Hauser Co., Inc. v. The Stanley Works, et al., Civil Action No. 90-0987 C(5) (E.D. Mo.); In re Factor VIII or Factor IX Concentrate Blood Products Litig., Civil Action No. 93-5969 and MDL No. 986 (N.D. Ill.); In re: Silicone Gel Breast Implants Products Liability Litig., MDL-926, Master File No. CV 92-P-1000-S (N.D. Ala.); In re: Pennsylvania Diet Drugs Litig., Master Docket No. 9709-3162 (Common Pleas Court, Philadelphia County); In re: TMJ Implant Products Liability Litig., MDL 1001 and 94-MD-1001 (D. Minn.); In re: Copley Pharmaceutical, Inc. "Albuterol" Products Liability Litig., MDL-1013 (D. Wy.); In re General Motors Corporation Pickup Truck Fuel Tank Products Liability Litig., Master File No. 92-6450 and MDL No. 961 (E.D. Pa.); In re Chrysler Motors Corporation Overnight Evaluation Program Litig., MDL 740 (E.D. Mo.); In re Norelco Clean Water Machine Litig., Master File 88-8423 (E.D. Pa.); Barron v. Bolar Pharmaceutical Company, Inc., Civil Action No. 90-0536 (E.D. Pa.).

Mr. Hoese is a member of the Pennsylvania bar, and is admitted to practice before the United States District Court for the Eastern District of Pennsylvania and the United States Court of Appeals for the Third and Seventh Circuits.

## **BARBARA L. GIBSON**

Barbara L. Gibson is an associate with the firm of Kohn, Swift & Graf, P.C., where she has been since 2009.

Ms. Gibson graduated from Villanova University School of Law in 2009 and received her Bachelor's of Business Administration in Finance from the University of Notre Dame in 2004. Ms. Gibson is admitted to practice in the Commonwealth of Pennsylvania and the State of New York, as well as the United States District Courts for the Southern and Eastern Districts of New York and the Eastern District of Pennsylvania.

Since joining the firm, Ms. Gibson's practice has been focused on class action securities litigation and other complex litigation, including cases such as: In re IndyMac Mortgage-Backed Securities Litigation, Master Docket No. 09 Civ. 04583 (LAK) (S.D.N.Y.); Police and Fire Retirement System of the City of Detroit v. Goldman, Sachs & Co., et al., Case No. 10-CV-4429 (MGC) (S.D.N.Y.); Trustees of the Police and Fire Retirement System of the City of Detroit v. Clapp, et al., Case No. 08-CV-1515 (KMK) (S.D.N.Y.); In re Marvell Technology Group, Ltd. Securities Litigation, Master File No. C-06-06286-RMW (N.D. Cal.); In re Bear Stearns Mortgage Pass-Through Certificates Litigation, Master File No. 08-CV-8093 (LTS) (S.D.N.Y.); and Greene v. New York Mercantile Exchange, Inc. et al., C.A. No. 3835-VCN (Del. Ch.).

Prior to attending law school, Ms. Gibson worked in the financial services industry, where she attained her Series 7 and Series 63 licenses.