UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: U.S. OFFICE OF PERSONNEL MANAGEMENT DATA SECURITY BREACH LITIGATION )<br>)<br>)<br>)<br>)<br>) | Misc. Action No. 15-1394 (ABJ)<br>MDL Docket No. 2664 |
| This Document Relates To )<br>)<br>ALL CASES )<br>) | |

**MOTION OF PLAINTIFFS WILLIAM FLEISHELL III AND CHAD KAPPERS FOR APPOINTMENT OF MARK ROSEN TO SERVE ON PLAINTIFFS' STEERING COMMITTEE**

Pursuant to Initial Practice and Procedure Order entered November 10, 2015, and the schedule adopted by the Court's Order of December 15, 2015, William Fleishell III and Chad Kappers, plaintiffs in Action No. 1:15-cv-02089 filed in this Court, hereby move for appointment of their counsel, Mark Rosen of the law firm Barrack, Rodos & Bacine to serve in the leadership of this litigation, as a member of the Plaintiffs' Steering Committee, for the reasons set forth in the accompanying statement of points and authorities.

Dated: December 22, 2015      Respectfully submitted,

/s/ Mark R. Rosen
Mark R. Rosen
(D.C. Bar No. 336065)
Beth T. Seltzer
Barrack, Rodos & Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Fax: (215) 963-0838

and

Stephen R. Basser
Samuel M. Ward
Barrack, Rodos & Bacine
One American Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Fax: (619) 230-1874