UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: U.S. OFFICE OF PERSONNEL MANAGEMENT DATA SECURITY BREACH LITIGATION | Misc. Action No. 15-1394 (ABJ) <br> MDL Docket No. 2664 |
| This Document Relates To <br><br> ALL CASES | |

**STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF PLAINTIFFS WILLIAM FLEISHELL III AND CHAD KAPPERS FOR APPOINTMENT OF MARK ROSEN TO SERVE ON PLAINTIFFS' STEERING COMMITTEE**

Pursuant to Initial Practice and Procedure Order entered November 10, 2015, and the schedule adopted by the Court's Order of December 15, 2015, William Fleishell III and Chad Kappers, plaintiffs in Action No. 1:15-cv-02089 filed in this Court, seek judicial appointment of their counsel, Mark Rosen of the law firm Barrack, Rodos & Bacine to serve in the leadership of this litigation, as a member of the Plaintiffs' Steering Committee, for the following reasons.

While all of the plaintiffs' counsel are undoubtedly skilled and zealous advocates, Mr. Rosen and the Barrack firm bring some unique qualifications to serve on the Steering Committee, as part of the leadership team for prosecuting this action.

*First*, the attorneys of the Barrack firm have a proven track record, demonstrating their ability to successfully litigate some of the largest class actions ever prosecuted. Barrack attorneys served as lead or co-lead counsel in three class actions that secured a total of over **ten**

**billion dollars** for the benefit of the class members: WorldCom,[1] Cendant,[2] and McKesson.[3] Barrack attorneys have continued to rack up significant recoveries, recently obtaining settlements of $970.5 million in AIG,[4] and Mr. Rosen personally led the litigation in Bank of America, where he recently secured an agreement in principle, subject to court approval, to settle the claims of the class for over one-third of a billion dollars.[5]

Mr. Rosen and the Barrack firm have also prosecuted major antitrust class actions. For example, Mr. Rosen served as co-lead counsel in an antitrust action against the paint industry that resulted in recoveries totaling $105 million.[6]

*Second*, Mr. Rosen and the other Barrack attorneys have pioneered trend-setting cases that set important precedents changing the law for the benefit of their clients and others and have been on the cutting edge of new legal developments. For example, Mr. Rosen doggedly litigated a case through the state courts for eight years that established the precedent that builders and realtors selling homes have a duty to disclose to prospective buyers that the homes are near, but not on, undisclosed hazardous waste sites. *Strawn v. Canuso*, 140 N.J. 43, 657 A.2d 420 (1995).

---

[1] **$6.19 billion** recovery in *In re WorldCom, Inc. Sec. Litig.*, Master File No. 02 Civ. 3288 (DLC) (S.D.N.Y.) before the Honorable Denise Cote (settlement approvals in 2004, 2005, and 2012, including settlement with WorldCom's former auditor after five weeks of trial).

[2] **$3.21 billion** recovery in *In re Cendant Corp. Lit.*, Master File No. 98-1664 (WHW) (D.N.J.), before the Honorable William H. Walls (D.N.J.) (settlement approvals in 2001 and 2008).

[3] **$1.052 billion** recovery in *In re McKesson HBOC, Inc. Sec. Litig.*, No. C-99-20743-RMW, (N.D. Cal.), before the Honorable Ronald M. Whyte (settlement approvals in 2006-2008 and 2013).

[4] **$970.5 million** recovery in *In re American International Group, Inc. 2008 Sec. Litig.*, No. 08-CV-4772-LTS-DCF, (S.D.N.Y.), before the Honorable Laura Taylor Swain.

[5] *Pennsylvania Public School Employees' Retirement System v. Bank of America Corp.,* Civil Action No. 11-CV-00733-WHP (S.D.N.Y.), before the Honorable William H. Pauley (agreement in principle, subject to judicial confirmation, to settle for $335 million).

[6] *In re Automotive Refinishing Paint Antitrust Litig.*, No. 2:10-md-01426-RBS (E.D. Pa.), before the Honorable R. Barclay Surrick ($105 million in settlements).

Mr. Rosen and his colleagues have aggressively challenged the sales of mutual insurance companies to secure compensation for the mutual policyholders who were the owners of the company.[7]  The Barrack firm, in a trial led by Stephen Basser, was the first to *prove* at trial the important element of loss causation and consequent damages in a federal securities fraud class action since the Supreme Court's historic ruling in *Dura Pharmaceuticals*, which changed the law on that element of proof.[8]  After three years of vigorous litigation where, among other elements, defendants hotly contested loss causation, and following a three month trial, the Barrack firm achieved a unanimous verdict for the full amount sought on a per share basis by the lead plaintiff and the class.  Following an appellate process culminating in the Supreme Court's denial of defendants' petition for certiorari, Barrack recovered $145 million for the benefit of the class, which the district court approved in 2012.

Similarly, Mr. Basser of Barrack's West Coast office, with Mr. Rosen's participation, litigated a number of cases challenging the sale of deferred annuities to senior citizens that collectively achieved settlements valued between $552 million and $1.273 billion.[9]

---

[7] *Rieff v. Evans*, Civil Action No. CE 35780 (Iowa D.Ct., Polk County); *In re Harleysville Mutual*, November Term, 2011 No. 02137 (Pa. Ct. Common Pleas, Phila. County), before the Honorable Patricia A. McInerney.

[8] *In re Apollo Group, Inc. Sec. Litig.*, Master File No. CV 04-2147-PHX-JAT, (D. Ariz.), before the Honorable James A. Teilborg.

[9] Senior annuity cases in which Barrack served as a co-lead counsel or participated in the prosecution group, which achieved settlements valued in the aggregate between $552 million and $1.273 billion, after asserting claims against insurance companies under consumer protection and elder abuse statutes and the Racketeer Influenced and Corrupt Organizations Act, include the following:

- *Negrete. et al. v. Allianz Life Insurance Company of North America*, Case No. 05-cv-06838-CAS-MAN (C.D. Cal.), resulted in a claims-made settlement valued between $251 million and $971 million;
- *In re American Equity Annuity Practices and Sales Litig.*, Case No. 2:05-cv-06735-CAS-MAN (C.D. Cal.), resulted in a settlement valued at approximately $129 million;

The Barrack firm is also actively involved in so-called data breach/cyber attack litigation on behalf of aggrieved plaintiffs in such matters as *Anthem Healthcare, Experian* and *Medical Informatics Engineering*, and Mr. Basser – who would play an active role here – was instrumental in securing cyber-security experts on behalf of the putative Anthem class, among other important roles.

Mr. Rosen and Mr. Basser also have broad general litigation experience that they may draw upon in addressing the novel issues that may arise here.  For example, Mr. Rosen and Mr. Basser have led historic litigation challenging corporate transactions that adversely impacted company shareholders, securing an extra $880 million in consideration for the shareholders of Chiron when it was acquired by Novartis.[10]  In addition, Mr. Rosen successfully litigated against the government, in both the District Court and on appeal, in prosecuting constitutional challenges to laws restricting interstate commerce.[11]

*Third*, Mr. Rosen and the other Barrack attorneys have not been reluctant to take their claims to trial, or to prosecute appeals when they have encountered setbacks in the trial courts.

---

- *Rand v. American National Insurance Co.*, Case No.  3:09-cv-0639-WDB (N.D. Cal.), resulted in a settlement valued at more than $9 million;
- *Negrete, et al. v. Fidelity and Guaranty Life Insurance Co.*, Case No.  2:05-cv-06837-CAS-MAN (C.D. Cal.), resulted in a settlement valued at approximately $52.7 million;
- *Meadows v. Jackson National Life Insurance Co.*, Case No.  4:12-cv-1380-CW (N.D. Cal.), resulted in a settlement valued at more than $11.2 million;
- *Midland National Life Insurance Co Annuity Sales Practices Litig.*, Case No. 2:07-ml-01825-CAS-MAN (C.D. Cal.), resulted in a settlement valued at $79.5 million; and
- *In re National Western Life Insurance Deferred Annuities Litig.*, Case No. 05-cv-1018-AJB (WVG) (S.D. Cal.), resulted in a settlement valued at more than $21 million.

[10] *In re Chiron Shareholder Deal Litig.*, Case No. RG05-230567, (Cal. Superior Ct., Alameda County), before the Honorable Robert B. Freedman.

[11] *Atlantic Coast Demolition & Recycling, Inc. v. Board of Chosen Freeholders*, 48 F.3d 701 (3d Cir. 1995), *on remand*, 931 F. Supp. 341 (D.N.J. 1996), *aff'd*, 112 F.3d 652 (3d Cir.), *cert. denied*, 522 U.S.  966 (1997).

Barrack attorneys took the WorldCom case to trial, prosecuting it for five weeks until the final defendant agreed to make its financial statements available to the lead plaintiff and thereafter entered into a settlement for $65 million in cash and contingent rights that were later monetized for an additional $38 million.  And in Apollo, Mr. Basser led the Barrack firm in litigating one of the few securities fraud class actions that has been tried to a jury verdict since passage of the Private Securities Litigation Reform Act of 1995, resulting in a verdict in favor of the plaintiff class that was upheld in its entirety on appeal.[12]

Mr. Rosen has also handled the defense of several matters, including representing a group of defendants in a securities class action arising from the upheaval in the financial markets.[13]  He also served as lead trial counsel representing a major international bank in an injunction hearing successfully defending its acquisition of an American bank in response to the claims of a class of bank shareholders.[14]

Recently, Mr. Rosen successfully appealed the dismissal of a securities class action complaint in the Second Circuit, persuading the Court of Appeals to vacate the District Court's dismissal order and remand the case for further proceedings.[15]  Previously, he successfully appealed the dismissal of another securities class action, which following remand, settled for $90 million.[16]

---

[12] *In re Apollo Group, Inc. Sec. Litig.*, Master File No. CV-04-2147 PHX-JAT (D. Ariz.), before the Honorable James A. Teilborg.

[13] *In re RAIT Financial Trust Sec. Litig.*, Master File No. 2:07-cv-03148-LDD (E.D. Pa.).

[14] *In Re: Sovereign Bancorp Inc. Shareholders Litig.*, November Term 2008, Consolidated Case No. 2587 (Pa. Ct. Common Pleas, Phila. County).

[15] *Employees' Retirement System of Government of the Virgin Islands v. Blanford,* 794 F.3d 297 (2d Cir. 2015).

[16] *Iowa Public Employees' Retirement System v. MF Global, Ltd.*, 620 F.3d 137 (2d Cir. 2010).

*Fourth*, the Barrack attorneys are effective team players, with a history of working collaboratively when they have been assisting other firms serving as lead counsel in major litigation.  Barrack attorneys have served as chairs or members of key committees, such as their current service on the executive committee in Lithium Batteries,[17] as well as taken or defended critical fact and expert depositions, and assisted in drafting important legal and trial memoranda, always acting in accordance with the directions of lead counsel.[18]  These experiences will prove invaluable in coordinating discovery and other proceedings while allowing Mr. Rosen and Barrack to assist Lead Counsel in aggressively pursuing the claims of the class here.

*Fifth*, the Firm enjoys a fine reputation for civility, integrity and professionalism.  Indeed, Judge James A. Teilborg of the District of Arizona, remarked at the conclusion of the Apollo jury trial that trial counsel:

> brought to this courtroom just extraordinary talent and preparation....  The technical preparation, the preparation for your examination and cross-examination of witnesses has been evident in every single instance.  The preparation for evidentiary objections and responses to those objections have been thorough and foresighted.  The arguments that have been made in every instance have been well-prepared and well-presented throughout the case. *** Likewise, for the professionalism and the civility that you -- and the integrity that you have all demonstrated and exuded throughout the handling of this case, it has just, I think, been very, very refreshing and rewarding to see that. *** [W]hat I have seen has just been truly exemplary.

Similarly, Judge R. Barclay Surrick of the Eastern District of Pennsylvania made the following observation in approving the final settlement in Automotive Refinishing Paint Antitrust Litigation, in which Mr. Rosen served as plaintiffs' co-lead counsel:

> I want to commend counsel on both sides of this litigation.  I think that the representation on both sides of this litigation is as good as I've ever seen in my entire professional career.  Counsel worked together in this case.  They frankly

---

[17] *In re Lithium Ion Batteries Antitrust Litig.*, MDL Docket No. 2420, (N.D. Cal.), before the Honorable Yvonne Gonzalez Rogers.

[18] *See* Barrack firm resumé, attached hereto as Exhibit A.

made the job of this Court very easy and I commend all of you for what you've done in this litigation."

*Finally,* Barrack attorneys have the human and economic resources to pursue major litigation on a nationwide basis. They have the ability to devote the personnel needed to match any gauntlet of aggressive defense counsel, and have a track record of spending up to eight figures, where necessary, to finance the litigation of contingent fee cases, which form the bread and butter of their practice.[19]

These and other experiences demonstrate that Mr. Rosen and the other attorneys at his firm are seasoned litigators with broad experience managing complex class actions through discovery, trial and appeal.[20] With offices on both the East and West coasts, they are well-positioned to assist the appointed Lead Counsel in the efficient assignment and completion of case briefing and oral arguments, discovery projects, depositions, class proceedings, pre-trial proceedings, trial and any appellate issues. Their history of prosecuting and self-funding the prosecution of complex class actions similarly demonstrates the firm's willingness and ability to commit all necessary resources to this action at an expeditious pace, and to work cooperatively

---

[19] Demonstrating Barrack's ability to commit financial resources to this action, the District Judges overseeing the *WorldCom* and *AIG* cases approved reimbursement payments to Barrack and its co-lead counsel in excess of $14 million and $4 million, respectively, for expenses incurred in the prosecution of those cases.

[20] Barrack has assigned two partners to this action, Mr. Rosen and Mr. Basser. Each has extensive experience in litigating complex class actions, and would be able to draw upon the time and expertise of the firm's other attorneys and staff. In addition, Barrack's Little Rock and Dallas-based co-counsel for plaintiffs, John G. Emerson and David G. Scott, also stand ready to assist in the action.

with the appointed Lead Counsel and all other counsel for the plaintiffs and putative class in this action.

Dated:  December 22, 2015                                  Respectfully submitted,

                                                           /s/ Mark R. Rosen
                                                           Mark R. Rosen (D.C. Bar No. 336065)
                                                           Beth T. Seltzer
                                                           Barrack, Rodos & Bacine
                                                           3300 Two Commerce Square
                                                           2001 Market Street
                                                           Philadelphia, PA  19103
                                                           Telephone: (215) 963-0600
                                                           Fax: (215) 963-0838

                                                                   and

                                                           Stephen R. Basser
                                                           Samuel M. Ward
                                                           Barrack, Rodos & Bacine
                                                           One American Plaza
                                                           600 West Broadway, Suite 900
                                                           San Diego, CA 92101
                                                           Telephone: (619) 230-0800
                                                           Fax: (619) 230-1874