**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re U.S. Office of Personnel | ) | Misc. Action No. 15-1394 (ABJ) |
| Management Data Security | ) | MDL Docket No. 2664 |
| Breach Litigation | ) | |
| _____ | ) | |
| | ) | |
| This Document Relates To: | ) | |
| | ) | |
| ALL CASES | ) | |
| | ) | |
| _____ | ) | |

**APPLICATION FOR BEHRAM V. PAREKH TO BE APPOINTED**
**TO THE PLAINTIFFS' STEERING COMMITTEE**

**I.      INTRODUCTION**

Per the Joint Status Report filed by the parties on December 8, 2015 [D.E. 15] and this

Court's Order of December 15, 2015 [D.E. 19], Behram V. Parekh respectfully submits this

application for appointment of himself and his firm, Kirtland & Packard LLP, as a member of the

Plaintiffs' Steering Committee, specifically based on his expertise and knowledge related to

computer systems and the discovery of Electronically Stored Information ("ESI").  Mr. Parekh

has an extensive background in computer systems and has been selected by his peers to oversee

and negotiate ESI protocols and the discovery of ESI in numerous complex actions.  Specifically,

because of this expertise and experience, he was most recently appointed to the plaintiffs'

steering committee as co-chair of the ESI discovery committee in the *In re Benicar (Olmesartan)*

*Products Liability Litigation*, MDL 2606, currently pending in the United States District Court

for the District of New Jersey, and selected for the ESI committee in the UCLA Health Systems

data breach consolidated litigation pending in the Los Angeles Superior Court.  This is because,

as recently recognized by the State Bar of California, an attorney's ethical duty of competence

has evolved to now also include the necessity of having, or obtaining through a consultant, the

technical knowledge necessary to competently handle issues related to ESI and e-discovery. *See*, *The State Bar of California, Standing Committee on Professional Responsibility and Conduct*, *Formal Opinion No. 2015-193* (attached to the Declaration of Behram V. Parekh ("Parekh Decl.") as Exhibit A. With Mr. Parekh's knowledge and expertise in computer systems and e-discovery, the need for plaintiffs' counsel to retain costly technical consultants to help with e-discovery negotiations will be eliminated, or drastically reduced, resulting in significant efficiencies and cost savings in this litigation.

In addition to dealing with e-discovery issues, Mr. Parekh's background, experience, and continuing knowledge of computer systems will be especially important and helpful in this litigation, dealing with the breach of computer data security. Not only can Mr. Parekh understand the complex technical issues himself, but, as an experienced litigation attorney, can translate and explain those issues to the other attorneys in the litigation and to the Court and jury, as well as acting as an interface to any technical experts that may eventually be required. Thus, the inclusion of Mr. Parekh in the Plaintiffs' Steering Committee in this litigation will significantly enhance the efficiency and effective prosecution of this litigation.

Mr. Parekh first became involved in computers back in 1981, programming some of the first personal computers available, such as the TRS-80 Model I and Apple II. During the 1980s, Mr. Parekh learned the programming and systems administration of personal computers, mainframes, and servers, including learning to program in BASIC, FORTRAN, COBOL, Pascal, ADA, C, and C++, as well as working with or consulting regarding mainframe and server systems like the DEC PDP 11/44 and VAX/VMS, Sun Sparc servers, Novell Groupwise, and Microsoft Server. Mr. Parekh has also worked with and/or programmed numerous messaging, e-mail and database systems, including FidoNet, Exchange Server, Groupwise, Communigate,

Oracle, SQL, Paradox, and Access.

After this time, Mr. Parekh continued to work with computer systems through law school and as an attorney, both in a professional capacity as a computer consultant and simply as a hobby as well, and maintains a current knowledge of computer and database systems both from personal interest and from dealing with e-discovery issues in multiple litigations against large multi-national corporations.   Mr. Parekh's involvement in negotiating ESI protocols and conducting e-discovery in numerous litigations includes: dealing with issues regarding the production of ESI in native format; search methodologies including using technology-assisted review; production of information from database systems and other structured data sources in usable formats; and searching and producing of metadata, as well as coordinating the review of such produced documents.

Apart from Mr. Parekh's expertise with computer systems and ESI, he and his firm are very experienced in litigating large class action and mass tort litigation with a multitude of challenging issues and obtaining significant results on behalf of the individuals they represented. Mr. Parekh has been litigating class action and mass tort litigation for his entire 20 year career, and his firm has been involved in MDL litigation for decades, going back all the way to MDL-13 in 1967.

Neither Mr. Parekh nor his firm has attempted to include themselves on any negotiated "slate" or "structure" of counsel and has neither made nor received any promises of work or participation in this case.

## II.   CRITERIA FOR APPOINTMENT

Courts in MDL litigation of this type normally look to several criteria when determining

which attorneys to appoint to leadership positions to represent plaintiffs.  These include whether

the attorney and his firm are willing and able to commit to a time consuming and resource

intensive process, their professional expertise in the primary issues and subject matter of the

litigation, and whether they can work cooperatively with other plaintiffs' counsel.  Mr. Parekh

and his firm amply meet all such criteria.

### A.  WILLINGNESS AND ABILITY TO COMMIT TO A TIME CONSUMING AND RESOURCE INTENSIVE PROCESS

Mr. Parekh and his firm of Kirtland & Packard, a very capable full service law firm, have

extensive experience with class action cases.  The firm brings the following skills and benefits to

the leadership of this case:

- Nationwide class action and mass tort leadership and litigation experience;

- The proven ability to understand, litigate and communicate complex subjects;

- The proven ability to understand and litigate complex issues related to the discovery of electronically stored information;

- The proven ability to, if necessary, try to verdict complex actions;

- The proven ability to take cases through appeal and Supreme Court review;

- Significant manpower and resources;

- The experience and stability of a firm established in 1932 and dealing with complex litigation since the early 1970s.

The lead attorneys from the firm on this matter, Behram V. Parekh and Michael Louis

Kelly, personally also bring a wealth of class action litigation experience to this matter.

Behram V. Parekh is of counsel to Kirtland & Packard and has been litigating complex

class action and mass tort litigation for his entire 20 year career.  Mr. Parekh has acted as lead or

co-lead counsel in numerous complex class action and mass tort cases, including taking complex

litigation through trial and appeal.  Cases in which Mr. Parekh has served as plaintiffs' counsel

have resulted in recoveries to plaintiffs and class members in excess of 200 million dollars.

Further, as detailed more below, Mr. Parekh has the background and expertise with computer

systems that will significantly aid in the prosecution of litigation of this type.

Mr. Kelly is a senior partner with Kirtland & Packard.  Mr. Kelly has practiced with the

firm for his entire legal career spanning over 36 years, and has concentrated his trial practice in

product liability, consumer class actions and business litigation. He has tried many types of cases

to successful jury verdict, including obtaining a record setting individual discrimination verdict

of $63.9 million dollars in the *PrivatAir* case in 2005. He has worked tirelessly to expand

consumer protections. In the *Indochina International* case, Mr. Kelly obtained a multi-million

dollar verdict against several insurance companies when they conspired to provide their insured a

defense, but then wrongfully filed a declaratory relief action against their insured, to attempt to

reduce the money they paid to injured third parties. This case created a new form of insurer

liability to insureds.

Kirtland & Packard also has a full-fledged trial and appellate practice, with countless

verdicts and over 180 published opinions to its credit since the firm's founding in 1932, a list of

which is included in the firm's resume (Parekh Decl. Ex. B).  The firm has extensive experience

in complex multi-party and multi-district litigation, and has recently litigated, or is currently

involved in litigating the following complex MDL proceedings:

| CASE | MDL |
|---|---|
| In re: Unumprovident Corp. Securities, Derivative & ERISA Litigation | MDL-1552 |

| | |
|---|---|
| In re: Guidant Corp. Implantable Defibrillators Products Liability Litigation | MDL-1708 |
| In re: Medtronic, Inc., Implantable Defibrillators Products Liability Litigation | MDL-1726 |
| In re: Pet Food Products Liability Litigation | MDL-1850 |
| In re: Mattel, Inc., Toy Lead Paint Products Liability Litigation | MDL-1897 |
| In re: Bank of America Wage and Hour Employment Practices Litigation | MDL-2138 |
| In re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation | MDL-2151 |
| In re:  Photochromic Lens Antitrust Litigation | MDL-2173 |
| In re: Apple iPhone4 Product Liability Litigation | MDL-2188 |
| In re: Pom Wonderful LLC Marketing and Sales Practices Litigation | MDL-2199 |
| In re: Oreck Corporation Halo Vacuum Air Purifiers Marketing and Sales Practices Litigation | MDL-2317 |
| In re: Benicar (Olmesartan) Products Liability Litigation | MDL-2606 |

Kirtland & Packard has the willingness and ability to commit the resources necessary to litigate this case.  In addition to Mr. Parekh and Mr. Kelly, the firm has the attorney resources to staff this case with experienced lawyers to prepare pleadings, write motions and legal memoranda, conduct discovery, and prepare for trial, as necessary and required.  The firm's long history of over 80 years exemplifies that Kirtland & Packard is financially strong and stable as well.  Kirtland & Packard has put forth millions of dollars to fund other class action cases in which Kirtland & Packard was in a leadership role, such as in *In re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation*, MDL

2151 and *In re: Pom Wonderful LLC Marketing and Sales Practices Litigation*, MDL 2199, and would be willing and able to do the same here. Further, Kirtland & Packard will continue to commit the same resources and effort to this case as they have committed to their other successful litigation efforts, which have included taking cases through trial and appeal. Kirtland & Packard has the financial and human resources to properly and diligently represent plaintiffs and the putative class in this MDL.

## B.  PROFESSIONAL EXPERIENCE IN THE PRIMARY ISSUES AND SUBJECT MATTER OF THE LITIGATION

Mr. Parekh and his firm are also specifically well equipped to serve on the Plaintiffs' Steering Committee in this litigation due to their professional expertise in the primary issues and subject matter of the litigation.  As described above, Mr. Parekh and his firm has extensive experience in litigating complex, class action, and mass tort litigation in multi-district litigation proceedings.  Further, Mr. Parekh has the experience and expertise in computer systems that will considerably aid in both the discovery and substantive litigation of this matter.

Also, as set forth in the Introduction, and not repeated in detail here, Mr. Parekh first became involved in the computer community back in 1981, and has extensive knowledge of computers, programming, and security mechanisms.  Mr. Parekh's inclusion on the Steering Committee will result in not only effective prosecution of this litigation, but cost savings and efficiency in dealing with technical experts, counsel and the Court; all of which are important issues in this case.

## C.  WORKING COOPERATIVELY WITH OTHERS

Kirtland & Packard has acted as lead counsel, co-lead, and liaison counsel in multiple successfully concluded class action and mass tort litigation.  Further, Mr. Parekh and Mr. Kelly

have litigated class action, complex litigation, and mass tort claims for most of their legal careers and have been appointed as lead counsel or a member of a leadership committee in numerous cases, including serving as a member of the executive committee in *In re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation*, MDL-2151 in the Central District of California before Judge Selna, as co-lead counsel in *In re: Apple iPhone 4 Products Liability Litigation*, MDL-2188 in the Northern District of California before Judge Whyte, as sole lead counsel in *In re: Pom Wonderful LLC Marketing and Sales Practices Litigation*, MDL-2199, in the Central District of California before Judge Pregerson and in *In re: Oreck Corporation Halo Vacuum Air Purifiers Marketing and Sales Practices Litigation*, MDL-2317, in the Central District of California before Judge Snyder, and most recently as part of the Plaintiffs' Steering Committee in *In re: Benicar Products Liability Litigation*, MDL-2606.

In one of the more difficult California consolidated JCCP proceedings, Mr. Parekh was involved with over 25 other law firms who had filed related cases. Without the need for a formal lead counsel appointment process, Mr. Parekh was able to forge a consensus from rampant dissension, allocate and supervise detailed work including multiple trips to the Court of Appeals and California Supreme Court, eventually settle the case, distribute millions of dollars in relief, and divide and distribute fees, all without any significant disagreements derailing the complicated process.

The appointment of Mr. Parekh to leadership roles by courts and the selection of his inclusion in Plaintiffs' committees by his co-counsel exemplify Mr. Parekh's ability to work efficiently and cooperatively with other Plaintiffs' counsel towards the successful resolution of such litigation.

**III.      CONCLUSION**

Based on the foregoing, Behram V. Parekh respectfully requests that he and his firm be

appointed as a member of the Steering Committee in this litigation with special responsibility for

matters related to e-discovery.


DATED: December 21, 2015                         Respectfully submitted,

                                                 By: /s/ Behram V. Parekh
                                                 Behram V. Parekh
                                                 **KIRTLAND & PACKARD LLP**
                                                 2041 Rosecrans Ave, Third Floor
                                                 El Segundo, CA 90245
                                                 Tel: 310-536-1000
                                                 Fax: 310-536-1001
                                                 Email: bvp@kirtlandpackard.com

                                                 *Counsel for Plaintiff Victor Hobbs and all others*
                                                 *similarly situated*