**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: U.S. OFFICE OF PERSONNEL MANAGEMENT DATA SECURITY BREACH LITIGATION )<br><br>This Document Related To:<br><br>ALL CASES | Misc. Action No. 15-1394 (ABJ)<br>MDL Docket No. 2664 |

**APPLICATION OF PLAINTIFF RYAN BONNER**
**FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL AND**
**INTERIM LIAISON CLASS COUNSEL**

Plaintiff Ryan Bonner, by his attorneys, hereby applies, pursuant to Rule 23(g)(3) and the Court's December 15, 2015 Order directing all motions for interim leadership be filed by December 22, 2015, s*ee* ECF No. 19, for the appointment of Cooper & Kirk, PLLC, and Kessler, Topaz, Meltzer & Check, LLP, as Interim Co-Lead Class Counsel, and of David H. Thompson, of Cooper & Kirk, PLLC, as Interim Liaison Class Counsel. In support of his application, Plaintiff submits herewith a memorandum of points and authorities and accompanying exhibits.

WHEREFORE, for the reasons set forth in their accompanying memorandum of law and supporting material, Plaintiff respectfully moves that his Application for Appointment of Interim Co-Lead Class Counsel and Interim Liaison Class Counsel be granted.

A proposed Order granting the relief requested is attached for the Court's convenience.

Date:   December 22, 2015                    Respectfully submitted,

/s/ *David H. Thompson*
David H. Thompson (Bar No. 450503)
dthompson@cooperkirk.com
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601

Edward Ciolko*
eciolko@ktmc.com
KESSLER TOPAZ
  MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 822-0242
Facsimile: (610) 667-7056

*Admission Pending*

**Attorneys for Plaintiff Ryan Bonner**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of December, 2015, a true and correct copy of the foregoing Application of Plaintiff Ryan Bonner for Appointment of Interim Co-Lead Class Counsel and Interim Liaison Class Counsel was served with the Clerk of the Court using the CM/ECF system and upon all counsel of record.

/s/ *David H. Thompson*
David H. Thompson (Bar No. 450503)