UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: U.S. OFFICE OF PERSONNEL MANAGEMENT DATA SECURITY BREACH LITIGATION<br><br>This Document Related To:<br><br>ALL CASES | Misc. Action No. 15-1394 (ABJ)<br>MDL Docket No. 2664 |

## [PROPOSED] ORDER APPOINTING INTERIM CO-LEAD CLASS COUNSEL AND INTERIM LIAISON CLASS COUNSEL

Upon consideration of Plaintiff Ryan Bonner's Application for the Appointment of Interim Co-Lead Class Counsel and Interim Liaison Class Counsel, Plaintiff's memorandum of points and authorities and the materials in support of such Application, and pursuant to Rule 23(g)(3) of the Federal Rules of Civil Procedure, it is by the Court this _____ day of _____, 2016,

ORDERED that:

1. The Application is GRANTED.

2. Pursuant to Rule 23(g)(3) of the Federal Rules of Civil Procedure, the Court appoints Cooper & Kirk, PLLC, and Kessler Topaz Meltzer & Check, LLP, to serve as Interim Co-Lead Class Counsel on behalf of the putative plaintiff class alleged in this case.

3. The Court further appoints David H. Thompson, of Cooper & Kirk, PLLC, to serve as Interim Liaison Class Counsel for the putative plaintiff class alleged in the case.

_____
Hon. Amy Berman Jackson
United States District Judge