**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: U.S. OFFICE OF PERSONNEL MANAGEMENT DATA SECURITY BREACH LITIGATION <br><br> This Document Relates to: <br><br> ALL CASES | ) ) ) ) ) ) ) ) ) ) Misc. Action No. 15-1394 (ABJ) <br> MDL Docket No. 2664 |

**APPLICATION OF CHARLES J. LADUCA FOR APPOINTMENT
TO PLAINTIFFS' STEERING COMMITTEE**

Pursuant to the Court's order of December 12, 2015 [Dkt. No. 19] and Rule 23(g) of the Federal Rules of Civil Procedure, I, Charles J. LaDuca respectfully submit this application for appointment to Plaintiffs' Steering Committee.  In support of the application, I state as follows:

1. I am a partner with Cuneo Gilbert & LaDuca, LLP ("CGL"), a 20-attorney law firm with its main office in Washington, DC; other offices are in Bethesda, MD, Alexandria, VA and Brooklyn, NY.

2. CGL has a long history of successful advocacy in cases of national significance. Our practice focuses on complex litigation and legislative advocacy. We are unique in our ability to integrate these two areas of law, skilled in developing and implementing the Washington strategy for national class actions. Significant cases in which we have performed this role include *Enron* and *WorldCom* securities litigations.  In addition to our experience in data privacy litigation (described below), we have a national reputation in antitrust litigation and actions concerning defective building products, and also extensive experience and expertise in other consumer litigation, and in shareholder litigation.

3.      CGL has extensive experience in data privacy and data breach litigation, and has been involved in many recent data breach and data privacy actions, including *In re: Adobe Sys. Inc. Privacy Litig.*, No. 5:13-cv-05226 (N.D. Cal.) (action alleging that Adobe did not properly protect its customers' personal identifiable information and utilized antiquated security technology, resulting in a data breach impacting 38 million users);  *In re: The Home Depot, Inc. Customer Data Security Breach Litig.*, Case No. 1:14-md-02583-TWT (N.D. Ga.) (data breach class action, alleging that Home Depot did not take appropriate security measures to reasonably secure its customers personal data);  *Weiss v. Vizio Inc.*, Case No. 8:15-cv-01984-AB-AFM (C.D. Cal.) (novel application of the Video Privacy Protection Act, alleging that Vizio's wholesale collection—without permission—of customers' viewing history and coupling of that information with IP address and other information is a violation of the VPPA);  *IN RE: Premera Blue Cross Customer Data Security Breach Litig.*, Case No. 3:15-cv-02633-SI (D. Oregon) (case asserting major data breach of personal identifiable information, including medical records, resulting from substandard security precautions);  *Parker et al. v. Time Warner Entertainment Company, L.P.*, Case No. 98-cv-4265 (E.D.N.Y.),  No. 01-9069 (2nd Cir.) (novel case brought under the Cable Act on behalf of cable subscribers whose personal information was disclosed and sold to third parties );*Conboy v. AT&T Corp.*, Case No. 00-7284 (2nd Cir.) (class action brought against long-distance telephone carrier for disseminating customer information for debt collection purposes); *Dennis v. Metromail Corp.*, No. 96-04451 (Travis Co., Tex. Dist. Ct.) (class action brought by Ohio grandmother who received offensive phone calls from a convicted sex offender, against direct marketing firm that used prison inmates to process personal data gathered from consumers).

4.  CGL also has extensive experience in matters involving the federal government, and, with offices on Capitol Hill, maintains an active legislative advocacy practice. My partners include Jonathan W. Cuneo, who formerly served as counsel with the Federal Trade Commission and a Congressional committee, and Pamela B. Gilbert, former director of the Consumer Product Safety Commission. CGL has been involved in many complex litigation matters against, or involving, the federal government. These include *In Re Long-Distance Telephone Service Federal Excise Tax Refund Litig.*, No. 07-mc-0014-RCL (D.D.C.) ("Telephone Tax"), a MDL class action in this Court in which plaintiffs challenged the adequacy of a tax refund process instituted by the Internal Revenue Service, and *Rosner et al. v. United States of America*, Case No. 1:01-cv-01859 (S.D. Fla.), in which CGL acted as co-lead counsel in a case on behalf of survivors of the Holocaust in Hungary and their heirs, whose personal property, found on the "Gold Train" in the final days of World War II, was looted by U.S. Army personnel and improperly appropriated by the U.S. government.

5.  CGL has extensive experience in this Court, primarily in class action and other complex litigation. In addition to the aforementioned *Telephone Tax* litigation, CGL has participated in many other complex actions before this Court. *See, e.g., In re: Federal National Mortgage Association Securities, Derivative, and ERISA Litigation*, Case No. 08-cv-1093-RJL (D.D.C.); *In re: Living Social*, Case No. 11-mc-0472-ESH (D.D.C.) (consumer class action alleging violations of statutes regulating issuance of gift certificates with expiration dates); *Phelps, et al. v. Stomber, et al.*, Case No. 11-cv-1142 (D.D.C.) (securities class action concerning an investment fund managed by the Carlyle Group) ; *Buchwald v. Citibank, N.A.* Case No. 1:13-cv-00210-RLW (D.D.C.) (representation of the estate of humorist Art Buchwald in a dispute with a lender).

6. I have personally served as Lead Counsel or Class Counsel in numerous class actions, including many MDL proceedings, across the country, with an emphasis on cases involving defective construction materials. In *Galanti v. The Goodyear Tire and Rubber Co.*, No. 03-209 (D.N.J.), I served as lead counsel in a class action that led to a bi-national settlement that provided $340 million to homeowners who purchased defective radiant heating hose. In *In Re: CertainTeed Corp. Roofing Shingles Prod. Liab. Litig.*, MDL Docket No. 1817 (E.D. Pa.), I served as co-lead counsel in a class action concerning defective roofing shingles that resulted in a settlement valued between $655 to $741 million. *See also In Re: Kitec Plumbing System Prod. Liab. Litig.*, No. 3:09-md-2098 (N.D. Tex.) (co-lead counsel in class action concerning defective pipe fittings resulting in $125 million cash settlement); *Building Materials Corp. of Am. Asphalt Roofing Shingle Prod. Liab. Litig.*, MDL No. 8:11-mn-02000-JMC (D.S.C.) (lead counsel in class action concerning defective roofing shingles resulting in settlement valued at over $200 million).

7. CGL and Nicholas Koluncich, III represent Plaintiff Micaela Brown, a former federal employee, and have no fee agreements expected or in place. We support Mr. Koluncich's application to join the Steering Committee, which will also be filed today.

8. Working with Mr. Koluncich, we have already done a substantial amount of work in the action, particularly focused on prospective discovery and injunctive relief, and related legal and factual research.

9. We are prepared to devote additional attorneys and other resources, as needed, to the prosecution of this action.

10. We have participated in numerous class actions and MDLs that have required significant financial commitments, and are prepared to contribute financially as necessary here.

11. I also support the respective applications of (1) Gary E. Mason for Liaison Counsel, and (2) Daniel C. Girard for lead counsel. We have worked closely with them in this action. And CGL has a close working relationship with Mr. Mason, having been co-counsel with him in several actions.

December 22, 2015                              /s/ Charles J. LaDuca
                                               Charles J. LaDuca, D.C. Bar No. 476134
                                               CUNEO GILBERT & LADUCA, LLP
                                               8120 Woodmont Ave, Suite 810
                                               Bethesda, MD 20814
                                               (202) 789-3960
                                               (202) 789-1813 (facsimile)
                                               charlesl@cunelaw.com