**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: U.S. OFFICE OF PERSONNEL MANAGEMENT DATA SECURITY BREACH LITIGATIONThis Document Relates to:ALL CASES | ))))) Misc. Action No. 15-1394 (ABJ)) MDL Docket No. 2664))))) |

**APPLICATION OF NICHOLAS KOLUNCICH III FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE**

Pursuant to the Court's Minute Order of December 21, 2015 clarifying its December 15, 2015 Order and Rule 23(g) of the Federal Rules of Civil Procedure, I, Nicholas Koluncich of the Law Offices of Nicholas Koluncich III, LLC, respectfully submit this application to serve on Plaintiffs' Steering Committee in this matter.  I appreciate that this matter is an urgent matter with grave national security implications and am committed to applying my specialized *technical* knowledge of computer security and computer privacy *litigation* experience to work efficiently with any counsel who shares this concern. In support of the application, I aver as follows:

1.I am a Member of The Law Offices of Nicholas Koluncich III, LLC, in Albuquerque, New Mexico, firm resume attached as Exhibit A.

2.I represent Plaintiff Micaela Brown, a former federal employee, with my selected local counsel as Charles J. LaDuca, Esq. and Cuneo, Gilbert & LaDuca, LLP ("CGL").  I support Mr. LaDuca's application to join the Steering Committee, which will also be filed today.

3.Courts have broad discretion and authority to manage Multi District Litigation and need capable counsel to assist them to manage their prolix dockets. *In re Showa Denko K.K.*

*L-Tryptophan Prods. Liab. Litig.*, 953 F.2d 162, 165 (4th Cir. 1992), citing *In re San Juan Dupont Plaza Hotel Fire Litig.,* 859 F.2d 1007, 1019 (1st Cir. 1988)("[A] district court needs to have broad discretion in coordinating and administering multi-district litigation."). In addition to computer privacy *legal* experience going back over a decade, my current cutting edge knowledge and current study of computer security *technology* will enhance litigation efficiencies, be indispensable in discovery and aid with any anticipated expert witnesses. The U.S. Dist. Ct Rules N.D. Cal, ESI-Crim. "Recommendations for ESI Discovery in Federal Criminal Cases" recommend that the "the parties should include individuals with sufficient technical knowledge and experience regarding ESI." N.D. Cal. L.R., Recommendation 3, Principle 2. Thus, my technical knowledge would be of use in the Steering Committee and the litigation.

4. Computer privacy litigation is a major focus of my practice and I have developed topical technical computer security expertise in my current course of study. I have been involved in many data breach and data privacy actions, including: *In Re: Sony BMG CD Technologies Litig.,* No. 1:05-CV-09575 (S.D.N.Y.); *In Re: America Online, Inc. Version 5.0 Software,* No. MDL-1341 (S.D. Fla.); *In Re: Amazon.com/Alexa Internet Privacy Litig.,* No. MDL-1346 (W.D. Wash.); *In Re: DoubleClick Inc. Privacy Litig.,* No. MDL-1352 (S.D.N.Y.); I*n Re: Sony BMG CD Technologies Litig.,* No. 1:05-CV-09575 (S.D.N.Y.) ; *In Re: Toys R Us, Inc. Privacy Litig.,* No. MDL-1381 (N. D. Cal.); *Switaj v. Experian North America, Inc. and T-Mobile,* D-202-CV-2015-09080 (Second Judicial District Court of New Mexico).

5. I also have extensive experience in other complex litigation, including many class actions and individual litigations, principally involving antitrust, consumer and shareholder claims, in state and federal courts around the country. Currently admitted in California and New Mexico, I have resided and practiced in New Mexico in recent years and have served as Liaison

Counsel in *Lane v. Page*, 2006-CV-01071 (D.N.M.), *Genesse County Employees' Retirement System, et al, v. Thornburg Mortgage, Inc.,* 09-CV-00300 (D.N.M.) and counsel in *Prissert v, Emcore,* 2008-CV-01190 (D.N.M.).

6.  I intend to zealously prosecute this important matter, which presents a far more grave situation than a "conventional" data breach case where credit card numbers are stolen, cancelled and sold for pennies. The OPM Breach, without exaggeration, has weakened the national security of the United States of America. The information infiltrated on one or more occasions evidently includes the crucial *completed* SF-86 "Questionnaire for National Security Positions" submitted by a class of millions of current and former Federal Employees. Containing as the SF-86 does family, psychiatric and other personal information no-one would want exposed, the loss of this data has placed in jeopardy the privacy and the physical security of millions of patriotic Americans whose only fault was serving their country. I appreciate and am committed to the vigorous and zealous prosecution of this action to correct this wrong using my considerable technical and legal knowledge.

7.  Working with CGL, I have already done a substantial amount of work in the action, particularly focused on analysis of available information about the social engineering data breach or breaches, prospective discovery and injunctive relief, and related legal and factual/technical research.

8.  I also heartily support the application Gary E. Mason for Liaison Counsel, with whom we have worked and who has performed well in that role to date.

December 22, 2015                              /s/ Nicholas Koluncich III
                                                Nicholas Koluncich III
LAW OFFICES OF NICHOLAS KOLUNCICH III, LLC
500 Marquette Avenue NW- Suite 1200
Albuquerque, NM 87102
TEL (505) 881-2228
FAX (505) 881-4288
nkoluncich@newmexicoclassactions.com