**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE: U.S. OFFICE OF                )
PERSONNEL MANAGEMENT       )
DATA SECURITY BREACH          )
LITIGATION                                )        Misc. Action No. 15-1394 (ABJ)
_____ )        MDL Docket No. 2664
                                                )
This Document Relates To:             )
                                                )
ALL CASES                                 )
                                                )
_____ )

**REPLY OF KOHN, SWIFT & GRAF, P.C.**
**IN FURTHER SUPPORT OF ITS APPLICATION TO BE**
**APPOINTED TO PLAINTIFFS' STEERING COMMITTEE**

Kohn, Swift & Graf, P.C. ("KS&G") respectfully submits this reply in further support of its Application to be Appointed to the Plaintiffs' Steering Committee.

As set forth in KS&G's Application, KS&G should be appointed to the Plaintiffs' Steering Committee since: (1) KS&G filed one of the first complaints stemming from the breaches of the OPM's systems; (2) the investigation KS&G conducted in preparing the complaint that was filed, and in particular the allegations regarding DHS, will be useful in the drafting of a Consolidated Amended Complaint; and (3) KS&G's demonstrated ability to handle class-action and MDL cases.

The case KS&G filed was filed prior to many of the filings made by those seeking Lead Counsel.  The one exception is the action filed by Dan Girard of Girard Gibbs and Gary Mason of Whitfield Bryson & Mason, LLP.  Given that Dan Girard and Gary Mason were the first to file, and have already expended considerable time and effort to this case, Dan Girard should be appointed as sole Lead Counsel and Gary Mason should be appointed sole Liaison Counsel.

147168

2

Dated: January 5, 2016     Respectfully submitted,

            /s/ Denis F. Sheils
            Denis F. Sheils
            KOHN, SWIFT & GRAF, P.C.
            One South Broad Street, Suite 2100
            Philadelphia, PA 19107
            Telephone: (215) 238-1700
            Facsimile: (215) 238-1968
            dsheils@kohnswift.com

            Attorneys for Plaintiff Teresa J. McGarry

**147168**