IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: U.S. OFFICE OF PERSONNEL MANAGEMENT DATA SECURITY BREACH LITIGATION | ) ) ) ) ) ) ) ) ) ) |  Misc. Action No. 15-1394 (ABJ) <br> MDL Docket No. 2664 |
| This Document Relates to: <br><br> ALL CASES | |

**MEMORANDUM OF CHARLES J. LADUCA IN RESPONSE TO COMPETING APPLICATIONS, AND IN FURTHER SUPPORT OF HIS APPLICATION, FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE, AND NOTICE OF JOINDER IN MEMORANDUM IN SUPPORT OF APPLICATION OF NICHOLAS KOLUNCICH, III**

Pursuant to the Court's Minute Order of December 21, 2015 clarifying its December 15, 2015 Order, I, Charles J. LaDuca respectfully submit this memorandum in response to competing applications, and in further support of my application, for appointment to Plaintiffs' Steering Committee.  I state as follows:

1. While many highly qualified lawyers have moved for appointment to Plaintiffs' Steering Committee, my firm, Cuneo Gilbert & LaDuca, LLP ("CGL"), and I offer an unmatched combination of experience and success as lead counsel in high stakes MDL class actions, litigation and legislative advocacy experience in Washington, as well as specific experience in security breach and other computer privacy litigation.   This experience is discussed in my initial application.

2. I also support, and join, in the memorandum filed in further support of the pending application of Nicholas Koluncich, III, to the Steering Committee.   In addition to

considerable complex litigation experience, Mr. Koluncich brings unusual topical expertise to this action.  We look forward to continue working with him on this matter.

| | |
|---|---|
| January 5, 2016 | /s/ Charles J. LaDuca |
| | Charles J. LaDuca, D.C. Bar No. 476134 |
| | CUNEO GILBERT & LADUCA, LLP |
| | 8120 Woodmont Ave, Suite 810 |
| | Bethesda, MD 20814 |
| | (202) 789-3960 |
| | (202) 789-1813 (facsimile) |
| | charlesl@cunelaw.com |