**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| IN RE: U.S. OFFICE OF PERSONNEL MANAGEMENT DATA SECURITY BREACH LITIGATION | ) ) ) ) ) ) | Misc. Action No. 15-1394 (ABJ) MDL Docket No. 2664 |
| This Document Relates To: ALL CASES | ) ) ) ) ) | |

**NOTICE REGARDING APPLICATION OF
NORMAN E. SIEGEL FOR APPOINTMENT AS INTERIM LEAD CLASS COUNSEL
AND HASSAN ZAVAREEI FOR APPOINTMENT AS LIAISON COUNSEL**

Before the Court is the Application of Norman E. Siegel for Appointment as Interim Lead Class Counsel and Hassan Zavareei for Appointment as Liaison Counsel (Doc. 25). That Application seeks the appointment of Mr. Siegel of Stueve Siegel Hanson LLP as interim lead counsel or alternatively as a member of the steering committee. Unfortunately, this Court's January 21, 2015, hearing date and time conflicts with a dispositive motion hearing in *In re SFPP Right-of-Way Claims*, No. 8:15-cv-00718-JVS-DFM, pending before Judge Selna in the Central District of California. Mr. Siegel is appointed lead counsel in *SFPP* and his attendance at that hearing is compelled by Court order.

This Court previously ordered that applicants for lead counsel must attend the January 21, 2016, hearing in person. *See* Doc. 19 and December 21, 2015 Minute Order. Given Mr. Siegel's unavoidable conflict, Barrett Vahle will appear on behalf of Stueve Siegel Hanson at the upcoming hearing in this case. As referenced in the firm's Application (Doc. 25), Mr. Vahle is

independently qualified to serve as lead counsel in this case or as a member of the steering committee. Moreover, Mr. Siegel is available by telephone at the Court's convenience if the Court has any questions or concerns regarding Stueve Siegel's application.

Hassan Zavareei will attend in person as scheduled.

Dated: January 19, 2016

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

By: /s/ Norman E. Siegel
Norman E. Siegel
Barrett J. Vahle
J. Austin Moore
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel.: 816-714-7100
Fax: 816-714-7101
siegel@stuevesiegel.com
vahle@stuevesiegel.com
moore@stuevesiegel.com

*Counsel for Plaintiff Mary C. Woo*

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2016, I caused the above notice to be electronically filed with the Court's CM/ECF system, which will send notice of this filing to all counsel on the CM/ECF system.

/s/ Norman E. Siegel
Norman E. Siegel