UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
IN RE: U.S. OFFICE OF               )
PERSONNEL MANAGEMENT                )
DATA SECURITY BREACH                )
LITIGATION                          )        Misc. Action No. 15-1394 (ABJ)
_____ )        MDL Docket No. 2664
                                    )
This Document Relates To:           )
                                    )
ALL CASES                           )
                                    )
_____ )

## ORDER

Based upon consideration of all the applications, responses, and statements of counsel at the January 21, 2016 hearing, the Court appoints the following individuals to serve in leadership positions for plaintiffs in this matter. The Court expects that this leadership team will call upon the talent and expertise of the many other extremely well-qualified attorneys in the case – some of whom submitted applications and some of whom did not – to aid in the many important tasks ahead in this litigation.

Interim Lead Class Counsel:    Daniel C. Girard
                               Girard Gibbs LLP
                               601 California Street, 14th Floor
                               San Francisco, CA  94108

Liaison Counsel:               Gary E. Mason
                               Whitfield Bryon & Mason LLP
                               1625 Massachusetts Avenue, NW, Suite 605
                               Washington, DC  20036

| | |
|---|---|
| Plaintiffs' Steering Committee: | John Yanchunis |
| | Morgan & Morgan Complex Litigation Group |
| | 201 N. Franklin Street, 7th Floor |
| | Tampa, FL  33602 |
| | |
| | Tina Wolfson |
| | Ahdoot & Wolfson, PC |
| | 1016 Palm Avenue |
| | West Hollywood, CA 90069 |
| | |
| | David H. Thompson |
| | Cooper & Kirk, PLLC |
| | 1523 New Hampshire Ave, NW |
| | Washington, DC  20036 |

It is further ORDERED that all counsel shall keep a daily record of time spent and expenses incurred in connection with this consolidated action, indicating with specificity the particular activity and the time spent on that activity.  The failure to maintain such records may be grounds for denying court-awarded attorney fees, as will an insufficient description of the activity (such as "research" or "review of correspondence").

It is further ORDERED that the consolidated amended complaint shall be filed by March 14, 2016.[1]

_____
AMY BERMAN JACKSON
United States District Judge

DATE:  January 28, 2016

---

[1] This order amends the provision in the Court's December 15, 2015 order, which stated that the consolidated amended complaint would be due approximately 30 days after appointment of Interim Lead Class Counsel.  After the consolidated amended complaint is filed, the Court will issue another order setting forth a briefing schedule with specific dates, instead of time frames, for motions to dismiss.