**APPENDIX A**

## Table 1:  Fair Credit Reporting Act Claim

| Statutory Claim | Deficiency |
|---|---|
| Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* | <ul><li>Purpose of FCRA to ameliorate harms caused by "inaccurate credit reports" and "unfair credit reporting methods" (Br. 23);</li><li>Failure to allege furnishing of a consumer report (Br. 23-24).</li></ul> |

**Table 2:  State Consumer Protection and Unfair Business Practice Statutory Claims**

| State Statutory Claim | Deficiency[1] |
|---|---|
| Cal. Unfair Competition Law, Cal. Bus. & Prof. Code, § 17200, *et seq.* | • Failure to allege duty to disclose (Br. 27 n.18);<br>• Failure to allege causation of injury (Br. 28-29);<br>• Failure to allege reliance (Br. 28). |
| Fla. Deceptive and Unfair Trade Practices Act, Fla. Stat. § 501.204(1), *et seq.* | • Failure to allege conduct in commercial context (Br. 25);<br>• Failure to allege consumer transactional nexus (Br. 25-26);<br>• Failure to allege causation of injury (Br. at 28-29). |
| Idaho Consumer Protection Act, Idaho Code § 48-603(18), *et seq.* | • Failure to allege conduct in commercial context (Br. 25);<br>• Failure to allege consumer transactional nexus (Br. 25-26);<br>• Failure to allege causation of injury (Br. 28-29). |
| Ill. Consumer Fraud and Deceptive Trade Practices Act, 815 Ill. Comp. Stat. § 505/2, *et seq.* | • Failure to allege conduct in commercial context (Br. 25);<br>• Failure to allege consumer transactional nexus (Br. 25-26);<br>• Failure to allege causation of injury (Br. 28-29). |
| Ill. Uniform Deceptive Trades Practices Act, 815 Ill. Comp. Stat. § 510/2(a)(12), *et seq.* | • Failure to allege conduct in commercial context (Br. 25). |
| Nev. Deceptive Trade Practices Act, Nev. Rev. Stat. § 598.0915, *et seq.* | • Failure to allege consumer transactional nexus (Br. 25-26);<br>• Failure to allege causation of injury (Br. 28-29). |
| N.H. Consumer Protection Act, N.H. Rev. Stat. § 358-A:2, *et seq.* | • Failure to allege conduct in commercial context (Br. 25);<br>• Failure to allege consumer transactional nexus (Br. 25-26);<br>• Failure to allege causation of injury (Br. 28-29). |
| N.M. Unfair Practices Act, N.M. Stat. §§ 57-12-2(D)(17) & 57-12-3, *et seq.* | • Failure to allege conduct in commercial context (Br. 25);<br>• Failure to allege causation of injury (Br. 28-29). |
| N.C. Unfair Trade Practices Act, N.C. Gen. Stat. § 75-1.1(a), *et seq.* | • Failure to allege conduct in commercial context (Br. 25);<br>• Failure to allege causation of injury (Br. 28-29);<br>• Failure to allege reliance (Br. 28). |

---

[1]  To the extent that Plaintiffs' allegations sound in fraud, they are also deficient because they are not pled with the requisite particularity under Federal Rule of Civil Procedure 9(b).  *See* Br. Part III.B.2.

| Pa. Unfair Trade Practices and Consumer Protection Law, 73 Pa. Cons. Stat. §§ 201-2(4)(xxi) & 201-3, *et seq.* | <ul><li>Failure to allege conduct in commercial context (Br. 25);</li><li>Failure to allege consumer transactional nexus (Br. 25-26);</li><li>Failure to allege causation of injury (Br. 28-29);</li><li>Failure to allege reliance (Br. 28).</li></ul> |
|---|---|
| Va. Consumer Protection Act, Va. Code § 59.1-200(A)(14), *et seq.* | <ul><li>Failure to allege consumer transactional nexus (Br. 25-26);</li><li>Failure to allege causation of injury (Br. 28-29);</li><li>Failure to allege reliance (Br. 28).</li></ul> |
| Wash. Consumer Protection Act, Wash. Rev. Code § 19.86.020, *et seq.* | <ul><li>Failure to allege conduct in commercial context (Br. 25);</li><li>Failure to allege duty to disclose (Br. 27 n.18);</li><li>Failure to allege causation of injury (Br. 28-29).</li></ul> |

**Table 3:  State Data Breach Notification Statutory Claims**

| State Statutory Claim | Deficiency |
|---|---|
| Cal. Civ. Code § 1798.80, *et seq.* | • Preempted by federal law (Br. 29-32);<br>• Private right of action inapplicable (Br. 32);<br>• Failure to allege injury and causation (Br. 33-34). |
| Cal. Civ. Code § 56.20-56.245, *et seq.* | • Failure to allege KeyPoint violated statutory obligations as employer (Br. 34 n.28);<br>• Failure to allege KeyPoint received any medical information (Br. 34 n.28);<br>• Failure to allege KeyPoint "disclosed" medical information (Br. 34 n.28). |
| Ga. Code § 10-1-912(a), *et seq.* | • Preempted by federal law (Br. 29-32);<br>• No private right of action (Br. 32); |
| 815 Ill. Comp. Stat. § 530/10(a), *et seq.* | • Preempted by federal law (Br. 29-32). |
| Kan. Stat. Ann. § 50-7a02(a), *et seq.* | • Preempted by federal law (Br. 29-32);<br>• No private right of action (Br. 32). |
| Mich. Comp. Laws § 445.72(1), *et seq.* | • Preempted by federal law (Br. 29-32);<br>• No private right of action (Br. 32). |
| N.H. Rev. Stat. § 359-C:20(1)(a), *et seq.* | • Preempted by federal law (Br. 29-32);<br>• Failure to allege injury and causation (Br. 33-34). |
| N.C. Gen. Stat. § 75-65(a), *et seq.* | • Preempted by federal law (Br. 29-32);<br>• Failure to allege injury and causation (Br. 33-34). |
| Tenn. Code § 47-18-2107(b), *et seq.* | • Preempted by federal law (Br. 29-32);<br>• Private right of action inapplicable (Br. 32);<br>• Failure to allege injury and causation (Br. 33-34). |
| Va. Code § 18.2-186.6(B), *et seq.* | • Preempted by federal law (Br. 29-32);<br>• Failure to allege injury and causation (Br. 33-34). |
| Va. Code § 32.1-127.1:03(3) | • Failure to allege KeyPoint received any medical information (Br. 34 n.28). |
| Wash. Rev. Code § 19.255.010(1), *et seq.* | • Preempted by federal law (Br. 29-32);<br>• Private right of action inapplicable (Br. 33);<br>• Failure to allege injury and causation (Br. 33-34). |
| Wis. Stat. § 134.98(2), *et seq.* | • Preempted by federal law (Br. 29-32);<br>• No private right of action (Br. 32). |
| Wis. Stat. §§ 146.82 & 146.84 | • Failure to allege KeyPoint received any medical information (Br. 34 n.28). |

**Table 4:  Common Law Claims**

| Common Law Claim | Deficiency |
|---|---|
| Negligence | • Failure to allege foreseeability of cyber-attacks by third-party criminals (Br. 36-37);<br>• Failure to allege KeyPoint breached duty of care (Br. 38);<br>• Failure to allege injury proximately caused by KeyPoint (Br. 39);<br>• Economic loss rule bars recovery (Br. 39-40). |
| Negligent Misrepresentation or Omission | • Failure to allege reliance (Br. 40-41);<br>• Failure to adequately allege KeyPoint knew or should have about alleged deficiencies in information security (Br. 41). |
| Invasion of Privacy | • Failure to allege physical intrusion (Br. 42);<br>• Failure to allege KeyPoint publicized information (Br. 42-43);<br>• Failure to allege information was "highly offensive to a reasonable person" (Br. 43). |
| Breach of Contract | • Failure to allege meeting of the minds between KeyPoint and Plaintiffs (Br. 43-44);<br>• Failure to allege exchange of consideration between KeyPoint and Plaintiffs (Br. 43-44). |