# EXHIBIT A

**APPENDIX D of OPM FIS Security Manual**

# U.S. Office of Personnel Management
## Federal Investigative Services



# POLICY ON THE PROTECTION OF PERSONALLY IDENTIFIABLE INFORMATION (PII)

**August 2012**

# Table of Contents

| | | |
|---|---|---:|
| **1.0** | **Introduction and Definitions** …………………………………………….. | 4 |
| 1.1 | Responsibility of Personnel …………………………………………….. | 4 |
| 1.2 | Definition of PII …………………………………………………………… | 4 |
| 1.3 | Definition of a Reportable Loss …………………………………………… | 4 |
| 1.4 | What is not a Reportable Loss …………………………………………….. | 4 |
| 1.5 | Printing ……………………………………………………………………. | 4 |
| 1.6 | Chain of Custody ………………………………………………………….. | 4 |
| **2.0** | **Responsibilities** ………………………………………………………….. | 5 |
| 2.1 | Ultimate Policy Responsibility …………………………………………… | 5 |
| 2.2 | Senior PII Representative and Program Oversight ………………………... | 5 |
| 2.3 | Employee and Contractor Compliance Responsibility ………………………. | 5 |
| **3.0** | **Standards** ………………………………………………………………... | 5 |
| 3.1 | Minimum Standards and Variances……………………………………….... | 5 |
| 3.2 | Field Office and Satellite Office Storage of PII …………………………… | 6 |
| 3.3 | Domicile Storage Requirements of PII …………………….………………. | 6 |
| 3.4 | Vehicle Storage Requirements of PII ……………………………………… | 6 |
| 3.5 | Hotel Room Storage Requirements for PII ………………………………….. | 7 |
| 3.6 | Traveling via Airline or Commercial Means with PII ……………………… | 7 |
| 3.7 | Transporting PII Between Locations ……………………………………… | 7 |
| **4.0** | **PII Transmission Requirements** ………………………………………… | 8 |
| 4.1 | Location for Printing Case Material ………………………………………... | 8 |
| 4.2 | Shipment of Case Material ………………………………………………… | 8 |
| 4.3 | Transmission of PII via E-Mail …………………………………………… | 8 |
| 4.4 | Portable Device Storage of PII …………………………………………… | 8 |
| 4.5 | FAX Transmission of PII …………………………………………………. | 9 |
| 4.6 | Websites and PII ………………………………………………………….... | 9 |

4.7     Completed Cases ……………………………………………………..     10

**5.0     Manifesting Requirements …………………………………………….**     10

5.1     Daily Manifest Requirement ……………………………………………..     10

5.2     Manifesting Requirement ………………………………………………..     10

5.3     Required Manifest Information ……………………………………………     10

5.4     Manifest Reconciliation …………………………………………………     10

5.5     TDY Manifest Submission ………………………………………………     11

**6.0     Reporting a Possible PII Breach ……………………………………….**     11

6.1     PII Breach Determination ………………………………………………     11

6.2     Factors for Evaluating a Suspected PII Breach ……………………………     11

6.3     PII Breach Notification …………………………………………………     11

**7.0     Official Loss Notifications …………………………..…………………..**     12

7.1     Loss Report Review ……………………………………………………     12

7.2     Notifications ……………………………………………………………     12

**8.0     Compliance …………………………………………………………**     12

8.1     Oversight ………………………………………………………………     12

8.2     Exceptions to the Standards ………………………………………………     12

8.3     Failure to Follow PII Policy ………………………………………………     12


**Attachment 1: FIS PII Loss Reporting Form…………………………………………**     13

## 1.0     Introduction and Definitions

1.1      As an employee or contractor who works for or on behalf of the United States Office of Personnel Management (OPM), Federal Investigative Services (FIS), it is your responsibility to protect all personal information that has been entrusted to you.  An important part of this duty is to ensure that you properly use, protect, and dispose of Personally Identifiable Information (PII).

1.2      As an Executive Agency within the United States Government, OPM/FIS, defines PII according to the same terms defined by the Office of Management and Budget (OMB).  OMB defines PII as, "information which can be used to distinguish or trace an individual's identity, such as their name, social security number, biometric records, etc. alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name, etc."[1]

1.3      OPM/FIS defines a reportable loss of PII as that which occurs anytime information is lost, to include temporary losses, in which the information:

- can be used to discern or trace a person's identity; and
- that alone, or combined with other information, can be used to compromise the integrity of agency records relating to a person, by permitting access to unauthorized disclosure of these records; or
- involved a laptop, portable mass storage device (i.e.: thumb drive), or any other type of information technology equipment, if PII was contained on such a device.

1.4      As defined above, in Section 1.3, the loss of information that contains strictly an individual's name, and no other accompanying information, would generally not be considered a reportable loss.

1.5      All OPM/FIS personnel and contractor personnel should limit the printing and transporting of PII whenever possible to minimize potential loss.  The less hardcopy PII we have outside of our control, the more we reduce our vulnerability to a PII breach.

1.6      Chain of custody is defined as control of material pertaining to a Subject of an investigation upon receipt until PII is properly relinquished to an approved authority or properly destroyed.

1.6.1      OPM relinquishes responsibility in the chain of custody when it properly leaves our control and is transmitted to an official authorized to use the PII in order to receive information or when transferred to another Federal Agency for adjudicative or informational purposes.

- Is transmitted to an official authorized to use the PII; or
- When transferred to another Federal Agency for adjudicative or informational purposes; or
- When properly packaged and transferred to an authorized carrier.
- When it cannot be determined that PII sent to or between OPM/FIS facilities has been received at an OPM/FIS facility, it is the responsibility of the sending party to determine the disposition of the information (chain of custody status)and report any breach of PII through their respective chain of command.
- Transfer of PII responsibility/accountability occurs only if the information has been positively confirmed to have been received by the intended gaining OPM/FIS office/facility or other authorized parties.

## 2.0     Responsibilities

---

[1] OMB Memorandum 07-16, *Safeguarding Against and Responding to the Breach of Personally Identifiable Information*, dated May 22, 2007.

2.1     The Associate Director, FIS, is ultimately responsible for establishing policies and procedures that ensure the protection of all PII entrusted to OPM/FIS.

2.2     The Chief of FIS Integrity Assurance is designated as the OPM/FIS Senior PII Representative and oversees the OPM/FIS PII Program on behalf of the Associate Director.  In addition to establishing and updating OPM/FIS' PII Policy, the Chief of OPM/FIS Integrity Assurance is also responsible for overseeing the handling of PII incidents and recommending notification to victim(s) whose PII has been lost or otherwise compromised.

2.3     All FIS personnel and contractors are responsible for ensuring full compliance with all PII policies.  FIS personnel and contractors must immediately report any possible compromise of PII following the established reporting procedures.  Failure to adhere to FIS PII Policy, to include reporting procedures, may be grounds for disciplinary or adverse action, up to and including removal.

## 3.0     Standards

3.1     OPM/FIS personnel, to include both Federal staff and contractors, are trusted with highly sensitive PII, the protection of which is an inherent responsibility of all personnel. OPM/FIS Standards for the protection of PII are largely based on common sense.  While OPM/FIS will establish certain minimum standards of control, as defined throughout this document, OPM/FIS management recognizes the constantly changing nature and varying circumstances amongst most OPM/FIS staff, and therefore relies heavily upon its staff to exercise good judgment in the handling of PII.

3.1.1     This policy establishes minimum standards for the protection of PII.  Supervisory personnel may establish stricter controls for the handling of PII based upon office location and circumstances unique to an individual area.  Any additional controls placed upon individual personnel, as a result of specific circumstances, will be considered an enhancement to the mandatory minimum requirements outlined in this document.

3.1.2     FIS Personnel who have signed an individual telework agreement, which places additional measures of control, must adhere to the specific standards and policies of the individual telework agreement.

3.1.3     Any requests for variances from this policy must be submitted thru supervisory channels.  Upon approval of the supervisory chain, the request will be submitted to OPM/FIS Integrity Assurance for a final determination.  All variances require approval of OPM/FIS Integrity Assurance prior to implementation.

3.2     OPM/FIS Field Office and Satellite Office storage requirements:

3.2.1     Long term storage in Satellite Offices is prohibited. All case materials must be turned into the Field Offices for retention.

3.2.2     A two barrier rule applies to the protection of all PII within OPM/FIS and contractor office space.

3.2.3     The primary barrier in all OPM/FIS and contractor office space shall be a locked exterior office door, to prevent the entry of unauthorized individuals.

3.2.4     During regular office hours, staff and office personnel may serve as the second barrier for the protection of unauthorized access to PII within FIS' control.

3.2.5     When an office is not staffed (i.e., outside of core hours or when authorized staff is out of the office), PII shall be secured within a locking file cabinet or within a designated storage area behind a separately locked internal door.  A locked file cabinet or separately secured internal door will serve as the second barrier during times when an office is not staffed with OPM/FIS or contractor personnel.

3.2.6     Due to the unique nature and security policies of FIS core facilities at Boyers, Ft. Meade, and the Theodore Roosevelt Building, section 3.2.5 is not applicable to these locations, due to additional security measures already in place.

3.2.7    Individuals who are not properly cleared for authorized access to OPM/FIS office space must be escorted at all times.

3.3    Domicile storage requirements:

3.3.1    Information will be secured from access by others, including family members and guests, who may access the domicile location.

3.3.2    When the domicile location is unattended and contains PII the residence must be locked.

3.3.3    All personnel will provide their first line supervisor with documentation explaining how PII is stored and protected within their residence.  Documentation will be provided within 30 days of receipt of this policy and subsequently updated within 30 days of any change in domicile storage procedures.   First line supervisors will maintain current copies of each employee's submission and request yearly updates from their staff.   It is the responsibility of the supervisor to determine whether or not the submitted plan is acceptable.

3.4    Vehicle storage requirements:

3.4.1    Vehicles are used for the transport of PII between official locations, when such transport is required for conducting official FIS business.  As such, PII will never be left in a vehicle overnight or for any other extended period of time.  While it is recognized that the storage of PII in vehicles, under certain circumstances, will be unavoidable, whenever possible OPM/FIS personnel shall take PII with them and not leave it in a vehicle.  While it is emphasized that only the minimum PII necessary to work productively should be carried into the field, it is recognized that some investigative activities, such as those conducted in residential areas, requires that the investigator travel lightly.  Under these limited circumstances, PII may be secured in a locked trunk, as long as the information is secured in a manner that complies with sections 3.4.2 thru 3.4.6.

3.4.2    Case material will never be left unattended while in plain view or in any area other than the trunk of the vehicle.

3.4.3    The only authorized storage location for PII, within a parked vehicle, is within a locked trunk. When storing PII within a locked trunk, personnel shall take measures to place the PII in the trunk prior to arriving at their destination, so as to avoid drawing attention to the storage of materials within the trunk.

3.4.4    If the vehicle does not have a separate locking trunk area, as is such with certain sport utility vehicles, personnel will place the PII in the equivalent area of the vehicle and ensure it is covered from plain view and does not attract unusual attention.

3.4.5    Personnel will ensure the vehicle is locked and that all windows are fully closed, prior to leaving the vehicle.

3.4.6     Personnel will ensure items of value or other materials that may attract undue attention to a vehicle are secured and not within plain view (i.g., GPS units, cellular telephones, satellite radios, purses, packages, etc.).

3.5    Hotel room storage requirements:

3.5.1    Never leave material containing PII material in plain view to include laptops.

3.5.2    If available, PII should be stored in a locked safe.  If no locking safe is available, PII should be stored outside of plain view.

3.5.3    If unable to adequately secure PII within a hotel room, OPM/FIS personnel should evaluate if taking the material with them for temporary storage within their vehicle is more appropriate during times when not in the hotel room.

3.6     When traveling via airline or by other commercial means, PII material, to include laptops or other information technology equipment containing PII, will never be stored within checked baggage and will remain within the control of the employee at all times.

3.7     When transporting PII between locations, it shall be contained within a closed container (i.e.: closed briefcase, zippered portfolio).  PII shall not be transported in an open container, so as to reduce the potential for inadvertent loss.


# 4.0     PII Transmission Requirements

4.1     Upon receipt of case assignments, personnel are required to print necessary case material at their duty station, if equipped to do so.  This replaces the shipment of case material by mail or other courier, whenever possible.

4.2     In the limited instance that case material is sent via the U.S. Postal Service (USPS) or other commercial carrier (e.g., UPS, FedEx, etc.), the material must be sent in such a method that allows for the item to be tracked throughout the entire shipping process.  The use of a "delivery confirmation," in and of itself, will not suffice.

4.2.1     Any material sent via USPS or other commercial carrier will be fully manifested prior to sending.  The manifest will contain the case names and associated numbers for all material contained within the shipment, along with any other relevant documents containing PII within the shipment. The sender of the shipment will include one copy of the manifest in the shipment and will retain a second copy, for use in the event of a lost or damaged shipment.  All material will be double wrapped with the internal packaging also identifying the recipient of the information but without any markings indicating that PII is contained within the package.

4.2.2     Prior to sending any PII via USPS or other commercial carrier, the sender will notify the recipient of the shipment and its expected arrival date.  Such notification shall be done via e-mail or other electronic method when possible.

4.2.3     Upon receipt of the shipment, the recipient will immediately reconcile the package contents with the enclosed manifest.  Any discrepancies will be immediately reported to the sender and proper reporting requirements will be followed.  Acknowledgement of the shipment shall be sent in the same manner in which the original notification of shipment was made.  If the package does not arrive when expected, the recipient will notify the sender to initiate tracking of the package.

4.2.4     The shipper will retain the original manifest and recipient's confirmation for a period of two years.  There is no requirement for the recipient to maintain a copy of the shipping manifest.

4.3     Transmission of PII via email:

4.3.1     Unsecure email is never to be used for transmission of PII or other case related material.

4.3.2     Messages sent within the "OPM.GOV" domain are deemed secured.  Messages sent to a recipient outside of the "OPM.GOV" domain must be encrypted for secure transmission.  For these purposes only, the use of a Subject's last name and the case number will not be considered PII[2].

4.4     Thumb drive or other portable media storage of PII:

---

[2] Reference August 20, 2009 Guidance from OPM Director John Berry, "CLARIFICATION: Procedures Regarding Personally Identifiable Information (PII) and Email Encryption"

4.4.1    Thumb drives or other portable media may be used to store PII data provided the device is issued by OPM.  PII placed on the device must be encrypted.

4.5      Use of fax machines to transmit PII:

4.5.1    When faxing PII, the primary method for the transmission of PII should be a Government owned or controlled facsimile machine.  When faxing material, FIS personnel should maintain visual control of the document(s) at all times.  OPM/FIS Personnel and contractors will confirm the validity of fax numbers prior to sending.

4.5.2    The use of non-government or other commercial services for sending facsimiles (e.g.: FedEx Kinko's, Staples, OfficeMax, hotel business centers, etc.) is permitted when the sender is on TDY and does not have access to a government owned or controlled facsimile machine.  In such instances, the sender will never relinquish control of the document and will insure accountability of the document at all times.

4.5.3    If receiving PII at a non-government or other commercial service facsimile, the recipient must be present at the time of transmission to receive the document.  OPM/FIS personnel and contractors will never request a document containing PII be sent to a commercial service or other non-government location and have individuals unauthorized to view or handle FIS documents receive it for them (i.g, hotel staff, store employee, etc.).

4.5.4    OPM/FIS personnel and contractors will verify the receipt of all faxes.  In cases where a machine generated delivery confirmation is available, this document shall be retained by personnel and will suffice as a delivery receipt.  Personnel will store the confirmation receipt within the local case file; retention will be in accordance with current case retention policies.

4.5.5    Frequently utilized numbers should be programmed into office and other government owned/issued facsimile machines in order to reduce the likelihood of error in sending facsimiles containing PII to unauthorized personnel/locations.  Programmed numbers should be periodically checked to insure they are still valid.

4.6      Websites:

4.6.1    Entering PII (Subject identifiers such as name and SSN) on public internet sites to obtain investigative results is strictly prohibited unless specific authorization is received thru appropriate procedures and the website has been authorized for such use by OPM/FIS.

4.6.2    Authorization regarding utilization of particular sites will be disseminated to personnel when the use of those sites has been approved by OPM/FIS.

4.6.3    Use of the internet is permissible for lead purposes.  "Lead purposes" are those activities that may assist personnel in conducting investigations more efficiently and do not require inputting of PII for search results.  Examples include locating addresses of facilities or phone numbers of individuals.

4.7      Completed cases:

4.7.1    Upon completion of cases, field personnel will expeditiously return all completed materials and case notes to the originating field office.  Under no circumstances will cases be held past the 7th day of the following month (i.g., cases completed in April, must be returned no later than May 7th).

4.7.2    Supervisors may require personnel to return case materials in a more expeditious manner than referenced in Section 4.7.1; under no circumstances will personnel hold cases for a longer period than defined in Section 4.7.1.

4.7.3    Unauthorized personnel will not destroy any case materials, including case notes, and must ensure all documents are returned to the field office for appropriate reconciliation and retention.  Materials will be destroyed, by the first line supervisor or his/her designee, when directed to do so thru case messaging.  Personnel are not authorized to destroy case materials at their residences.

4.7.4.    Supervisors will ensure materials are properly destroyed within five business days of notification to do so.  Personnel will maintain destruction logs of all case materials destroyed.  Destruction logs will be maintained for a period of two years.

4.7.5    Investigative personnel will delete cases from their computer(s) within five business days of being directed to do so.

## 5.0    Manifesting Requirements

5.1    The submission of a daily manifest to provide accountability of investigative case material in possession of personnel while moving between their duty stations and/or authorized locations is required.

5.2    Field personnel will create and submit a manifest at the start of each working day, prior to transporting any PII.  In cases where no PII is being transported, OPM/FIS personnel and contractors will submit a blank manifest or otherwise document to their supervisor that no PII will be transported that day.  Documentation will be submitted daily, no later than 9 a.m. local time or prior to transporting any PII.

5.2.1    Supervisory Agents-in-Charge (SAC's), or other first line supervisors, will ensure full accountability for daily manifests, as outlined above in 5.2.

5.3    Personnel with the need to transport material containing PII will be responsible for completing a detailed manifest.  At a minimum, the manifest will contain the following information:

1. Date of manifest
2. Staff name
3. Case name (last), case number
4. Identification of the document(s) (case papers, release(s)/type of release(s), entire file)

5.4    Reconciliation of the manifest will be completed upon return to/arrival at the final duty location.  Any discrepancies within the daily reconciliation of PII must be immediately reported as outlined in this policy.

5.4.1    Manifests will be maintained by supervisors for a period of two years from date of final receipt.  Electronic storage of such manifests is acceptable.

5.5    Personnel who are in a TDY status will submit a daily manifest to both their assigned TDY supervisor and their home SAC.

## 6.0    Reporting a Possible PII Breach

6.1    The determination about whether PII has been breached will be done carefully but promptly to ensure that the likelihood of a breach of PII is established by the preponderance of the data available.  Mere suspicion of a breach should not be reported without further follow-up to determine the exact circumstances.  To assist OPM/FIS personnel and contractors in assessing the likelihood of a PII breach, the following procedures shall be followed.

6.2    In evaluating whether or not to report a breach, FIS personnel shall consider all relevant factors.  Instances of theft or any other immediately known loss should be reported as such.  Cases of missing packages within the USPS or other commercial carrier should be investigated further to determine the likelihood of a lost package, as opposed to one that is simply delayed.  In all instances, once a loss or other breach is suspected or known, it must be immediately reported.

6.2.1    Shipments that are confirmed to have been lost or cannot be accounted for after a reasonable period of time shall be reported as lost PII.

6.2.2    Misdirected faxes and other dissemination of documents to unauthorized individuals will be reported as lost PII.

6.2.3    In cases where it is undetermined whether or not an incident should be reported, personnel shall immediately contact the Chief of OPM/FIS Integrity Assurance for further guidance and instructions.

6.2.4    The responsibility for proper follow-up and additional measures regarding the investigation and/or recovery of lost materials will be that of the first line supervisor.

6.3    Notification:

6.3.1    Within 30 minutes of a determined PII loss, the FIS supervisor of the individual responsible for the loss will contact the OPM Situation Room (SITROOM).  The SITROOM is available 24 hours per day, 7 days per week.  The SITROOM will be notified either telephonically at (202) 418-0111 or via email at usopmsr@opm.gov.  The reporting individual will provide all known details to the SITROOM.  When reporting a PII breach it must be noted if National Agency Check (NAC) items are lost for proper reporting to the originating agency.

6.3.2    When reporting information, the SITROOM requires general information to include name, location, number of cases, and general details of the incident. Specific PII of individuals should not be included (i.e. SSN).

6.3.3    Within four (4) hours from the point that the incident is reported to the SITROOM, the Supervisor of the individual believed responsible for the PII loss will coordinate with their supervisor (the second line supervisor for the employee who is believed responsible for the loss).  In coordination, the individual responsible for the loss and their supervisor(s) will submit the FIS PII Loss Reporting Form to the FIS Incident Response Team, via email at FISINCIDENTRESPONSETEAM@OPM.GOV.

6.3.4    The responsible individual's Supervisor will take immediate steps to initiate recovery of the material and/or to follow up with additional parties relevant to the loss and/or recovery of PII material.

6.3.5    Supervisors are responsible for ensuring that the FIS Incident Response Team and SITROOM are immediately updated on changes to initially reported information (i.e., PII is found, lost shipment recovered, etc.).

6.3.6    If, within 60 days after the PII loss was initially reported, the status of the PII loss has not changed, or it has not been previously updated as per 6.3.4, the supervisor will provide a status update to FIS Integrity Assurance.

# 7.0    Official Loss Notifications

7.1    FIS Integrity Assurance will review each reported PII loss and make a determination regarding appropriate notifications.  FIS' Freedom of Information and Privacy Act Office will ensure all required notifications to the affected Subject(s) are made within three days of determination, unless specific circumstances of an individual loss dictate faster notification.  All notifications will conform to the required internal procedures for such.

7.2    All notifications to Subject's affected by lost PII will be made as outlined in 7.1.  Personnel not associated with the official notification procedures should not notify or otherwise inform the affected Subject(s) of lost PII.  Any exceptions must be coordinated thru OPM FIS Integrity Assurance and/or FIS' Freedom of Information and Privacy Act Office.

## 8.0     Compliance

8.1       FIS Integrity Assurance is responsible for oversight and ensuring full compliance with the established PII Policy.  To ensure compliance, FIS Integrity Assurance will conduct random audits of FIS offices.  All personnel must fully comply with PII Audits.

8.2       Exceptions to the standards set forth in this policy will be submitted to FIS Integrity Assurance for review and determination.  No exceptions are authorized without the prior approval of FIS Integrity Assurance.

8.3       Failure to follow the FIS PII Policy may result in disciplinary action, up to and including removal.



ATTACHMENT 1

# U.S. Office of Personnel Management

## Federal Investigative Services

### FIS PII LOSS REPORTING FORM
### INITIAL NOTIFICATION

REPORTING INDIVIDUAL INFORMATION
(Information regarding individual discovering the PII incident)

**Name of Reporting Individual**:
**Address**:
**Company** (Contractor) or **Region** (Federal):
**Telephone No.-Office**:                    **Telephone No.-Cell**:
**Email:**
**Date/Time** [1] **the PII Incident Occurred (if known)**:
**Ticket Number (provided by SITROOM):**

INCIDENT INFORMATION
(Information regarding the individual (s) believed responsible for the PII incident)

**Name of Individual(s) Believed Responsible for the PII Incident**:
**Position**:
**Address**:
**Company** (Contractor) or **Region/Location** (Federal Staff):
**Telephone No. - Office**:                    **Telephone No. Cell**:
**Name, Telephone Number and Email Address of the Individual's Supervisor (Security Officer for contract staff):**
**Location and Address of Incident** (vehicle, hotel room, residence, etc.):
**Incident Category (must select from list**[2] **below**):
**If category "Other" Selected, Briefly Describe**:
**Police Department (PD) Notifications** (provide date/time, name of department and officer, and report number if available):
**Description of PII Material Potentially Breached (Case Number(s)/Case Name(s))**:
**Date materials recovered or destroyed:**
**Details of recovery or destruction:**
**Summary of Incident**:  (Provide a detailed account of the incident include as many details as are known, history/timeline of events, number of cases lost, case numbers if known, what material was in case files, etc.):

---

[1] Times should be recorded in Eastern Time.
[2] Incident Category (Select Only One): Improper e-Access, Lost Shipment; Lost Laptop, Stolen Laptop, Lost Paper Files, Stolen Paper Files; Mis-sent Emails, Mis-sent Faxes; or other.

SUPERVISORY ACTIONS

(Identify All Actions Taken by Supervisor/Security Office)

**Date/Time Notified:**
**Name of first line supervisor:**
**Date/time first line supervisor was notified:**
**Name of second line supervisor:**
**Date/time second line supervisor was notified:**

**Summary of Actions Taken By Supervisor/Security Office:**
 **(NOTE:  This input must be provided to the FIS Incident Response Team within 4 hours from the time of the initial report to the SITROOM)**

---

INTERNAL USE ONLY

**Date/Time Supervisor Input Received (if more than 4 hours, please explain):**
**FOIA/PA Branch Internal Tracking Number Assigned:**
**Entered Into PII Tracking System:**
**Date/Time FIS Incident Response Team Notified:**
**Incident Follow Up Assigned to:**
**Final Disposition:**