# EXHIBIT B

## U.S. Office of Personnel Management
### Federal Investigative Services



# POLICY ON THE PROTECTION
# OF
# PERSONALLY IDENTIFIABLE INFORMATION
# (PII)

July 2014

## Table of Contents

| | | |
|---|---|---|
| **1.0** | **Introduction and Definitions** …………………………………………….. | 4 |
| 1.1 | Responsibility of Personnel ……………………………………………………. | 4 |
| 1.2 | Definition of PII …………………………………………………………………. | 4 |
| 1.3 | OPM Information Security and Privacy Policy ……………………………….. | 4 |
| 1.4 | Printing …………………………………………………………………………. | 5 |
| 1.5 | Chain of Custody Definition…………………………………………………… | 5 |
| 1.6 | Relinquishing Responsibility in Chain of Custody …………………………… | 5 |
| **2.0** | **Responsibilities** ……………………………………………………………… | 6 |
| 2.1 | Ultimate Policy Responsibility ………………………………………………… | 6 |
| 2.2 | Senior PII Representative and Program Oversight …………………………… | 6 |
| 2.3 | Employee and Contractor Compliance Responsibility ……………………….. | 6 |
| **3.0** | **Standards** …………………………………………………………………… | 7 |
| 3.1 | Standards and Variances……………………………………………..……….. | 7 |
| 3.2 | Field Office and Satellite Office Storage of PII ……………………………….. | 8 |
| 3.3 | Domicile Storage Requirements of PII ………………………………………… | 8 |
| 3.4 | Vehicle Storage Requirements of PII ………………………………………… | 8 |
| 3.5 | Hotel Room Storage Requirements for PII …………………………………... | 9 |
| 3.6 | Traveling via Airline or Commercial Means with PII ……………………….. | 9 |
| 3.7 | Transporting PII Between Locations ………………………………………… | 9 |
| **4.0** | **PII Transmission Requirements** …………………………………………… | 10 |
| 4.1 | Location for Printing Case Material ………………………………………….. | 10 |
| 4.2 | Shipment of Case Material …………………………………………………… | 10 |
| 4.3 | Transmission of PII via E-Mail ………………………………………………. | 10 |
| 4.4 | Portable Device Storage of PII ……………………………………………….. | 11 |
| 4.5 | FAX Transmission of PII …………………………………………………….. | 11 |
| 4.6 | Websites and PII …………………………………………………………….... | 11 |
| 4.7 | Completed Cases …………………………………………………………….. | 12 |
| **5.0** | **Manifesting Requirements** ………………………………………………... | 12 |
| 5.1 | Daily Manifest Requirement ………………………………………………… | 12 |
| 5.2 | Manifesting Requirement …………………………………………………….. | 12 |
| 5.3 | Required Manifest Information ……………………………………………… | 13 |
| 5.4 | Manifest Reconciliation ……………………………………………………… | 13 |
| 5.5 | TDY Manifest Submission …………………………………………………… | 13 |
| **6.0** | **Reporting a Possible PII Breach** …………………………………………… | 13 |
| 6.1 | PII Breach Determination ……………………………………………………. | 13 |
| 6.2 | Factors for Evaluating a Suspected PII Breach ………………………………. | 13 |
| 6.3 | PII Breach Notification ………………………………………………………. | 14 |
| **7.0** | **Official Loss Notifications** ………………………………………….…….. | 15 |

3 | P a g e

7.1  Loss Report Review ……………………………………………………………….  15
7.2  Notifications ……………………………………………………………………….  15
**8.0  Compliance ………………………………………………………………………..**  15
8.1  Oversight …………………………………………………………………………..  15
8.2  Exceptions to the Standards ………………………………………………………  15
8.3  Failure to Follow The PII Policy …………………………………………………  15

**Attachment 1: Acknowledgement Form………………………………………………**  16
**Attachment 2: FIS PII Loss Reporting Form…………………………………………**  17

## 1.0   Introduction and Definitions

1.1   As an employee or contractor who works for or on behalf of the United States Office of Personnel Management (OPM), Federal Investigative Services (FIS), it is your responsibility to protect all personal information that has been entrusted to you. The Privacy Act of 1974 assigns this same personal individual responsibility to all Federal and Contract employees of all Federal Government Agencies. An essential component of meeting this responsibility is to ensure that you properly use, protect, and dispose of Personally Identifiable Information (PII).

The Privacy Act of 1974 also requires each agency to establish "Rules of Conduct": *Agencies are required to establish "rules of conduct for persons involved in the design, development, operation, or maintenance of any system of records, or in maintaining any record, and instruct each such person with respect to such rules and the requirements of [the Privacy Act], including any other rules and procedures adopted pursuant to [the Privacy Act] and the penalties for noncompliance." (5 U.S.C. § 552a(e)(9))*

1.2   As an Executive Agency within the United States Government, OPM has officially adopted the verbatim definition of PII established by the Office of Management and Budget (OMB) in 2007[1] and updated in 2010[2], which states: *The term "PII," as defined in OMB Memorandum M-07-16 refers to information that can be used to distinguish or trace an individual's identity, either alone or when combined with other personal or identifying information that is linked or linkable to a specific individual. The definition of PII is not anchored to any single category of information or technology. Rather, it requires a case-by-case assessment of the specific risk that an individual can be identified. In performing this assessment, it is important for an agency to recognize that non-PII can become PII whenever additional information is made publicly available — in any medium and from any source — that, when combined with other available information, could be used to identify an individual.*

The 2011 OPM Information Security & Privacy Policy Handbook[3] includes this definition on page 156, and it was re-affirmed by the OPM CIO in a memo issued to all OPM Program Offices on April 4, 2014 as the sole official OPM definition of PII to be used in all official documents, publications and contracts.

1.3   The following requirements are extracted directly from the OPM Information Security and Privacy Policy (ISPP) Addendum (FY12) March 2012[4], and apply to all OPM Federal and contract employees:

   1.3.1   Scope and Applicability: The policies in this document, the same as the policies in the ISPP, apply to all OPM information resources. OPM information includes data that is owned, sent, received, or processed by the agency and includes information in either physical or digital form. OPM information resources include OPM hardware, software, media, and facilities. Everyone who uses,

---

[1] http://www.whitehouse.gov/sites/default/files/omb/memoranda/fy2007/m07-16.pdf

[2] http://www.whitehouse.gov/sites/default/files/omb/assets/memoranda_2010/m10-23.pdf

[3] http://theo.opm.gov/policies/ispp/ISP_policy.pdf

[4] http://theo.opm.gov/policies/ispp/P023PolicyAddendumMarch2012FINAL.pdf

5 | P a g e

manages, operates, maintains, or develops OPM applications or data wherever the applications or data reside must comply with the Information Security and Privacy Policy, unless a specific waiver is obtained from the Chief Information Officer (CIO) or the Chief Information Security Officer (CISO). The Information Security and Privacy Policy is also relevant to all contractors acting on behalf of OPM and to non-OPM organizations or their representatives who are granted authorized access to OPM information and information systems. Finally, this policy applies to other agencies' systems as delineated in Memorandums of Understanding (MOU) and Interconnection Security Agreements (ISA) with OPM.

1.3.2    Privacy Incident Response: The Federal Information Security Management Act (FISMA) requires that all Federal Agencies have a security program that includes procedures for detecting, reporting, and responding to security incidents. In compliance with FISMA, the Office of Personnel Management (OPM) has developed Agency-wide information security and privacy policies documented in the OPM Information Security and Privacy Policy Handbook that includes Incident Response (IR) policies. These addendum policies supplement the IR policies in the OPM ISPP, and are specific to Incidents involving PII.

*OPM Employees / Contractors are responsible for:*

- Capturing relevant information about the suspected or confirmed breach.
- Reporting any privacy incident or suspected privacy incident to their First-Line Supervisor immediately when becoming aware of the risk -regardless of the time or day of the week following the established reporting procedure. If supervisor is not available, employees are responsible for reporting to the Situation Room.

1.4    All OPM/FIS personnel and contractor personnel should limit the printing and transporting of PII whenever possible to minimize potential loss.  The less hardcopy PII we have outside of our control, the more we reduce our vulnerability to a PII breach.

1.5    Chain of custody is defined as control of material pertaining to a Subject of an investigation upon receipt until PII is properly relinquished to an approved authority or properly destroyed.

1.6    OPM relinquishes responsibility in the chain of custody when it properly leaves our control and is successfully transmitted to an official authorized to use the PII in order to receive information or when transferred to another Federal Agency for adjudicative or informational purposes.

- Transfer of PII responsibility/accountability occurs only if the information has been positively confirmed to have been received by the intended gaining OPM/FIS office/facility or other authorized parties.

1.6.1    When it cannot be determined that PII sent to or between OPM/FIS facilities has been received at an OPM/FIS facility, it is the responsibility of the sending party to determine the disposition of the information (chain of custody status) and report any breach of PII through their respective chain of command.

## 2.0     Responsibilities

The OPM Chief Information Officer shall be responsible for establishing and maintaining the information security and privacy program at OPM and serves as the Chief Privacy Officer (also known as the OPM Senior Agency Official for Privacy).[5]

2.1     The Associate Director, FIS, is responsible for establishing policies and procedures that ensure the protection of all PII entrusted to OPM/FIS.

2.2     The Executive Program Director (EPD) of FIS Integrity Assurance is designated as the OPM/FIS Senior PII Representative and oversees the OPM/FIS PII Program on behalf of the Associate Director. In addition to establishing and updating OPM/FIS' PII Policy, the EPD of OPM/FIS Integrity Assurance is also responsible for overseeing the handling of PII incidents and recommending notification to victim(s) whose PII has been lost or otherwise compromised. Any changes or variations to the requirements of this policy must be approved by FIS' EPD for Integrity Assurance.

2.3     All FIS personnel and contractors are responsible for ensuring full compliance with all PII policies. FIS personnel and contractors must immediately report any possible compromise of PII following the established reporting procedures. Failure to adhere to PII Policy, to include reporting procedures, may be grounds for disciplinary or adverse action, up to and including removal.

## 3.0     Standards

3.1     OPM/FIS personnel, to include both Federal staff and contractors, are trusted with highly sensitive PII, the protection of which is an inherent responsibility of all personnel. OPM/FIS Standards for the protection of PII are based on the mandatory compliance requirements of Federal statutes, OMB Guidance, and OPM / FIS policies.

All PII entrusted to or controlled by OPM FIS federal or contract employees is further subject to and covered by the requirements of the specific OPM System of Records Notice (SORN) and OPM Privacy Impact Assessment that document the requirements and authorizations for any PII collected, maintained, or disclosed for the purposes for which specific OPM FIS systems are operated. The applicable SORNs are available from the OPM CISO office and establish requirements related to PII handling beyond protection that include sharing with other systems, retention schedules, specific encryption or handling requirements, and limits on uses of certain information.

While OPM/FIS will establish certain minimum standards of control, as defined throughout this document, OPM/FIS management recognizes the constantly changing nature and varying circumstances amongst most OPM/FIS staff, and therefore relies heavily upon its staff to exercise good judgment and to ensure compliance with all applicable requirements for protecting PII.

---

[5] *[5] http://theo.opm.gov/policies/ispp/ISP_policy.pdf*

3.1.1    This policy establishes minimum standards for the protection of PII.  Supervisory personnel may establish stricter controls for the handling of PII based upon office location and circumstances unique to an individual area.  Any additional controls placed upon individual personnel, as a result of specific circumstances, will be considered an enhancement to the mandatory minimum requirements outlined in this document.

3.1.2    FIS Personnel who have signed an individual telework agreement, which places additional measures of control, must adhere to the specific PII standards and policies within the individual telework agreement.

3.1.3    Any requests for variances from this policy must be submitted through supervisory channels.  Upon approval of the supervisory chain, the request will be submitted to OPM/FIS Integrity Assurance for a final determination.  All variances require approval of OPM/FIS Integrity Assurance prior to implementation.

3.2    OPM/FIS Field Office and Satellite Office storage requirements:

3.2.1    All case materials must be turned into the Field Offices for retention. Case materials may not be stored at Satellite Office or other locations beyond the 30 day requirement.

3.2.2    A two barrier rule applies to the protection of all PII within OPM/FIS and contractor office space.

3.2.3    The primary barrier in all OPM/FIS and contractor office space shall be a locked exterior office door, to prevent the entry of unauthorized individuals.  All exterior locks must be changed within 7 days following a favorable termination (to include termination of office access) and within 24 hours of an unfavorable termination (or termination of office access).

3.2.4    During regular office hours, staff and office personnel may serve as the second barrier for the protection of unauthorized access to PII within FIS' control.

3.2.5    When an office is not staffed (i.e., outside of core hours or when authorized staff is out of the office), PII shall be secured within a locking file cabinet or within a designated storage area behind a separately locked internal door.  A locked file cabinet or separately secured internal door will serve as the second barrier during times when an office is not staffed with OPM/FIS or contractor personnel.

3.2.6    Due to the unique nature and security policies of FIS core facilities at Boyers, Ft. Meade, and the Theodore Roosevelt Building, section 3.2.5 is not applicable to these locations, due to additional security measures already in place.

3.2.7    Individuals who are not properly cleared for authorized access to OPM/FIS office space must be escorted at all times.

3.3    Domicile storage requirements:

      3.3.1    Information will be secured from access by others, including family members and guests, who may access the domicile location.

      3.3.2    When the domicile location is unattended and contains PII the residence must be locked and adhere to the two barrier rule.

      3.3.3    All personnel will provide their first line supervisor with documentation explaining how PII is stored and protected within their residence.  Documentation will be provided within 30 days of receipt of this policy and subsequently updated within 30 days of any change in domicile storage procedures.   First line supervisors will maintain current copies of each employee's submission and must obtain yearly updates from their staff.   It is the responsibility of the supervisor to determine whether or not the submitted plan is acceptable.

3.4      Vehicle storage requirements:

      3.4.1    Vehicles are used for the transport of PII between official locations, when such transport is required for conducting official FIS business.  As such, PII will never be left in a vehicle overnight or for any other extended period of time.  While it is recognized that the storage of PII in vehicles, under certain circumstances, will be unavoidable, whenever possible OPM/FIS personnel shall take PII with them and not leave it in a vehicle.  While it is emphasized that only the minimum PII necessary to work productively should be carried into the field, it is recognized that some investigative activities, such as those conducted in residential areas, require that the investigator travel lightly.  Under these limited circumstances, PII may be secured in a locked trunk, as long as the information is secured in a manner that complies with sections 3.4.2 through 3.4.6.

      3.4.2    Case material will never be left unattended while in plain view or in any area other than the trunk of the vehicle.

      3.4.3    The only authorized storage location for PII, within a parked vehicle, is within a locked trunk.  When storing PII within a locked trunk, personnel shall take measures to place the PII in the trunk prior to arriving at their destination, so as to avoid drawing attention to the storage of materials within the trunk.

      3.4.4    If the vehicle does not have a separate locking trunk area, as is such with certain sport utility vehicles, personnel will place the PII in the equivalent area of the vehicle and ensure it is covered from plain view and does not attract unusual attention.

      3.4.5    Personnel will ensure the vehicle is locked and that all windows are fully closed, prior to leaving the vehicle.

      3.4.6     Personnel will ensure items of value or other materials that may attract undue attention to a vehicle are secured and not within plain view (i.e., GPS units, cellular telephones, satellite radios, purses, packages, etc.).

3.5      Hotel room storage requirements:

      3.5.1    Never leave material containing PII material in plain view, to include laptops.

  3.5.2 If available, PII should be stored in a locked safe.  If no locking safe is available, PII should be stored outside of plain view.

  3.5.3 If unable to adequately secure PII within a hotel room, OPM/FIS personnel should evaluate if taking the material with them for temporary storage, to include within their vehicle, is more appropriate during times when not in the hotel room.

3.6 When traveling via airline or by other commercial means PII material, to include laptops or other information technology equipment containing PII, will never be stored within checked baggage and will remain within the control of the employee at all times.

3.7 When transporting PII between locations, it shall be contained within a closed container (i.e.: closed briefcase, zippered portfolio).  PII shall not be transported in an open container, so as to reduce the potential for inadvertent loss.

## 4.0 PII Transmission Requirements

4.1 Upon receipt of case assignments, personnel are required to print necessary case material at their duty station, if equipped to do so.  This replaces the shipment of case material by mail or other courier, whenever possible.

4.2 In the limited instance that case material is sent via the U.S. Postal Service (USPS) or other commercial carrier (e.g., UPS, FedEx, etc.), the material must be sent in such a method that allows for the item to be tracked throughout the entire shipping process.  The use of a "delivery confirmation," in and of itself, will not suffice.

  4.2.1 Any material sent via USPS or other commercial carrier will be fully manifested prior to sending.  The manifest will contain the case names and associated numbers for all material contained within the shipment, along with any other relevant documents (i.e. releases, credit report, etc.) containing PII within the shipment. The sender of the shipment will include one copy of the manifest in the shipment and will retain a second copy, for use in the event of a lost or damaged shipment.  All material will be double wrapped and sealed with the internal packaging also identifying the recipient of the information but without any markings indicating that PII is contained within the package. The internal envelope will have return address identification sticker in the event the exterior packaging is damaged.

  4.2.2 Prior to sending any PII via USPS or other commercial carrier, the sender will notify the recipient of the shipment and its expected arrival date.  Such notification shall be done via e-mail or other electronic method when possible.

  4.2.3 Upon receipt of the shipment, the recipient (to include internal FIS shipments) will immediately reconcile the package contents with the enclosed manifest.  Any discrepancies will be immediately reported to the sender and proper reporting requirements will be followed.  Acknowledgement of the shipment shall be sent in the same manner in which the original notification of shipment was made.  If the package does not arrive when expected, the recipient will notify the sender to initiate tracking of the package.

  4.2.4 The shipper will retain the original manifest and recipient's confirmation for a period of two years. There is no requirement for the recipient to maintain a copy of the shipping manifest.

4.3 Transmission of PII via email:

  4.3.1 Unsecure email is never to be used for transmission of PII or other case related material.

  4.3.2 Messages sent to or from an e-mail address ending in "@OPM.GOV" are deemed secured. Messages sent to a recipient outside of the "OPM.GOV" domain must be encrypted for secure transmission. For these purposes only, the use of a Subject's last name and the case number will not be considered PII[6].

4.4 Thumb drive or other portable media storage of PII:

  4.4.1 Thumb drives or other portable media may be used to store PII data provided the device is issued by OPM. PII placed on the device must be encrypted and must have the appropriate physical security controls in place.

4.5 Use of fax machines to transmit PII:

  4.5.1 When faxing PII, the primary method for the transmission of PII should be a Government owned or controlled facsimile machine. When faxing material, FIS personnel should maintain visual control of the document(s) at all times. OPM/FIS Personnel and contractors will confirm the validity of fax numbers prior to sending.

  4.5.2 The use of non-government or other commercial services for sending facsimiles (e.g.: FedEx Kinko's, Staples, OfficeMax, hotel business centers, etc.) is permitted when the sender is on TDY and does not have access to a government owned or controlled facsimile machine. In such instances, the sender will never relinquish visual control of the document and will insure accountability of the document at all times.

  4.5.3 If receiving PII at a non-government or other commercial service facsimile, the recipient must be present at the time of transmission to receive the document. OPM/FIS personnel and contractors will never request a document containing PII be sent to a commercial service or other non-government location and have individuals unauthorized to view or handle FIS documents receive it for them (i.g, hotel staff, store employee, etc.).

  4.5.4 OPM/FIS personnel and contractors will verify the receipt of all faxes. In cases where a machine generated delivery confirmation is available, this document shall be retained by personnel and will suffice as a delivery receipt. Personnel will store the confirmation receipt within the local case file; retention will be in accordance with current case retention policies.

---

[6] Reference April 3, 2014 e-mail from Chief Information Officer Services Bulletin regarding secure E-mail System Upgrade.

     4.5.5   Frequently utilized numbers should be programmed into office and other government owned/issued facsimile machines in order to reduce the likelihood of error in sending facsimiles containing PII to unauthorized personnel/locations.  Programmed numbers should be periodically checked to insure they are still valid.

4.6     Websites:

     4.6.1   Entering PII (Subject identifiers such as name and SSN) on public internet sites to obtain investigative results is strictly prohibited unless specific authorization is received through appropriate procedures and the website has been authorized for such use by OPM/FIS.

     4.6.2   Authorization regarding utilization of particular sites will be disseminated to personnel when the use of those sites has been approved by OPM/FIS.

     4.6.3   Use of the internet is permissible for lead purposes. "Lead purposes" are those activities that may assist personnel in conducting investigations more efficiently and do not require inputting of PII for search results.  Examples include locating addresses of facilities or phone numbers of individuals.

4.7     Completed cases:

     4.7.1   Upon completion of fieldwork, field personnel will expeditiously return all completed materials and case notes to the originating field office.  Under no circumstances will cases be held past the 7th day of the following month (i.e., cases completed in April, must be returned no later than May 7th).

     4.7.2   Supervisors may require personnel to return case materials in a more expeditious manner than referenced in Section 4.7.1; under no circumstances will personnel hold cases for a longer period than defined in Section 4.7.1.

     4.7.3   Unauthorized personnel will not destroy any case materials, including case notes, and must ensure all documents are returned to the field office for appropriate reconciliation and retention.  Materials will be destroyed, by the first line supervisor or his/her designee, when directed to do so through case messaging.  Personnel are not authorized to destroy case materials at their residences unless pre-approval is received.

     4.7.4  Supervisors will ensure materials are properly destroyed within five business days of notification to do so.  Personnel will maintain destruction logs of all case materials destroyed.  Destruction logs will be maintained for a period of two years.

     4.7.5   Investigative personnel will delete cases from their computer(s) within five business days of being directed to do so.

4.8     Releases:

     4.8.1   When providing a release to a source, FIS personnel will redact the Date of birth and Social Security Number from the release.

## 5.0    Manifesting Requirements

5.1     The submission of a daily manifest to provide accountability of investigative case material in possession of personnel while moving between their duty stations and/or authorized locations is required.

    5.2     Field personnel and/or teleworking employees will create and submit a manifest at the start of each working day, prior to transporting any PII.  In cases where no PII is being transported, OPM/FIS personnel and contractors will submit a blank manifest or otherwise document to their supervisor that no PII will be transported that day.  Documentation will be submitted daily, no later than 9 a.m. local time or prior to transporting any PII.  A daily manifest is not required if an individual is not currently scheduled any items or cases; or, if the individual is a federal employee or direct employee of the prime contractor and is on leave or otherwise in a non-pay status.   In such instances it will be the responsibility of the supervisor or the contractor's sub-contract manager to maintain documentation of an individual employee's or independent contractor's status.

    5.2.1   Supervisory Agents-in-Charge (SAC's), first line supervisors, or sub-contract managers will ensure full accountability for daily manifests, as outlined above in 5.2.

5.3     Personnel with the need to transport material containing PII will be responsible for completing a detailed manifest.  At a minimum, the manifest will contain the following information:

1. Date of manifest
2. Staff name
3. Case name (last), case number
4. Identification of the document(s) (case papers, release(s)/type of release(s), entire file)

5.4     Reconciliation of the manifest must be completed upon return to/arrival at the final duty location.  Any discrepancies within the daily reconciliation of PII must be immediately reported as outlined in this policy.

    5.4.1   Manifests will be maintained by supervisors for a period of two years from date of final receipt.  Electronic storage of such manifests is acceptable.

5.5     Personnel who are in a TDY status will submit a daily manifest to both their assigned TDY supervisor and their home supervisor.

## 6.0    Reporting a Possible PII Breach

6.1     The determination about whether PII has been breached will be done carefully but promptly to ensure that the likelihood of a breach of PII is established by the preponderance of the data available.  Mere suspicion of a breach should not be reported without further follow-up to determine the exact circumstances.  To assist OPM/FIS personnel and contractors in assessing the likelihood of a PII breach, the following procedures shall be followed.

6.2     In evaluating whether or not to report a breach, FIS personnel shall consider all relevant factors. Instances of theft or any other immediately known loss should be reported as such.  Cases of missing packages within the USPS or other commercial carrier should be investigated further to determine the likelihood of a lost package, as opposed to one that is simply delayed.  In all instances, once a loss or other breach is suspected or known, it must be immediately reported.

      6.2.1    Shipments that are confirmed to have been lost or cannot be accounted for after a reasonable period of time shall be reported as lost PII.

      6.2.2    Misdirected faxes and other dissemination of documents to unauthorized individuals will be reported as lost PII.

      6.2.3    In cases where it is undetermined whether or not an incident should be reported, personnel shall immediately contact the EPD of OPM/FIS Integrity Assurance for further guidance and instructions.

      6.2.4    The responsibility for proper follow-up and additional measures regarding the investigation and/or recovery of lost materials will be that of the first line supervisor.

6.3     Notification:

      6.3.1    Immediately upon becoming aware of a possible PII incident, the supervisor of the individual responsible for the loss will contact the OPM Situation Room (SITROOM).  The SITROOM is available 24 hours per day, 7 days per week.  The SITROOM will be notified either telephonically at (202) 418-0111 or via email at usopmsr@opm.gov.  The reporting individual will provide all known details to the SITROOM.  When reporting a PII breach it must be noted if National Agency Check (NAC) items are lost for proper reporting to the originating agency.

      6.3.2    When reporting a breach, the SITROOM requires information to include name, location, number of cases, and as many details of the incident as possible. Specific PII of individuals should not be included (i.e. SSN).

      6.3.3    Within four (4) hours from the point that the incident is reported to the SITROOM, the Supervisor of the individual believed responsible for the PII loss will coordinate with their supervisor (the second line supervisor for the employee who is believed responsible for the loss).  In coordination, the individual responsible for the loss and their supervisor(s) will submit the FIS PII Loss Reporting Form to the FIS Incident Response Team, via email at FISINCIDENTRESPONSETEAM@OPM.GOV.

      6.3.4    The responsible individual's Supervisor will take immediate steps to initiate recovery of the material and/or to follow up with additional parties relevant to the loss and/or recovery of PII material.

      6.3.5    Supervisors are responsible for ensuring that the FIS Incident Response Team is immediately updated on changes to initially reported information (i.e., PII is found, lost shipment recovered, etc.).

      6.3.6    If, within 60 days after the PII loss was initially reported, the status of the PII loss has not changed, or it has not been previously updated as per 6.3.4, the supervisor will provide a status update to FIS Integrity Assurance.

## 7.0    Official Loss Notifications

7.1    FIS Integrity Assurance will review each reported PII loss and make a recommendation to the FIS Freedom of Information and Privacy Act Office (FOIPA). FIS FOIPA will notify OPM OGC regarding appropriate notifications. FIS' Freedom of Information and Privacy Act Office will ensure all required notifications to the affected Subject(s) are made within three days of determination, unless specific circumstances of an individual loss dictate faster notification. All notifications will conform to the required internal procedures for such.

7.2    All notifications to Subject's affected by lost PII will be made as approved by the required procedures for such. Personnel not associated with the official notification procedures should not notify or otherwise inform the affected Subject(s) of lost PII. Any exceptions must be coordinated through OPM FIS Integrity Assurance and/or FIS' Freedom of Information and Privacy Act Office.

## 8.0    Compliance

8.1    FIS Integrity Assurance is responsible for oversight and ensuring full compliance with the established FIS PII Policy. To ensure compliance, FIS Integrity Assurance will conduct random audits of FIS offices. All personnel must fully comply with PII Audits.

8.2    Exceptions to the standards set forth in this policy will be submitted to FIS Integrity Assurance for review and determination. No exceptions are authorized without the prior approval of FIS Integrity Assurance.

8.3    Failure to follow the FIS PII Policy may result in disciplinary action, up to and including removal.

# (Attachment 1)

# ACKNOWLEDGEMENT OF RECEIPT

# FIS Policy on the Protection of Personally Identifiable Information (PII), July 2014

I, _____ acknowledge receipt of the **FIS Policy on the Protection of Personally Identifiable Information (PII), July 2014**.  I also understand that as a FIS employee or Contractor I am responsible for reviewing this document and discussing any questions or concerns with my supervisor.

_____            _____
Signature of Individual                                                              Date

**THIS FORM IS TO BE RETAINED BY THE SUPERVISOR AND TRANSFERRED WITH THE EMPLOYEE AS NECESSARY.**

(ATTACHMENT 2)

# U.S. Office of Personnel Management
# Federal Investigative Services

## FIS PII LOSS REPORTING FORM
## INITIAL NOTIFICATION

REPORTING INDIVIDUAL INFORMATION
(Information regarding individual discovering the PII incident)

**Name of Reporting Individual**:
**Address**:
**Company** (Contractor) or **Region** (Federal):
**Telephone No.-Office**:           **Telephone No.-Cell**:
**Email:**
**Date/Time** [1] **the PII Incident Occurred (if known)**:
**Ticket Number (provided by SITROOM):**

INCIDENT INFORMATION
(Information regarding the individual (s) believed responsible for the PII incident)

**Name of Individual(s) Believed Responsible for the PII Incident**:
**Position**:
**Address**:
**Company** (Contractor) or **Region/Location** (Federal Staff):
**Telephone No. - Office**:           **Telephone No. Cell**:
**Name, Telephone Number and Email Address of the Individual's Supervisor (Security Officer for contract staff):**
**Location and Address of Incident** (vehicle, hotel room, residence, etc.):
**Incident Category** (**must select from list**[2] **below**):
**If category "Other" Selected, Briefly Describe**:
**Police Department (PD) Notifications** (provide date/time, name of department and officer, and report number if available):
**Description of PII Material Potentially Breached (Case Number(s)/Case Name(s)/material(s) lost (i.e.) case papers, releases, notes, etc.)**:
**Date materials recovered or destroyed:**
**Details of recovery or destruction:**
**Summary of Incident**: (Provide a detailed account of the incident include as many details as are known, history/timeline of events, number of cases lost, case numbers if known, what material was in case files, etc.):

---

[1] Times should be recorded in Eastern Time.
[2] Incident Category (Select Only One): Improper e-Access, Lost Shipment; Lost Laptop, Stolen Laptop, Lost Paper Files, Stolen Paper Files; Mis-sent Emails, Mis-sent Faxes; or other.

## SUPERVISORY ACTIONS
(Identify All Actions Taken by Supervisor/Security Office)

JULY 2014 Edition – All Previous Editions Are Obsolete

**Name of first line supervisor:**
**Date/time first line supervisor was notified:**
**Name of second line supervisor:**
**Date/time second line supervisor was notified:**

**Summary of Actions Taken By Supervisor/Security Office:**

**(NOTE: This input must be provided to the FIS Incident Response Team within 4 hours from the time of the initial report to the SITROOM)**

INTERNAL USE ONLY

**Date/Time Supervisor Input Received (if more than 4 hours, please explain):**
**FOIA/PA Branch Internal Tracking Number Assigned**:
**Entered Into PII Tracking System**:
**Date/Time FIS Incident Response Team Notified**:
**Incident Follow Up Assigned to**:
**Final Disposition**: