**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: U.S. OFFICE OF PERSONNEL MANAGEMENT DATA SECURITY BREACH LITIGATION <br><br> This Document Relates To: <br><br> ALL CASES | Misc. Action No. 15-1394 (ABJ) <br> MDL Docket No. 2664 |

**FEDERAL DEFENDANT'S MOTION TO DISMISS
THE CONSOLIDATED AMENDED COMPLAINT**

Federal Defendant, the Office of Personnel Management ("OPM"), by and through its undersigned counsel, hereby moves to dismiss Plaintiffs' Consolidated Amended Complaint in this multidistrict litigation, Case No. 1:15-mc-01394-ABJ (ECF No. 63), pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 9(g).  Accompanying this motion is a memorandum of points and authorities in support of the motion along with three exhibits.  Defendant respectfully requests that the Court grant the motion for the reasons described in the memorandum.

Dated: May 13, 2016                                      Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Matthew A. Josephson*
MATTHEW A. JOSEPHSON
ANDREW E. CARMICHAEL
KIERAN G. GOSTIN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch

20 Massachusetts Avenue, NW, Room 7304
Washington, DC 20530
Tel: (202) 514-9237
Email: Matthew.A.Josephson@usdoj.gov

**Counsel for Federal Defendant OPM**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2016, I filed the above motion with the Court's CM/ECF system, which will send notice of such filing to all parties.

*/s/ Matthew A. Josephson*
Matthew A. Josephson