UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| IN RE: U.S. OFFICE OF PERSONNEL MANAGEMENT DATA SECURITY BREACH LITIGATION | Misc. Action No. 15-1394 (ABJ) <br> MDL Docket No. 2664 |
| This Document Relates To: <br><br> *NTEU v. Cobert*, <br>    15-cv-1808-ABJ (D.D.C.) <br>    3:15-cv-03144 (N.D. Cal.) | |

**FEDERAL DEFENDANT'S MOTION TO DISMISS**
**THE NTEU PLAINTIFFS' AMENDED COMPLAINT**

Federal Defendant, Beth F. Cobert,[1] sued in her official capacity as Acting Director of the Office of Personnel Management ("OPM"), by and through undersigned counsel, hereby moves to dismiss the Amended Complaint filed in *National Treasury Employee Union v. Cobert*, No. 15-cv-1808-ABJ (D.D.C. 2015), pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Accompanying this motion is a memorandum of points and authorities in support of the motion. Defendant respectfully requests that the Court grant the motion for the reasons described in the memorandum.

Dated: June 27, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), when a public officer who is a party in an official capacity ceases to hold office, the officer's successor is automatically substituted as a party, and later proceedings should be in the substituted party's name. Accordingly, Beth F. Cobert has been substituted for her predecessor, Katherine Archuleta.

Deputy Director, Federal Programs Branch

*/s/ Matthew A. Josephson*
MATTHEW A. JOSEPHSON
ANDREW E. CARMICHAEL
KIERAN G. GOSTIN
JOSEPH E. BORSON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 7304
Washington, DC 20530
Tel: (202) 514-9237
Email: Matthew.A.Josephson@usdoj.gov


**Counsel for Federal Defendant OPM**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2016, I filed the above motion with the Court's CM/ECF system, which will send notice of such filing to all parties.

/s/ *Matthew A. Josephson*
Matthew A. Josephson