IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE U.S. OFFICE OF<br>PERSONNEL MANAGEMENT<br>DATA SECURITY LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>*NTEU v. McGettigan*,<br>  15-cv-1808-ABJ (D.D.C.)<br>  3:15-cv-03144 (N.D. Cal.) | Misc. Action No. 15-1394<br>MDL Docket No. 2664 |

## NOTICE OF APPEAL

Notice is given this 19th day of September, 2017, that Plaintiffs National Treasury Employees Union (NTEU), Eugene Gambardella, Stephen Howell, and Jonathon Ortino (collectively, NTEU Plaintiffs) hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 19th day of September, 2017, in favor of Defendant Kathleen McGettigan, Acting Director, Office of Personnel Management, against NTEU Plaintiffs.[1]

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), when a public officer who is a party in an official capacity ceases to hold office, the officer's successor is automatically substituted as a party, and later proceedings should be in the substituted party's name. Accordingly, Kathleen McGettigan has been substituted for her predecessor.

Respectfully submitted,

Gregory O'Duden
Larry J. Adkins

/s/Paras N. Shah
Paras N. Shah
Allison C. Giles
NATIONAL TREASURY EMPLOYEES UNION
1750 H Street, N.W.
Washington, D.C.  20006
Tel:  (202) 572-5500
Email:  greg.oduden@nteu.org
Email:  larry.adkins@nteu.org
Email:  paras.shah@nteu.org
Email:  allie.giles@nteu.org

*Counsel for NTEU Plaintiffs*

September 19, 2017

<u>CLERK</u>:  Please mail copies of the above Notice of Appeal to the following at the

address indicated:

ELIZABETH J. SHAPIRO
ANDREW E. CARMICHAEL
JOSEPH BORSON
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 7218
Washington, DC 20530