# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE: U.S. OFFICE OF PERSONNEL
MANAGEMENT DATA SECURITY
BREACH LITIGATION

This Document Relates To:

ALL CASES

Misc. Action No. 15-1394 (ABJ)
MDL Docket No. 2664

## SUPPLEMENT TO NOTICE OF APPEAL

Class Plaintiffs hereby supplement their notice of appeal filed October 5, 2017 [Dkt. #120] to provide a complete list of plaintiffs who are party to this appeal.

The Class Plaintiffs are: American Federation of Government Employees, AFL-CIO; Travis Arnold; Tony Bachtell; Ryan Bonner; Monty Bos; Gardell Branch; Myrna Brown; Heather Burnett-Rick; Robert Crawford; Paul Daly; Jane Doe; Jane Doe II; John Doe; John Doe II; John Doe III; Michael Ebert; Kelly Flynn; Alia Fuli; Johnny Gonzalez; Lillian Gonzalez-Colon; Orin Griffith; Jennifer Gum; Michael Hanagan; Maryann Hibbs; Deborah Hoffman; Michael Johnson; Cynthia King-Myers; Ryan Lozar; Teresa J. McGarry; Charlene Oliver; Toralf Peters; Mario Sampedro; Timothy Sebert; Zachary Sharper; Robert Slater; Darren Strickland; Peter Uliano; Nancy Wheatley; and Kimberly Winsor.

DATED: October 11, 2017

Respectfully submitted,

**GIRARD GIBBS LLP**

By: /s/ *Daniel C. Girard*

1

Daniel C. Girard
Jordan Elias
601 California Street, 14th Floor
San Francisco, CA 94108
Phone: (415) 981-4800
Facsimile: (415) 981-4846
Email: dcg@girardgibbs.com

*Interim Lead Class Counsel*

David H. Thompson
Peter A. Patterson
**COOPER & KIRK, PLLC**
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036

Tina Wolfson
**AHDOOT & WOLFSON, PC**
1016 Palm Avenue
West Hollywood, CA 90069

John Yanchunis
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 North Franklin Street, 7th Floor
Tampa, FL 33602

*Plaintiffs' Steering Committee*

Gary E. Mason
**WHITFIELD BRYSON & MASON LLP**
5101 Wisconsin Ave., NW.
Suite 305
Washington, D.C. 20016

*Liaison Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2017, I filed the above document with the Court's CM/ECF system, which will send notice of such filing to all parties.

/s/  *Daniel C. Girard*
Daniel C. Girard
