**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: U.S. OFFICE OF PERSONNEL MANAGEMENT DATA SECURITY BREACH LITIGATION | |
| This Document Relates To: | Misc. Action No. 15-1394 (ABJ) MDL Docket No. 2664 |
| ALL CASES | |

**NOTICE OF RELATED CASE**

Pursuant to Local Rule 40.5(b), Defendant,  United States Office of Personnel Management

("OPM") hereby provides notice that a case recently filed in the United States District Court for the

District of New Mexico, *Parton v. U.S.*, Civ. No. 1:18-cv-0409 (D.N.M. filed May 1, 2018) is related

to the above-captioned multidistrict litigation ("MDL").  OPM has filed a Notice of Tag-Along

Action with the United States Judicial Panel on Multidistrict Litigation, which is attached as Exhibit

1.  This filing includes a copy of the docket sheet and complaint in *Parton*.

DATED: May 30, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/  Andrew E. Carmichael*
ANDREW E. CARMICHAEL
JOSEPH BORSON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW

Washington, DC 20530
Tel: (202) 514-3346
Email: andrew.e.carmichael@usdoj.gov

*Counsel for Federal Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2018, I caused the above notice to be electronically filed with the Court's CM/ECF system, which will send notice of such filing to counsel of record.  A copy of the notice will also be sent via first class mail to:

Law Office of Jason Lewis, LLC
Law Office of J. Ray, LLC
201 12th St. NW
Albuquerque, NM 87102
*Counsel for Plaintiff Lahoma Sue Parton*

/s/ *Andrew E. Carmichael*
Andrew E. Carmichael