IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE U.S. OFFICE OF PERSONNEL MANAGEMENT DATA SECURITY LITIGATION<br><br>―――――――――――――――――<br><br>This Document Relates To:<br><br>*NTEU v. Cabaniss*,<br>    15-cv-1808-ABJ (D.D.C.)<br>    3:15-cv-03144 (N.D. Cal.) | Misc. Action No. 15-1394<br>MDL Docket No. 2664 |

## NOTICE

Plaintiffs National Treasury Employees Union (NTEU), Eugene Gambardella, Stephen Howell, and Jonathon Ortino (collectively, NTEU Plaintiffs) respectfully submit this notice in advance of the December 3, 2019 status conference to inform the Court that they will not take any further action in this litigation. They expect to be dismissed from this consolidated action consistent with the D.C. Circuit's June 21, 2019 opinion, and, as such, do not intend to participate in the forthcoming status conference.

        Respectfully submitted,

        Gregory O'Duden
        Larry J. Adkins

        /s/Paras N. Shah
        Paras N. Shah
        Allison C. Giles
        NATIONAL TREASURY EMPLOYEES UNION
        1750 H Street, N.W.
        Washington, D.C. 20006
        Tel: (202) 572-5500
        Email: greg.oduden@nteu.org
        Email: larry.adkins@nteu.org
        Email: paras.shah@nteu.org
        Email: allie.giles@nteu.org

        *Counsel for NTEU Plaintiffs*

November 26, 2019