NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, ROBERT CRAWFORD, TERESA J. MCGARRY, The Honorable, on behalf of herself and all others similarly situated, MICHAEL HANAGAN, individually and on behalf of all others similarly situated, RYAN BONNER, on behalf of himself and all others similarly situated, MARIO SAMPEDRO, GARDELL BRANCH, ROBERT SLATER, TORALF PETERS, MYRNA BROWN, CHARLENE OLIVER, DARREN STRICKLAND, CYNTHIA KING-MYERS, TRAVIS ARNOLD, MICHAEL JOHNSON, TONY BACHTELL, ZACHARY SHARPER, JENNIFER GUM, MICHAEL EBERT, DEBORAH HOFFMAN, PAUL DALY, LILLIAN GONZALEZ-COLON, KELLY FLYNN, PETER ULIANO, RYAN LOZAR, ORIN GRIFFITH, TIMOTHY SEBERT, JOHNNY GONZALEZ, MARYANN HIBBS, ALIA FULI, HEATHER BURNETT-RICK, MONTY BOS, NANCY WHEATLEY, KIMBERLY WINSOR, JANE DOE, JANE DOE II, JOHN DOE, JOHN DOE II, JOHN DOE III,**
*Plaintiffs-Appellants*

**ADAM DALE, NATIONAL TREASURY EMPLOYEES UNION, STEPHEN HOWELL, JOHN ORTINO, MARY C. WOO, on behalf of herself and all others similarly situated, VICTOR W. HOBBS, on behalf of himself and all others similarly situated, HECTOR PEREZ, individually, and on behalf of all others**

**similarly situated, JOHN ORAVIS, individually, and on behalf of all others similarly situated, GARY S. COX, individually and on behalf of all others similarly situated, DERRICK SIMS, individually, and on behalf of all others similarly situated, EDWARD W. KRIPPENDORF, on behalf of himself and all others similarly situated, EDWARD L. ROBBELOTH, on behalf of themselves and all others similarly situated, ERIC W. EDGAR, on behalf of themselves and all others similarly situated, JOHN RABER, on behalf of themselves and all others similarly situated, MICAELA BROWN, on behalf of herself and all others similarly situated, NICOLE WAID, on behalf of herself and all others similarly situated, NICHOLAS D. CAVIS, WILLIAM PRESTON, HOWARD SMITH, individually and on behalf of all others similarly situated, CHAD KAPPERS, WILLIAM FLEISHELL, III, JERAN BINNING, on behalf of himself and all others similarly situated, ADEDEJI SHAMONDA, ADEBIYI K. SHAMONDA, EUGENE GAMBARDELLA, DAVID A. GOLDEN, individually, and as parent and next friend of C. B. Golden, a minor, RONNIE GOLDEN, LILIANA GOLDEN,**
*Plaintiffs*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT, Kathleen McGettigan, Acting Director, in her official capacity; Robert Leahy, Acting Chief Information Officer, in his official capacity, ROBERT LEAHY, Chief Information Officer of U.S. Office of Personnel Management, in his official capacity, KEYPOINT GOVERNMENT SOLUTIONS, KATHLEEN MCGETTIGAN, Acting Director, Office of Personnel Management, DEPARTMENT OF HOMELAND SECURITY,**
*Defendants-Appellees*

**ELAINE D. KAPLAN, JOHN BERRY, DOES, 1 through 100 inclusive,**
*Defendants*

---

2018-1182

---

Appeal from the United States District Court for the District of Columbia in Nos. 1:15-cv-01015-ABJ, 1:15-cv-01321-ABJ, 1:15-cv-01449-ABJ, 1:15-cv-01564-ABJ, 1:15-cv-01617-ABJ, 1:15-cv-01653-ABJ, 1:15-cv-01752-ABJ, 1:15-cv-01808-ABJ, 1:15-cv-01810-ABJ, 1:15-cv-01835-ABJ, 1:15-cv-01927-ABJ, 1:15-cv-01928-ABJ, 1:15-cv-01929-ABJ, 1:15-cv-01930-ABJ, 1:15-cv-01931-ABJ, 1:15-cv-01933-ABJ, 1:15-cv-02089-ABJ, 1:15-cv-02259-ABJ, 1:15-mc-01394-ABJ, 1:16-cv-00178-ABJ, 1:16-cv-00392-ABJ, and 1:16-cv-01253-ABJ, Judge Amy Berman Jackson.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint motion to withdraw this appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

June 03, 2020 — /s/ Peter R. Marksteiner
Date — Peter R. Marksteiner
Clerk of Court

s25

ISSUED AS A MANDATE: June 03, 2020