**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: U.S. OFFICE OF PERSONNEL MANAGEMENT DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br>ALL CASES | Misc. Action No. 15-1394 (ABJ)<br>MDL Docket No. 2664 |

# JOINT STATUS REPORT

Daniel C. Girard
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
415.981.4800 (main)
415.544.6421 (direct)
dgirard@girardsharp.com

*Interim Lead Class Counsel*

Jason J. Mendro
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Tel: 202-886-3276
Email: JMendro@gibsondunn.com

*Counsel for Defendant Perspecta Risk Decision Inc.*

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

JOSHUA E. GARDNER
Special Counsel
Civil Division, Federal Programs Branch

JOSEPH BORSON
DREW CARMICHAEL
REBECCA KOPPLIN
Trial Attorneys
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7583
Fax: (202) 616-8470
email:Joshua.e.gardner@usdoj.gov

*Counsel for the Government Defendant*

Pursuant to the Court's April 27, 2020 minute order, the parties respectfully submit this joint report "advising the Court of the status of mediation if the case has not already been resolved by that date." The parties have not reached agreement but continue negotiations under the supervision of retired federal judge Lawrence F. Stengel. Consistent with Judge Stengel's recommendation, the parties respectfully request a further extension of the referral for an additional 90 days, to and including October 26, 2020, to continue the mediation process. This enlargement of the referral should not preclude Judge Stengel from declaring an impasse if he believes mediation is no longer productive.

DATED: July 23, 2020

Respectfully submitted,

By: /s/ *Daniel C. Girard*
Daniel C. Girard
GIRARD | SHARP
601 California Street, Suite 1400
San Francisco, CA 94108
415.981.4800 (main)
415.544.6421 (direct)
dgirard@girardsharp.com

*Interim Lead Class Counsel*

By: /s/ *Joshua E. Gardner*
JOSHUA E. GARDNER
Special Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 305-7583
Fax: (202) 616-8470
email:Joshua.E.Gardner@usdoj.gov

*Counsel for the Government Defendant*

By: /s/ *Jason J. Mendro*
Jason J. Mendro
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Tel: 202-886-3276
Email: JMendro@gibsondunn.com

*Counsel for Defendant Perspecta Risk Decision Inc.*