**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: U.S. OFFICE OF PERSONNEL MANAGEMENT DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br>ALL CASES | Misc. Action No. 15-1394 (ABJ)<br>MDL Docket No. 2664 |

# JOINT STATUS REPORT

Daniel C. Girard
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
415.981.4800 (main)
415.544.6421 (direct)
dgirard@girardsharp.com

*Interim Lead Class Counsel*

Jason J. Mendro
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Tel: 202-886-3276
Email: JMendro@gibsondunn.com

*Counsel for Defendant Perspecta Risk Decision Inc.*

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

JOSEPH BORSON
DREW CARMICHAEL
REBECCA KOPPLIN
Trial Attorneys
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7583
Fax: (202) 616-8470
email: elizabeth.shapiro@usdoj.gov

*Counsel for the Government Defendant*

Pursuant to the Court's Order of October 29, 2021, the parties report progress in their discussions regarding the issues for which the parties requested the referral to Judge Bates. Due to the intervening holidays, however, and the need to confer with clients and complete negotiations, counsel respectfully request until January 14, 2022, to finalize a class settlement agreement. The parties respectfully request a continuation of the stay with the understanding any party may discontinue the negotiations if appropriate in that party's judgment.

DATED: November 30, 2021

Respectfully submitted,

By: /s/ *Daniel C. Girard*

Daniel C. Girard
GIRARD | SHARP
601 California Street, Suite 1400
San Francisco, CA 94108
415.981.4800 (main)
415.544.6421 (direct)
dgirard@girardsharp.com

*Interim Lead Class Counsel*

By: /s/ *Elizabeth J. Shapiro*

ELIZABETH J. SHAPIRO
Deputy Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 514-5302
Fax: (202) 616-8470
email: elizabeth.shapiro@usdoj.gov

*Counsel for the Government Defendant*

By: /s/ *Jason J. Mendro*

Jason J. Mendro
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave., N.W.

Washington, D.C. 20036
Tel: 202-886-3276
Email: JMendro@gibsondunn.com

*Counsel for Defendant Perspecta Risk Decision Inc.*