**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: U.S. OFFICE OF PERSONNEL MANAGEMENT DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br>ALL CASES | Misc. Action No. 15-1394 (ABJ)<br>MDL Docket No. 2664 |

**JOINT STATUS REPORT**


Daniel C. Girard
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
415.981.4800 (main)
415.544.6421 (direct)
dgirard@girardsharp.com

*Interim Lead Class Counsel*

Jason J. Mendro
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Tel: 202-886-3276
Email: JMendro@gibsondunn.com

*Counsel for Defendant Peraton Risk Decision Inc.*

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
DREW CARMICHAEL
REBECCA KOPPLIN
Trial Attorneys
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7583
Fax: (202) 616-8470
email: elizabeth.shapiro@usdoj.gov

*Counsel for the Government Defendant*

Pursuant to the Court's Order of February 22, 2022, the parties have continued to work diligently to finalize a settlement. The parties have largely completed settlement documentation, engaged a notice and claims administrator, and negotiated a notice plan.

An issue has arisen regarding the requirements of a third-party U.S. government entity implicated in funding the settlement. Counsel for Defendant Office of Personnel Management only identified this issue recently, and have advised Class Counsel that they are actively working with representatives of the U.S. government entity to resolve the issue in a manner agreeable to all parties.

Given the substantial progress, the parties respectfully request until May 4, 2022, to finalize a settlement and submit preliminary approval papers. The parties respectfully request a continuation of the stay with the understanding any party may discontinue the negotiations if appropriate in that party's judgment.

DATED: April 18, 2022

Respectfully submitted,

By: /s/ *Daniel C. Girard*

Daniel C. Girard
GIRARD | SHARP
601 California Street, Suite 1400
San Francisco, CA 94108
415.981.4800 (main)
415.544.6421 (direct)
dgirard@girardsharp.com

*Interim Lead Class Counsel*

By: /s/ *Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO
Deputy Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 514-5302
Fax: (202) 616-8470
email: elizabeth.shapiro@usdoj.gov

*Counsel for the Government Defendant*

By: /s/ *Jason J. Mendro*
Jason J. Mendro
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Tel: 202-886-3276
Email: JMendro@gibsondunn.com

*Counsel for Defendant Peraton Risk Decision Inc.*