EXHIBIT 5

# OPM Data Breach
## Notice Plan Summary



*Notice plan reaches at least 80% of the proposed Settlement Class, with an average frequency of 3+.*

### Detailed Media Plan

| Individual Notice | Distribution | Frequency of Mailing | Language |
|---|---|---|---|
| Email Notice (sent by IDX) | approx 3,230,000 | Once to each available email address | English |
| Postcard Notice (sent by IDX) | TBD | Once to each record without an email address, or if email is undeliverable | English |

| Individual Notice sent to members of the labor unions NTEU & AFGE | Distribution | Frequency of Mailing | Language |
|---|---|---|---|
| Email Notice | TBD | Once to each available email address | English |
| Postcard Notice | | Once to each record without an email address, or if email is undeliverable | English |

| Print | Circulation | Insertions | Frequency | Language | Ad Size |
|---|---|---|---|---|---|
| Parade Magazine | 16,000,000 | 1 | Weekly | English | 2/5 Page |
| Sports Illustrated | 1,200,000 | 1 | Monthly | English | 1/2 Page |
| People | 3,400,000 | 1 | Weekly | English | 1/2 Page |
| NARFE (National Active & Retired Federal Employees Association) Magazine | 165,000 | 1 | 10x per Year | English | 1/2 Page |
| Stars & Stripes (U.S. Edition) | All military bases in the U.S. | 2 | Weekly | English | 1/2 Page |
| Marine Corps Times | 20,488 | 1 | Monthly | English | 1/2 Page |
| Army Times | 52,678 | 1 | Monthly | English | 1/2 Page |
| Navy Times | 38,757 | 1 | Monthly | English | 1/2 Page |
| Air Force Times | 30,441 | 1 | Monthly | English | 1/2 Page |
| **Total Estimated Circulation:** | **20,907,364** | **10** | | | |

| Digital (Display & Social) | Duration | Impressions | Target | Language | Ad Size |
|---|---|---|---|---|---|
| Military Times Network | 4 weeks | 333,333 | Run of Site | English | 300 x 250 |
| Google Display Network | 5 weeks | 55,000,000 | Adults 18+ | English & Spanish | 728x90, 300x250, 300x600 & 970x250 |
| Google Display Network | 5 weeks | 55,000,000 | Affinity Audiences: Federal Government Employees, US Military and US Veterans | English & Spanish | 728x90, 300x250, 300x600 & 970x250 |
| Google Display Network | 5 weeks | 55,000,000 | Intent Audiences: Federal Government Employees, US Military and US Veterans | English & Spanish | 728x90, 300x250, 300x600 & 970x250 |
| Google Display Network | 5 weeks | 15,000,000 | Select Site Targeting on career, government and military sites* | English & Spanish | 728x90, 300x250, 300x600 & 970x250 |
| Verizon (Yahoo!) Audience Network | 5 weeks | 175,000,000 | Adults 18+ | English & Spanish | 728x90, 300x250, 300x600 & 970x250 |
| Facebook | 5 weeks | 55,000,000 | Adults 18+ | English | Newsfeed & Right Hand Column |
| Facebook | 5 weeks | 65,000,000 | A18+ and Interest in US Armed Forces, US Army, US Navy, US Marine Corps, US Coast Guard, National Guard or Civil Service | English | Newsfeed & Right Hand Column |
| Facebook | 5 weeks | 20,000,000 | A18+ and Demographics US Veteran or Government Employee | English | Newsfeed & Right Hand Column |
| Facebook | 5 weeks | 31,625,000 | A18+ and Interest in various U.S. Government Departments.** | English | Newsfeed & Right Hand Column |

| OPM Data Breach Notice Plan Summary | | | | |  |
|---|---|---|---|---|---|
| Instagram | 5 weeks | 25,000,000 | Adults 18+ | English | Newsfeed |
| Instagram | 5 weeks | 35,000,000 | Adults 18+ and Interest in US Armed Forces, US Army, US Navy, US Marine Corps, US Coast Guard, National Guard or Civil Service | English | Newsfeed |
| Instagram | 5 weeks | 10,000,000 | Adults 18+ and Demographics US Veteran or Government Employee | English | Newsfeed |
| Instagram | 5 weeks | 22,000,000 | A18+ and Interest in various U.S. Government Departments.** | English | Newsfeed |
| Twitter | 5 weeks | 20,000,000 | Adults 18+ | English | Twitter Feed Ads |
| Twitter | 5 weeks | 30,000,000 | A18+ and interest in US Military, US Veterans or Government Careers | English | Twitter Feed Ads |
| Twitter | 5 weeks | 19,415,000 | A18+ and Interest in various U.S. Government Departments.** | English | Twitter Feed Ads |
| LinkedIn | 5 weeks | 25,000,000 | Adults 18+ and Job Titles Military or Government | English | LinkedIn Feed Ads |
| LinkedIn | 5 weeks | 13,915,000 | Adults 18+ and Job Profile includes various U.S. Government Departments | English | LinkedIn Feed Ads |
| Reddit | 5 weeks | 7,000,000 | Adults 18+ and subreddits r/usajobs, r/military, r/army, r/navy or r/airforce | English | Reddit Feed Ads |
| JCR Weekly (E-Newsletter for The National Court Reporters Association) | 4 weeks | 10,000 | NCRE Members and Industry Professionals | English | 300 x 250 |
| Federal Soup Newsletter | 3x eBlasts | | Variety of Audiences including Department of Defense and/or other Federal employees.  Can also apply further filters for specific agencies | | |
| Top Class Actions Sponsorship*** | 4 weeks | N/A | Adults 18+ | English | Various |

**Total Estimated Impressions:   734,298,333**

| Radio | Duration | Ad Unit | Estimated Spots |
|---|---|---|---|
| National Radio | 2-3 weeks | 30-second Ad | 800 |

| Additional Notice Enhancements |
|---|

Sponsored Search Listings (Google, Yahoo! & Bing)

National Press Release over PR Newswire's US1 and Hispanic Newslines (700 words max)

Outreach to labor unions for government employees. These unions may include AFGE and NTEU as well as numerous others. Notice will be sent including a cover letter/email asking that the information be disseminated to members/subscribers.

Dedicated Settlement Website

Toll-Free Settlement Number

*Select Site Targeting will focus on websites such as: military.com, federaljobs.net, federalgovernmentjobs.us, ask.fedweek.com and careers.org, among others.

**Departments include Agriculture, Justice, Homeland Security, Commerce, Education, Transportation, Energy, Veterans Affairs, Health & Human Services, Housing & Urban Development, and Labor.  The Securities & Exchange Commission is included as well.

***Sponsorship would include popups pushing the settlement to users, newsletter ad to 900,000+ subscribers, social media push to 200,000+ followers on Facebook, Twitter, Instagram and LinkedIn and featured in Top Class Actions YouTube channel, shared across all social media platforms.



Hilsoft Notifications
10300 SW Allen Blvd.
Beaverton, OR 97005
503.350.5800
www.hilsoft.com

