# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: U.S. OFFICE OF PERSONNEL MANAGEMENT DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br>ALL CASES | Misc. Action No. 15-1394 (ABJ)<br>MDL Docket No. 2664 |

## DECLARATION OF MICHELLE M. LA COUNT REGARDING NOTICE AND SETTLEMENT ADMINISTRATION

I, Michelle M. La Count, hereby declare and state as follows:

1. I am a Project Director employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"). I am familiar with the actions taken by Epiq with respect to the Settlement as described below, and I am competent to testify about them if called on to do so. This Declaration is based on my personal knowledge and information provided to me by associates or staff under my common supervision, and review of the business records maintained by Epiq. It is accurate and truthful to the best of my knowledge.

2. Epiq was appointed as the Settlement Administrator pursuant to Paragraph 10 of the Court's Preliminary Approval Order (the "Order") dated June 7, 2022, and in accordance with the Settlement Agreement dated May 5, 2022 (the "Agreement").[1]

---

[1] All capitalized terms not otherwise defined in this document shall have the same meanings ascribed to them in the Agreement

1

3. Pursuant to Paragraph 19 of the Order, the Claims Administrator must compile any objections as they are received and have them filed on the Court's docket on a rolling basis, with the first filing due on July 15, 2022.

4. As of July 14, 2022, Epiq has received one objection, attached here as Exhibit 1 (with redactions of the objector's date of birth and last four digits of his Social Security Number, under Federal Rule of Civil Procedure 5.2).

5. The requirements for filing an objection as set forth in Paragraph 20 of the Order, which are also identified in both the Settlement Agreement and the Notice, consist of the following elements:

   a. Name, address, and signature;

   b. A statement setting forth the specific reason(s), if any, for the objection, including any legal support for and any evidence that the objector wishes to introduce in connection with the objection;

   c. A statement as to whether the objection applies only to the objector, to a specific subset of the Class, or to the entire Class,

   d. A statement as to whether the objector intends to appear at the Fairness Hearing;

   e. A signed statement that the objector is a class member because he/she/they were subject to the data breaches and experienced one of the forms of loss in the class definition and confirm that the objector was a victim of the data breaches, providing his/her/their full name (or, if different, his/her/their full name at the time of the data breaches) and one of the following: (1) date of birth and the last four digits of your Social Security number, or (2) the PIN that was received from the OPM Verification Center in connection with OPM's offer of identity protection services.

Furthermore, Class Members wishing to object were directed to mail the objection to the Claims Administrator to be received no later than September 9, 2022, via First Class U.S. Mail to the following address:

> Objection Processing
> OPM Data Breach Settlement
> P.O. Box 4719
> Portland, OR 97208-4719

6. The objection attached as Exhibit 1 did not comply with all requirements listed above. It was unsigned and did not indicate if the putative objector or his representative intended to speak at the Fairness Hearing, and was sent via email rather than by U.S. Mail.

I declare under penalty of perjury under the laws of the United States and the District of Columbia that the foregoing is true and correct, and that this declaration was executed on July 14, 2022, in Green Bay, Wisconsin.

Michelle M. LaCount
Project Director, Epiq

## ATTESTATION

I, Daniel C. Girard, am the ECF User whose identification and password are being used to file this Declaration of Michelle M. La Count Regarding Notice and Settlement Administration. I hereby attest under penalty of perjury that concurrence in this filing has been obtained from Michelle M. La Count.

/s/ *Daniel C. Girard*