UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: U.S. OFFICE OF PERSONNEL MANAGEMENT DATA SECURITY BREACH LITIGATION <br><br> This Document Relates To: <br><br> ALL CASES | Misc. Action No. 15-1394 (ABJ) <br> MDL Docket No. 2664 |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23(e), and for the reasons set forth in the accompanying Memorandum in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement, Class Representatives[1] Travis Arnold, Tony Bachtell, Gardell Branch, Myrna Brown, Lilian Colon-McKnight, Paul Daly, Jon Decker (formerly John Doe III), Jane Doe, Jane Doe II, John Doe II, Kelly Flynn, Alia Fuli, Johnny Gonzalez, Orin Griffith, Jennifer Gum, Michael Hanagan, Deborah Hoffman, Cynthia King-Meyers, Todd Kupferer (formerly John Doe), Ryan Lozar, Teresa J. McGarry, Charlene Oliver, Mario Sampedro, Zachary Sharper, Robert Slater, Nancy Wheatley, and Kimberly Winsor, by and through their undersigned counsel, respectfully move the Court to enter the following relief, in substantially the form set forth in the [Proposed] Final Approval Order and Judgment (Exhibit 4 to the Settlement Agreement):

---

[1] Unless otherwise noted, all capitalized terms have the meaning ascribed to them in the Settlement Agreement.

1

    a.  Certify the Class, for settlement purposes only, pursuant to Rule 23(b)(3), Fed. R. Civ. P.;

    b.  Appoint Class Counsel and the Class Representatives, as defined in Section II.B.3 and II.B.4 of the Settlement Agreement, respectively, to represent the Class;

    c.  Grant final approval of the Settlement Agreement;

    d.  Find that Notice of the Settlement has been given to Class Members in accordance with the Preliminary Approval Order and constituted the best notice practicable of the matters set forth therein, including the Settlement, to all individuals entitled to such notice, and satisfied the requirements of Rule 23(c)(2)(B), Fed. R. Civ. P., and of due process;

    e.  Direct the Claims Administrator to process and pay all Valid Claims in a prompt manner according to the terms and conditions of the Settlement Agreement.;

    f.  Enter the Releases as set forth in the Settlement Agreement; and

    g.  Reserve exclusive jurisdiction over matters related to administration, consummation, enforcement, and interpretation of the Settlement, its associated agreements, and the Final Approval Order and Judgment.

  Pursuant to Local Civil Rule 7(f), Plaintiffs respectfully request an oral hearing on this motion. Pursuant to Local Civil Rule 7(m), Plaintiffs' counsel discussed this motion with Defendants' counsel, and Defendants consent to the relief requested herein.

DATED: July 21, 2022        Respectfully submitted,

                **GIRARD SHARP LLP**

                By: /s/ *Daniel C. Girard*

                Daniel C. Girard
                Jordan Elias
                Simon S. Grille

601 California Street
Suite 1400
San Francisco, CA 94108
(415) 981-4800
dgirard@girardsharp.com

*Lead Class Counsel*

David H. Thompson
Peter A. Patterson
**COOPER & KIRK, PLLC**
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036

Tina Wolfson
Theodore Maya
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue
Suite 500
Burbank, CA 91505

John Yanchunis
Marcio W. Valladares
Patrick A. Barthle II
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 North Franklin Street
7th Floor
Tampa, FL 33602

*Plaintiffs' Steering Committee*

Gary E. Mason
**MASON LLP**
5101 Wisconsin Avenue, N.W.
Suite 305
Washington, D.C. 20016

*Liaison Counsel*

Norman E. Siegel
Austin Moore
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road
Suite 200
Kansas City, MO 64112

*Additional Plaintiffs' Counsel*

# DISTRICT OF DISTRICT OF COLUMBIA LOCAL RULE 7(K) LIST OF PERSONS TO BE NOTIFIED OF MOTION AND [PROPOSED] ORDER

Pursuant to D.D.C. LCvR 7(k), the following persons are entitled to be notified of entry of the foregoing Motion and accompanying [Proposed] Order:

### *Pro Se Plaintiffs:*

ADEDEJI SHAMONDA
P.O. Box 881773
San Francisco, CA 94188-1773
415-531-8844

ADEBIYI K. SHAMONDA
3120 Shelter Creek Lane
San Bruno, CA 94066
(415) 812-4243

### *Counsel for Plaintiff Derrick Sims:*

David Pastor
PASTOR LAW OFFICE, LLP
63 Atlantic Avenue
3rd Floor
Boston, MA 02110

Preston W. Leonard
LEONARD LAW OFFICE, PC
63 Atlantic Avenue
3rd Floor
Boston, MA 02110

### *Counsel for Plaintiffs (To be Notified via the CM/ECF Filing System):*

Daniel C. Girard
GIRARD SHARP LLP
601 California Street
Suite 1400
San Francisco, CA 94108
(415) 981-4800
Fax: (415) 981-4846
Email: dgirard@girardsharp.com

Gary Edward Mason
MASON LIETZ & KLINGER LLP
5101 Wisconsin Avenue, N.W.
Suite 305
Washington, DC 20016
202-429-2290
Fax: 202-429-2294
Email: gmason@masonllp.com

Jordan Elias
GIRARD SHARP LLP
601 California Street
Suite 1400
San Francisco, CA 94108
(415) 981-4800
Fax: (415) 981-4846
Email: jelias@girardsharp.com

Adam E. Polk
GIRARD SHARP LLP
601 California Street
Suite 1400
San Francisco, CA 94108
(415) 544-6280
Fax: (415) 981-4846
Email: apolk@girardsharp.com

Anna C. Haac
TYCKO & ZAVAREEI, LLP
1828 L Street, NW
Suite 1000
Washington, DC 20036
(202) 973-0900
Fax: (202) 973-0950
Email: ahaac@tzlegal.com

Hassan A. Zavareei
TYCKO & ZAVAREEI, LLP
1828 L Street, NW
Suite 1000
Washington, DC 20036
(202) 973-0900
Fax: (202) 973-0950
Email: hzavareei@tzlegal.com

Norman E. Siegel
STUEVE SIEGEL HANSON LLP
460 Nichols Road
Suite 200
Kansas City, MO 64112
(816) 714-7100
Fax: (816) 714-7101
Email: siegel@stuevesiegel.com

Barbara L. Gibson
KOHN, SWIFT & GRAF, P.C.
1600 Market Street
Suite 2500
Philadelphia, PA 19103
215-238-1700
Fax: 215-238-1968
Email: bgibson@kohnswift.com

Behram Parekh
DALIMONTE RUEB STOLLER LLP
515 S. Figueroa Street
Suite 1550
Los Angeles, CA 90071
833-443-7529
Email: behram.parekh@drlawllp.com

Frazer Walton , Jr.
LAW OFFICE OF FRAZER WALTON, JR.
1913 D Street NE
Washington DC, DC 20002
202-398-8920
Email: frawalton@verizon.net

John Yanchunis
MORGAN & MORGAN COMPLEX LITIGATION GROUP
201 N. Franklin Street
7th Floor
Tampa, FL 33602
(813) 275-5272
Fax: (813) 275-9295
Email: jyanchunis@forthepeople.com

Marcio W. Valladares
MORGAN & MORGAN COMPLEX LITIGATION GROUP
201 N. Franklin Street
7th Floor
Tampa, FL 33602
(813) 229-4044
Fax: (813) 222-4733
Email: mvalladares@forthepeople.com

Patrick A. Barthle , II
MORGAN & MORGAN COMPLEX LITIGATION GROUP
201 N. Franklin Street
7th Floor
Tampa, FL 33602
(813) 223-5505
Fax: (813) 222-4738
Email: pbarthle@forthepeople.com

Steven William Teppler
STERLINGTON, PLLC
228 Park Avenue South
New York, NY 10003
202-253-5670
Email: Steppler@sterlington.net

Carin L. Marcussen
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
(405) 235-1560
Fax: (405) 239-2112
Email: clm@federmanlaw.com

Graham B. LippSmith
LIPPSMITH LLP
555 S. Flower Street
Suite 4400
Los Angeles, CA 90071
213-344-1820
Fax: 213-513-2495
Email: g@lippsmith.com

Corban S. Rhodes
DICELLO LEVITT GUTZLER
One Grand Central Place
60 East 42nd Street
Suite 2400
New York, NY 10165
646-933-1000
Email: crhodes@dicellolevitt.com

Garrett J. Bradley
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
(212) 907-0735
Fax: (212) 818-0477
Email: gbradley@labaton.com

J. Jonathan Schraub
SANDS ANDERSON PC
1497 Chain Bridge Road
Suite 202
McLean, VA 22101
(703) 893-3600
Fax: (703) 893-8484
Email: jjschraub@sandsanderson.com

Joel H. Bernstein
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
(212) 907-0869
Fax: (212) 883-7069
Email: jbernstein@labaton.com

Charles Joseph LaDuca
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue, NW
Suite 200
Washington, DC 20016
(202) 789-3960
Fax: (202) 789-1813
Email: charles@cuneolaw.com

Monica E. Miller
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue, NW
Suite 200
Washington, DC 20016
(202) 789-3960
Fax: (202) 789-1813
Email: monica@cuneolaw.com

David Henry Thompson
COOPER & KIRK, PLLC
1523 New Hampshire Ave, NW
Washington, DC 20036
(202) 220-9600
Fax: (202) 220-9601
Email: dthompson@cooperkirk.com

Peter A. Patterson
COOPER & KIRK, PLLC
1523 New Hampshire Ave, NW
Washington, DC 20036
(202) 220-9600
Fax: (202) 220-9601
Email: ppatterson@cooperkirk.com

Patrick A. Malone
PATRICK MALONE & ASSOCIATES, P.C.
1310 L Street, NW
Suite 800
Washington, DC 20005
202-742-1500
Fax: 202-742-1515
Email: pmalone@patrickmalonelaw.com

Tina Wolfson
AHDOOT & WOLFSON, PC
2600 W. Olive Avenue
Suite 500
Burbank, CA 91505
(310) 474-9111
Fax: (310) 474-8585
Email: twolfson@ahdootwolfson.com

Paras N. Shah
NATIONAL TREASURY
 EMPLOYEES UNION
1750 H Street, N.W.
Washington, D.C. 20006
(202) 572-5500
Email: paras.shah@nteu.org

Mark Robert Rosen
BARRACK, RODOS & BACINE
2001 Market Street
Suite 3300
Philadelphia, PA 19103
(215) 963-0600
Fax: (215) 963-0838
Email: mrosen@barrack.com

Robert K. Shelquist
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
(612) 339-6900
Fax: (612) 339-0981
Email: rkshelquist@locklaw.com

Eric J. Artrip
MASTANDO & ARTRIP, LLC
301 Washington Street
Suite 302
Huntsville, AL 35801
(256) 532-2222
Fax: (256) 513-7489
Email: artrip@mastandoartrip.com

Jason J. Lewis
LAW OFFICES OF JASON J. LEWIS, LLC
201 12th Street, NW
Albuquerque, NM 87102
(505) 244-0950
Fax: (505) 214-5108
Email: jjl@jjllaw.com

Marshall J. Ray
LAW OFFICES OF MARSHALL J. RAY, LLC
201 12th Street, NW
Albuquerque, NM 87102
(505) 312-7598
Fax: (505) 214-5977
Email: mray@mraylaw.com

*<u>Counsel for Government Defendants</u>*

Andrew Evan Carmichael
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 514-3346
Fax: (202) 616-8460
Email: andrew.e.carmichael@usdoj.gov

Elizabeth J. Shapiro
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
(202) 514-5302
Fax: (202) 616-8470
Email: Elizabeth.Shapiro@usdoj.gov

Joseph Evan Borson
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 514-1944
Fax: (202) 616-8460
Email: joseph.borson@usdoj.gov

Joshua Edward Gardner
U.S. DEPARTMENT OF JUSTICE
Civil Division Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
(202) 305-7583
Fax: (202) 616-8470
Email: joshua.e.gardner@usdoj.gov

Philip Davis MacWilliams
U.S. DEPARTMENT OF JUSTICE
Civil Division
175 N Street, NE
Ste 11.1130
Washington, DC 20530
(202) 616-4285
Fax: (202) 616-5200
Email: phil.macwilliams@usdoj.gov

Rebecca Michelle Kopplin
U.S. DEPARTMENT OF JUSTICE
Civil Division
1100 L St. NW
Washington, DC 20005
(202) 514-3953
Fax: (202) 616-8470
Email: rebecca.m.kopplin@usdoj.gov

**_Counsel for Defendant Peraton Risk Decision Inc._**

Alexander H. Southwell
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue
New York, NY 10166
212-351-4000
Fax: 212-351-4035
Email: asouthwell@gibsondunn.com

Francis Joseph Warin
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, NW
Suite 300
Washington, DC 20036-5306
202-887-3609
Fax: 202-530-9608
Email: fwarin@gibsondunn.com

Jason J. Mendro
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, NW
Suite 300
Washington, DC 20036-5306
(202) 887-3726
Fax: (202) 530-9626
Email: jmendro@gibsondunn.com

Jeremy Max Christiansen
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Ave., N.W.
Washington, DC 20036
(202) 887-3623
Fax: (202) 530-9506
Email: jchristiansen@gibsondunn.com

Matthew S. Rozen
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, NW
Suite 300
Washington, DC 20036-5306
(202) 887-3596
Fax: (202) 530-9596
Email: MRozen@gibsondunn.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of July, 2022, I caused the foregoing Motion for Final Approval of Class Action Settlement and related documents to be filed and served via the Court's CM/ECF filing system. I will also cause copies of the foregoing, including the [Proposed] Order granting the motion, to be sent via first class mail to:

David Pastor
PASTOR LAW OFFICE, LLP
63 Atlantic Avenue, 3rd Floor
Boston, MA 02110

Preston W. Leonard
LEONARD LAW OFFICE, PC
63 Atlantic Avenue, 3d Floor
Boston, MA 02110

*Counsel for Plaintiff Derrick Sims*

Adedeji Shamonda
P.O. Box 881773
San Francisco, CA 94188-1773

*Pro Se Plaintiff*

Adebiyi Shamonda
3815 Susan Drive, Bldg. i, Apt. 4
San Bruno, CA 94066

*Pro Se Plaintiff*

               /s/ *Daniel C. Girard*
                 Daniel C. Girard