**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE: U.S. OFFICE OF PERSONNEL
MANAGEMENT DATA SECURITY
BREACH LITIGATION

This Document Relates To:

ALL CASES

Misc. Action No. 15-1394 (ABJ)
MDL Docket No. 2664

**SECOND DECLARATION OF MICHELLE M. LA COUNT REGARDING
NOTICE AND SETTLEMENT ADMINISTRATION**

I, Michelle M. La Count, hereby declare and state as follows:

1.  I am a Project Director employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq").  I am familiar with the actions taken by Epiq with respect to the Settlement as described below, and I am competent to testify about them if called on to do so.  This Declaration is based on my personal knowledge and information provided to me by associates or staff under my common supervision, and review of the business records maintained by Epiq. It is accurate and truthful to the best of my knowledge.

2.  Epiq was appointed as the Settlement Administrator pursuant to Paragraph 10 of the Court's Preliminary Approval Order (the "Order") dated June 7, 2022, and in accordance with the Settlement Agreement dated May 5, 2022 (the "Agreement").[1]

---

[1] All capitalized terms not otherwise defined in this document shall have the same meanings ascribed to them in the Agreement.

1

3.   Pursuant to Paragraph 19 of the Order, the Claims Administrator must compile any objections as they are received and have them filed on the Court's docket on a rolling basis, with the second filing due on August 19, 2022.

4.   As of August 17, 2022, Epiq has received four additional documents purporting to be objections since the filing of my previous declaration on July 15, 2022 [Dkt. # 195].   Those documents are attached here as Exhibits 1-4 (with redactions of dates of birth and last four digits of Social Security Numbers, under Federal Rule of Civil Procedure 5.2).

5.   Exhibit 1 is the mailed version of the putative objection filed with the Court on July 15, 2022, which, at that time, had been received only via email.

6.   Epiq received the putative objections attached as Exhibits 2-4 during the time period since the July 15, 2022, filing.

I declare under penalty of perjury under the laws of the United States and the District of Columbia that the foregoing is true and correct, and that this declaration was executed on August 18, 2022, in Green Bay, Wisconsin.

Michelle M. La Count
Project Director, Epiq

# Exhibit 1

RECEIVED

JUL 2 1 2022

LEGAL SERVICES

**OPM Breach Litigation CA40057471**



**Objection #**                     **600000003**



4005747105

# Document Range

**Begin:**

**End:**

**Quantity:**

| Prepped by: | QC: | Stats: | Scanned by: |
|---|---|---|---|
| ID #: | | | |

**Route to:**   Vault                **\*Route to:**_____

Objection Processing
OPM Data Breach Settlement

I object to the terms of the settlement for the victims of the breach who were forced to deal with the potential consequences of the breach but who may have been retired or otherwise unemployed.. Those victims have been omitted from the settlement because they have no loss of compensable time to report. However, they were still required to take such protective measures as freezing and unfreezing credit reports, very likely multiple times. For them using their free time is as much a loss as losing compensated time. All time has value whether compensable or discretionary.

I am a victim of the data breaches

I do not intend to attend the Fairness Hearing

Sincerely,

William S Porter Jr
dob █████████
ssn █████████

█████████

address at time of breach:

█████████

Steve Porter

18 JUL 2022   PM 2

**Objection Processing**
**OPM Data Breach Settlement**
**PO Box 4719**
**Portland, OR 97208-4719**

9720894719

# Exhibit 2

RECEIVED

JUL 2 1 2022

LEGAL SERVICES

**OPM Breach Litigation CA40057471**



**Objection #**                                    **600000002**



4005747105

# Document Range

| Begin: | End: | Quantity: |
|--------|------|-----------|
| 2 | 3 | 2 |

| Prepped by: | QC: | Stats: | Scanned by: |
|-------------|-----|--------|-------------|
| ID #: 98 MN<br>JUL 2 1 2022 | √ | AH<br>JUL 2 1 2022 | AH<br>JUL 2 1 2022 |

**Route to:**  Vault                    **\*Route to:**_____

Sunday, 2022/07/10, 12:39 ET

*From the desk of:*
Dr. James Deon Pearson



*Addressed to:*
OPM Data Breach Settlement
Claims Administrator
P.O. Box 4719
Portland, OR 97208-4719

*RE:*
U.S. Office of Personnel Management Data Security Breach Litigation, No. 15-1394
(ABJ) (D.D.C.).

# Objecting to the Settlement

1

## To the Court:

In accordance with the instructions in Appendix A, **I am filing an objection to the proposed Settlement in In re: U.S. Office of Personnel Management Data Security Breach Litigation, No. 15-1394 (ABJ) (D.D.C.).**

My **name and address** are as stated on Page 1 under "From the desk of".

**I am a class member,** with claim confirmation code "▇▇▇▇▇", because I was subjected for the data breach and experienced a compensable time loss (reference Appendix B).

My **date of birth is** ▇▇▇▇▇; the last **four digits of my social security number are** ▇▇▇.

My **statement as to whether I intend to appear at the Fairness Hearing**: No, I will not be in attendance.

My **statement as to whether your objection applies only to you**, to a specific subset of the Class, or to the entire Class: My statement applies to the entire class.

My **statement setting forth the specific reason for the objection**:

The data breach in question included my SF-86 form, submitted 2014-04-17 23:15:37. This form was submitted in support of obtaining a US government security clearance.

This form includes data for more than just myself (emphasis). It includes:
- My Spouse
    - Social security number, maiden name, place of birth, date of birth, current address
- My Mother
    - Maiden name, Place of birth, date of birth, current address
- My Father
    - Place of birth, date of birth, current address
- My Sister
    - Maiden name, place of birth, date of birth, current address
- My Mother-In-Law
    - Place of birth, date of birth, current address
- My Father-In-Law
    - Place of birth, date of birth, current address

These additional people are also affected by this data breach. To my knowledge, no effort has been made to contact them, or provide compensation for any loss they have occurred. **This class action lawsuit should provide remedy to all victims (who have sustained pecuniary loss), including these.**

The "declaration of preliminary settlement approval" from Daniel C. Girard (Misc. Action No. 15-1394 (ABJ); MDL Docket No. 2664; Execute May 6, 2022), section 16 which addresses this concern states (emphasis in red):

> "16. The proposed Notice (SA, Ex. 1) provides all information required by Rule 23(c)(2)(B) and directs potential Class members to the Settlement Website, where they can make a claim and learn more about the Settlement and their rights and options. The Notice Plan contemplates a multifaceted program for notifying Class members of the Settlement. (SA, Ex. 5.) The Class of breach victims who experienced economic loss is far narrower than the group of all Case 1:15-mc-01394-ABJ Document 188-8 Filed 05/06/22 Page 5 of 83 5 victims, and attempting to mail notice to that full group (many of whose addresses are now outdated) would result in notice expenses significantly out of proportion to the settlement fund. There is no centralized or readily obtainable list of emails for the approximately 22 million breach victims. In contrast, the approximately 3.2 million victims who have accepted OPM's offer of free identity protection and credit restoration services demonstrated an interest in protecting themselves from the consequences of the Data Breaches, which makes them comparatively more likely to be Class members than other victims. This group will receive direct notice of the Settlement via email, based on contact information maintained by the vendor for these services, IDX. For emails that bounce back as undeliverable, a postcard version of the notice will be sent via U.S. mail to the corresponding address in IDX's database. Additional email notices will be sent to Class members using the AFGE and NTEU listservs."

This is disingenuous and disrespectful to all victims.

For example, I certainly have contact information for my father, sister, et. al.

I have never been contacted for such information by any litigant of this suit.

Nor does the claim submission form make any attempt to ask for this information.

Therefore, in my opinion – this is a wholly and disastrously incomplete settlement.

Submitted kindly for consideration,

James Deon Pearson

3

███████████████████████████████████████████

**Appendix A:**
*Instructions for filing an objection, as documented from* <u>https://www.opmdatabreach.com/Home/FAQ</u> *at the date and time indicated at the header of this letter:*

# Objecting to the Settlement

**28. How do I tell the Court if I don't like the Settlement?**

If you are a class member and you do not opt out of the Settlement, you can ask the Court to deny approval of the Settlement by filing an objection. You can't ask the Court to order a different settlement, the Court can only approve or deny this Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue. If that is what you want to happen, you must object.

You may object to the proposed Settlement in writing. You may also appear at the Fairness Hearing, either in person or through your own attorney. If you appear through your own attorney, you are responsible for paying that attorney.

To object, you must file a document with Epiq, the appointed Claims Administrator, saying that you object to the proposed Settlement in *In re: U.S. Office of Personnel Management Data Security Breach Litigation*, No. 15-1394 (ABJ) (D.D.C.). You must include:

- o   **Your name, address, and signature;**
- o   **A statement setting forth the specific reason(s), if any, for the objection, including any legal support for and any evidence that you wish to introduce in connection with your objection;**
- o   **A statement as to whether your objection applies only to you, to a specific subset of the Class, or to the entire Class;**
- o   **A statement as to whether you intend to appear at the Fairness Hearing;**
- o   **A signed statement that you are a class member because you were subject to the data breaches and you experienced one of the forms of loss in the class definition; and**
- o   **To confirm that you were a victim of the data breaches, your full name (or, if different, your full name at the time of the data breaches) and one of the following: (1) your date of birth and the last four digits of your Social Security number, or (2) the PIN that you received from the OPM Verification Center in connection with OPM's offer of identity protection services.**

**Mail the objection by First Class U.S. Mail to the following address:**

**OPM Data Breach Settlement**
**Claims Administrator**
**P.O. Box 4719**
**Portland, OR 97208-4719**

**Your objection must be** *received* **by the Claims Administrator no later than September 9, 2022 to be considered by the Court.**

4

**Appendix B:**
*Confirmation of class action member with submitted claim confirmation code.*

My claim is for 2.5 hours of loss time at my then bill rate of $68.36/hr deailing with freezing and unfreezing my credit report while obtaining a loan for purchase of a new home.

Signature for signed statement asserting I am a class member:

## Submit a Claim - Confirmation

Thank you for your submission. Your confirmation code is:

Please keep this code for your records and refer to it if you ever have questions about your claim form for the Claims Administrator.





Mr. James Pearson

275
Research Triangle Region
13 JUL 2022 PM 3 L

OPM Data Breach Settlement
Claims Administrator
P.O. Box 4719
Portland, OR 97208-4719

97208-471919

# Exhibit 3

RECEIVED

AUG 0 3 2022

DOCUMENT CONTROL

**OPM Breach Litigation CA40057471**



**Objection #**                    **600000004**

# Document Range



4005747105

| Begin: | End: | Quantity: |
|--------|------|-----------|
| 4 | — | 1 |

| Prepped by: | QC: | Stats: | Scanned by: |
|-------------|-----|--------|-------------|
| ID #: 465  hey  08.04.22 | ✓ | AH  AUG 0 4 2022 | AH  AUG 0 4 2022 |

**Route to:**  Vault              **\*Route to:**_____

July 26, 2022

PM Data Breach Settlement
Claims Administrator
PO. Box 4719
Portland, OR 97208-4719

**Re: Objection to the settlement**
*U.S. Office of Personnel Management Data Security Breach Litigation*, No. 15-1394 (ABJ) (D.D.C.)


**Identification:**
I am a (retired USDA Forest Service) class member of the OPM data breach(es), and I am currently registered with "MyID Care" coverage through OPM after receiving a notice with a pin number to enroll.

**Name:** Michelle R Stolpa-Bradshaw (Note: some Government records omit the hyphen in my last name)
**Ref :** █████████████
**Address:** █████████████████████████

**Objection to Settlement:**
In October/November of 2020, someone used my PII (Personally Identifiable Information) to apply for Covid related benefits in the State of Montana. To my knowledge, my PII was not subject to breaches other than the ones from OPM. Because I know my PII is "out there" (available) and was used once already, that leaves me vulnerable to future fraud attempts. **I do not believe this settlement will reduce my risk in the future and therefore I believe this settlement should include provisions for additional credit monitoring beyond what is currently in place and/or other long-term protection.** Montana State employees indicated over the phone that usage of PII for this—and similar—purpose(s) was not an isolated case, **so this potentially includes more compromised OPM-related PII among class members**. I have correspondence with the State, a report form from the local County Sheriff's department, and other materials if needed. I do not intend to attend the Fairness Hearing.

Sincerely,

*Michelle R. Stolpa-Bradsh*          7/28/22

Michelle R. Stolpa-Bradshaw

**COPY**

Document Control



Ms. Michelle "Sunni" Bradshaw "Stoica -

WOODS' ROSE

PM Data Breach Settlement
Claims Administer
P.O. Box 4719
Portland, OR 97208 - 4719
972083 4719

# Exhibit 4

RECEIVED

AUG 1 5 2022

LEGAL SERVICES

**OPM Breach Litigation CA40057471**



**Objection #**                                    **600000005**



4005747105

# Document Range

| Begin: | End: | Quantity: |
|---|---|---|
| S | — | 1 |

| Prepped by: | QC: | Stats: | Scanned by: |
|---|---|---|---|
| ID #: 465  ᴺᵍ  08.16.22 | ✓ | Alt  AUG 1 6 2022 | Alt  AUG 1 6 2022 |

**Route to:** Vault          **\*Route to:**_____

July 13, 2022

Felicia A.Cruse



*Duo.*

Office of Personnel Management
Claims Administrator
P.O. Box 4719
Portland, OR 97208-4719

Dear Claims Administrator:

I am writing this letter to object to the settlement for the Office of Personnel Management Data
Breach. On or around December 1, 2015, I received a notice from the United States Office of
Personnel Management stating there was a data breach.

The letter stated it was determined by the United States Office of Personnel Management that
my Social Security Number and other personal information was included in the data breach. The
letter stated that ALL my personal information was exposed. My FINGERPRINTS, name, social
security number, address, date and place of birth, residency, educational and employment
history, personal foreign travel history, information about immediate family as well as business
and personal acquaintances and other information used to conduct and adjudicate a background
investigation that was done around that time.

First I called OPM to confirm the notice was indeed from OPM. It was confirmed the notice was
real. I expressed my concerns and asked the person I spoke to on the phone if there was
anything else I could do to protect myself. I made calls to three different credit agencies,
checked my credit reports, changed passwords for some accounts, changed phone numbers
on accounts, put credit freezes on my accounts and utilized the free credit monitoring that was
offered at the time.

I sent letters to three different credit agencies. I spent significant amounts of time monitoring my
credit, emails, and different accounts and will have to continue indefinitely. Each time I get an
alert I have to research to find out if the alert is something important or just a general alert from
the credit agency. I'm constantly trying to think of ways to out maneuver the criminals in order
to keep what's left of my information and data private. Now that my fingerprints have also been
compromised I feel even more vulnerable.

I have received all kinds of intrusive emails, my information is on the dark web. Someone had
used my insurance. Basically I've been violated and this particular agency (OPM) should have

been a lot more protective not only because of the kind of data they are expected to handle with extreme care but because of the type of agency it is.

I am a retired police officer. I put it mildly when I say that I still feel extremely angry about this and that I feel violated. I constantly worry and am unnerved at the idea that someone has everything they'd need to completely assume my identity. With access to my fingerprints irreparable damage can be caused to me personally and financially. I am completely vulnerable. I will eventually have to spend time repairing credit and attempting to fix identity theft. It's only a matter of time.

What really offends me are the terms of the offer of settlement. This happened in 2014-2015. I wasn't notified until December of 2015. I did not keep track of what I spent time or otherwise and because it's been so long ago I've gotten rid of receipts from that far back. It seems unreasonable that OPM sent me the notice telling me I'd been violated and now they want me to provide proof of it.

The letter started out, "As you may know, the Office of Personnel Management (OPM) was the target of a malicious cyber intrusion carried out against the U.S. Government, which resulted in the theft of background investigation records." No I didn't know and didn't find out what occurred until approximately a year later after it happened. So for about a year all my personal information was out there compromised without my knowledge. I couldn't begin to take precautions because I wasn't immediately made aware. This not only has affected me but can continue to affect me years down the road as well as people associated with me.

I am angry and offended at the terms offered. I entrusted (OPM) to keep my information safe and believe they could have and should have done more to protect my information. I find the offer of settlement insulting because with the information that was exposed even people associated with me are now at risk. Basically because of this breach someone has been provided information to COMPLETELY assume my identity and somehow $700 and extremely ridiculous stipulations in order to even be eligible to receive the $700 is supposed to be fair. Now where criminals would have some access to bits and pieces of information (data) they have all mine from one incident and one entity. They don't have to search or fill in the blanks. They even have my fingerprints.

I personally don't think you can put a price on the amount and types of my information that was exposed but I know $700 is not fair. My exposed information is priceless to criminals and being a retired police officer I know this for a fact. It's worth way more than $700. I'm not sure whether or not everyone had the same amounts or types of data exposed but the letter I received was pretty detailed about the information and people that could potentially be affected because of this data breach.

This offer of settlement is unfair. I am objecting to the settlement. I will continuously have to be vigilant about monitoring. I was told my personal information was exposed, name, social security number, address, date and place of birth, residency, educational and employment

history, personal foreign travel history, information about immediate family as well as business and personal acquaintances, and other information used to conduct and adjudicate your background investigation. compromised as well as my fingerprints in the breach. I would like to object to the settlement. I have attached a copy of the notice I received in the mail from the United States Office of Personnel Management. I also have enclosed a copy of the notice sent to credit agencies that I mailed when this initially occurred.

This objection applies to my situation or incident.
I do not plan to attend the fairness hearing unless via zoom or Google.

Sincerely,

Felicia A. Cruse

D. O. B
SOC #

I am a class member who was subject to the data breach. Felicia A Cruse

AS-IS

*Document Control*

NOTIFICATIONS
...UMBIA PIKE ANNEX
...HINGTON DC 20370-1004

...IAL BUSINESS

RN SERVICE REQUESTED



PRESORTED
FIRST-CLASS M
U.S.POSTAG
PAID
INDIANAPOLIS
PERMIT NO 1...

FELICIA CRUSE

033-00375211

...7  JMHMNPi  45213

12/1/15

AS-IS

To all concerned parties:

I received this notice in the mail last week. It is supposedly from the United States Office of Personnel Management. Upon reviewing it I am led to believe my identity has been compromised.

I would like to place a freeze alert on my credit. I have also followed the instructions on the website: www.opm.gov/cybersecurity in order to protect my identity from fraudulent actions.

I am enclosing a copy of the letter and have alerted all three credit agencies. Please let me know if there is any other information or anything else I need to do.

Thank you

Velma C. Cruse



OFFICE OF PERSONNEL MANAGEMENT
Washington, DC 20415

AS-IS
Document Control

PIN NUMBER:

| A | B | C | D | E |
|---|---|---|---|---|
|   |   |   |   |   |

Dear FELICIA CRUSE:

As you may know, the Office of Personnel Management (OPM) was the target of a malicious cyber intrusion carried out against the U.S. Government, which resulted in the theft of background investigation records.

You are receiving this notification because we have determined that your Social Security Number and other personal information was included in the intrusion. As someone whose information was also taken, I share your concern and frustration and want you to know we are working hard to help those impacted by this incident. The Federal government will provide you and your dependent minor children with comprehensive identity theft protection and monitoring services, at no cost to you.

Since you applied for a position or submitted a background investigation form, the information in our records may include your name, Social Security number, address, date and place of birth, residency, educational, and employment history, personal foreign travel history, information about immediate family as well as business and personal acquaintances, and other information used to conduct and adjudicate your background investigation.

Our records also indicate your fingerprints were likely compromised during the cyber intrusion. Federal experts believe the ability to misuse fingerprint data is currently limited. However, this could change over time as technology evolves. Therefore, we are working with law enforcement and national security experts to review the potential ways fingerprint data could be misused now and in the future, and will seek to prevent such misuse. If new means are identified to misuse fingerprint data, additional information and guidance will be made available.

While we are not aware of any misuse of your information, we are providing a comprehensive suite of identity theft protection and monitoring services. We are offering you, and any of your dependent children who were under the age of 18 as of July 1, 2015, credit monitoring, identity monitoring, identity theft insurance and identity restoration services for the next three years through ID Experts, a company that specializes in identity theft protection. The identity theft insurance and identity restoration service coverage has already begun. You have access to these services at any time during the next three years if your identity is compromised.

To take advantage of the additional credit and identity monitoring services, you must enroll with ID Experts using the PIN code at the top of this letter. To enroll go to https://www.opm.gov/cybersecurity. You may also call 800-750-3004 to enroll in or ask questions about these services. I hope you will take advantage of these services.

Please note that OPM and ID Experts will not contact you to confirm any personal information. If you are contacted by anyone asking for your personal information in relation to this incident, do not provide it. For additional resources such as information you may share with people listed on your forms, sample background investigation forms, types of information which may have been taken, and tips on how to protect your personal information, visit https://www.opm.gov/cybersecurity.

Sincerely,

Beth F. Cobert
Acting Director
Office of Personnel Management

www.opm.gov

Recruit, Retain and Honor a World-Class Workforce to Serve the American People

www.usajobs.gov

jobs.gov

OPM Data Breach Settlement
Claims Administrator
P.O. Box 4719
Portland, OR 97208-4719

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE PAID
KP LLC



90000111_2878f6fab568b8db9cafb467676480ecb8ed4ad9

**If You Were Subject to the Data Breaches of the U.S. Office of Personnel Management and Its Contractor, and You Experienced an Out-of-Pocket Loss After the Breaches, You Could Be Eligible for a Payment from a Class Action Settlement.**



Felicia Cruse

AS-IS
Document Control

A settlement has been reached in a class action lawsuit about the data breaches of the U.S. Office of Personnel Management ("OPM") and its security contractor that allegedly compromised personal information of then-current and former federal government employees and contractors, as well as certain applicants for federal employment. The Defendants in the case—OPM and its contractor Peraton Risk Decision Inc. ("Peraton")—deny that they did anything wrong but have agreed to settle the lawsuit. The Court has not decided who is right.

**Who's in the Settlement?** You are receiving this notice because you may be a Class Member. You are a Class Member if your personal information was compromised as a result of the breaches of OPM's electronic information systems in 2014 and 2015 or the breach of Peraton's electronic information systems in 2013 and 2014; and if, after May 7, 2014, you suffered an out-of-pocket expense or lost Compensable Time: (1) to purchase a credit monitoring product, credit or identity theft protection product, or other product or service designed to identify or remediate the data breaches at issue in this case; (2) to access, freeze or unfreeze a credit report with a credit reporting agency; or (3) as a result of an identity theft incident or to mitigate an identity theft incident.

**What does the Settlement provide?** Defendants will pay $63,000,000 into a Settlement Fund, which will be distributed to Class Members who submit Valid Claims. Class Members who submit Valid Claims will receive $700 or the actual amount of the claim—whichever is higher—up to a maximum of $10,000. If the total value of all Valid Claims, plus any incentive awards to Named Plaintiffs, exceeds the Settlement Fund, then the value of those individual claims will be reduced in equal proportion.

**What are your options?** If you are a Settlement Class Member, you must fill out and submit a Claim Form to qualify for a payment. You can quickly and easily file your claim online at www.OPMDataBreach.com. You can also download a paper Claim Form from the website or get one by calling the Claims Administrator at 1-855-917-3567. The completed Claim Form must be submitted online or by mail postmarked no later than **December 23, 2022**.

If you are a Class Member and you don't want benefits from the Settlement, and you want to keep your right to sue Defendants on your own about the legal issues in this case, then you must take steps to get out of the Settlement. This is called excluding yourself from—or "opting out" of—the Class. If you do not exclude yourself from the Settlement, you will remain in the Class and will give up the right to sue Defendants for the claims resolved by the Settlement. Your request for exclusion must be submitted by mail postmarked by **September 9, 2022**. If you do not exclude yourself from the Settlement, you may object to the Settlement if you do not like any part of it. The deadline to object is **September 9, 2022**. The Court will hold a Fairness Hearing at **10:00 a.m. on October 14, 2022**. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them. The Court will listen to people who have asked to speak at the hearing. You may attend at your own expense, or you may also pay your own lawyer to attend, but it is not necessary.

This notice is a summary. The Settlement Agreement and more information on the lawsuit and your rights are available at www.OPMDataBreach.com or by calling toll-free 1-855-917-3567.



Felicia Cruse







11 AUG 2022

OPM DATA BREACH
CLAIMS ADMINISTRATOR
P.O. BOX 4719
PORTLAND, OR 97208-4719

97208-471919