UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: U.S. OFFICE OF PERSONNEL
MANAGEMENT DATA SECURITY
BREACH LITIGATION

_____

This Document Relates To:

ALL CASES

Misc. Action No. 15-1394 (ABJ)
MDL Docket No. 2664

**[PROPOSED] ORDER**

It is HEREBY ORDERED that Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards is GRANTED IN PART AND DENIED IN PART.  It is ORDERED that Plaintiffs are awarded $6,977,347.55 in attorneys' fees and $133,333.06 in costs and expenses.  It is FURTHER ORDERED that Plaintiffs' request for service awards is DENIED.

DATE:                                                                         _____

UNITED STATES DISTRICT JUDGE