UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: U.S. OFFICE OF PERSONNEL MANAGEMENT DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | Misc. Action No. 15-1394 (ABJ)<br>MDL Docket No. 2664 |

### THIRD DECLARATION OF MICHELLE M. LA COUNT REGARDING NOTICE AND SETTLEMENT ADMINISTRATION

I, Michelle M. La Count, hereby declare and state as follows:

1. I am a Project Director employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"). I am familiar with the actions taken by Epiq with respect to the Settlement as described below, and I am competent to testify about them if called on to do so. This Declaration is based on my personal knowledge and information provided to me by associates or staff under my common supervision, and review of the business records maintained by Epiq. It is accurate and truthful to the best of my knowledge.

2. Epiq was appointed as the Settlement Administrator pursuant to Paragraph 10 of the Court's Preliminary Approval Order (the "Order") dated June 7, 2022, and in accordance with the Settlement Agreement dated May 5, 2022 (the "Agreement").[1]

---

[1] All capitalized terms not otherwise defined in this document have the same meanings ascribed to them in the Agreement.

3. The requirements for filing an objection as set forth in Paragraph 20 of the Order, which are also identified in both the Settlement Agreement and the Notice, consist of the following elements:

    a. Name, address, and signature;

    b. A statement setting forth the specific reason(s), if any, for the objection, including any legal support for and any evidence that the objector wishes to introduce in connection with the objection;

    c. A statement as to whether the objection applies only to the objector, to a specific subset of the Class, or to the entire Class;

    d. A statement as to whether the objector intends to appear at the Fairness Hearing;

    e. A signed statement that the objector is a class member because he/she/they were subject to the data breaches and experienced one of the forms of loss in the class definition and confirm that the objector was a victim of the data breaches, providing his/her/their full name (or, if different, his/her/their full name at the time of the data breaches) and one of the following: (1) date of birth and the last four digits of his/her/their Social Security number, or (2) the PIN that was received from the OPM Verification Center in connection with OPM's offer of identity protection services.

Class Members wishing to object were directed to mail the objection to the Claims Administrator to be received no later than September 9, 2022, via First Class U.S. Mail to the following address:

Objection Processing<br>
OPM Data Breach Settlement<br>
P.O. Box 4719<br>
Portland, OR 97208-4719

4. Pursuant to Paragraph 19 of the Order, the Claims Administrator must compile any objections as they are received and have them filed on the Court's docket on a rolling basis, with this third and final filing, appending all objections received, due on September 16, 2022.

5. As of September 15, 2022, Epiq has received ten additional documents purporting to be objections since the filing of my previous declaration on August 19, 2022 (Dkt. # 199). Copies of these documents are attached as Exhibits E – N.

6. In accordance with the Order, copies of all purported objections have been attached, with redactions of dates of birth and last four digits of Social Security numbers, under Federal Rule of Civil Procedure 5.2. *See* Exhibits A – N.

7. As part of the review process, Epiq, utilizing the secure transfer process through Department of Defense SAFE (DoD SAFE) for transmission, submitted the names and identifying information, if provided, to the Department of Defense (DoD) for validation of a match against the list of known, affected parties for all records. The summary chart in Paragraph 12 below identifies the objecting party by name, provides the corresponding Exhibit number at which a copy of their objections and/or additional correspondence are attached, and indicates if the DoD was able to validate the individual as matching an affected party, with the exception of the two late-received objections as there was inadequate time for DoD to complete the research after receipt. Where the objector failed to provide one or more elements of the requested personal information (specifically, date of birth and last four digits of his/her Social Security number or the OPM Verification Center PIN previously provided to the objector) DoD advised a single match could not be discerned, but did confirm one or more parties with the putative objector's name did exist in the database.

8. There were two persons who opted out and also filed an objection. Further details are provided in the summary chart below.

9. There was one objector, Gary Rouse, who withdrew his objection. His withdrawal request is included in the Exhibit noted along with his objection filings and the withdrawal is indicated in the summary chart below.

10. Two additional objections were received by Epiq after the September 9, 2022, receipt deadline. Due to the late date of receipt, there was inadequate time for DoD to determine if they could be matched to a record on the affected parties list.

11. All objections were due to be received on or prior to the submission deadline of September 9, 2022, set by the Court. To date there have been two late-filed objections received; these late objections are identified in the summary chart below.

12. Below is a summary chart of putative objections received:

| Objector | Exhibit | Opt-out request filed | Late Objection | Objection withdrawn | Valid match | No match – incomplete details with potential name match(es) |
|---|---|---|---|---|---|---|
| William Porter, Jr. | A | | | | X | |
| James Pearson | B | | | | X | |
| Michelle Stolpa-Bradshaw | C | X | | | X | |
| Felicia Cruse | D | | | | X | |
| Eric Bendle | E | | | | | X |
| Christine Markomanolakis | F | | | | X | |
| David Lipman | G | | | | X | |
| Andrew Chritton | H | | | | X | |
| Gary Rouse | I | | | X | X | |
| Gerald Rafalko | J | | | | X | |

| Objector | Exhibit | Opt-out request filed | Late Objection | Objection withdrawn | Valid match | No match – incomplete details with potential name match(es) |
|---|---|---|---|---|---|---|
| Diane Rafalko | K | | | | X | |
| Robert Wildin | L | X | | | X | |
| Elijah Petty, Jr | M | | X | | Late - Unknown | Late – Unknown |
| Steven Kelmenson | N | | X | | Late - Unknown | Late – Unknown |

I declare under penalty of perjury under the laws of the United States and the District of Columbia that the foregoing is true and correct, and that this declaration was executed on September 16, 2022, in Green Bay, Wisconsin.

Michelle M. La Count
Project Director, Epiq