# Attachment 1

**Complete Requests with DoD Match**

| Record | Postmark Date/ Received Date | Name | Date of Birth and Last Four Digits of SSN or Verification Center PIN Provided | Current Address Provided | Request to Opt Out of the Class Specified | Class Membership Statement Provided | Signature | DoD Known, Affected Party List Validation Outcome | Part of Multi-party Request for Exclusion | Deceased Individual |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 9/8/2022 | AARON BLAKE REMINGTON | Y | Y | Y | Y | Y | VALID | N | |
| 2 | 7/16/2022 | ALFREDIA CONNER | Y | Y | Y | Y | Y | VALID | N | |
| 3 | 9/7/2022 | ALISON WILLIAMS | Y | Y | Y | Y | Y | VALID | N | |
| 4 | 8/25/2022 | ANDREA GREENE | Y | Y | Y | Y | Y | VALID | N | |
| 5 | 7/15/2022 | ANDREW PHILIP LOMBARDO | Y | Y | Y | Y | Y | VALID | N | |
| 6 | 8/19/2022 | BABAK SAMII | Y | Y | Y | Y | Y | VALID | N | |
| 7 | 7/20/2022 | BENJAMIN P. DAUS | Y | Y | Y | Y | Y | VALID | N | |
| 8 | 7/27/2022 | BRIAN C BONIFANT | Y | Y | Y | Y | Y | VALID | N | |
| 9 | 8/2/2022 | BRYAN A. HANSEN | Y | Y | Y | Y | Y | VALID | N | |
| 10 | 9/7/2022 | CALLIE MCMUNIGAL | Y | Y | Y | Y | Y | VALID | N | |
| 11 | | CARISSA JEAN SOJKA | Y | Y | Y | Y | Y | VALID | N | |
| 12 | 9/7/2022 | CARLENE MARTIN | Y | Y | Y | Y | Y | VALID | N | |
| 13 | 8/10/2022 | CAROLYN S. ORTALE | Y | Y | Y | Y | Y | VALID | N | |
| 14 | 8/25/2022 | CATHERINE LESLIE COTHRAN | Y | Y | Y | Y | Y | VALID | N | |
| 15 | 9/7/2022 | CHRISTIANE PLOCH | Y | Y | Y | Y | Y | VALID | N | |
| 16 | | CHRISTOPHER M. JONES | Y | Y | Y | Y | Y | VALID | N | |
| 17 | 7/6/2022 | CHRISTOPHER SCOTT ARMENTA | Y | Y | Y | Y | Y | VALID | N | |
| 18 | | CREGG MICHAEL BROWN | Y | Y | Y | Y | Y | VALID | N | |
| 19 | 7/7/2022 | CURTIS RIHN | Y | Y | Y | Y | Y | VALID | N | |
| 20 | 7/5/2022 | CYNTHIA F. YAP | Y | Y | Y | Y | Y | VALID | N | |
| 21 | 8/15/2022 | DANIEL MUTHLER | Y | Y | Y | Y | Y | VALID | N | |
| 22 | 8/13/2022 | DANIEL S. HARVEY | Y | Y | Y | Y | Y | VALID | N | |
| 23 | 9/7/2022 | DANIELLE N. DEMMON | Y | Y | Y | Y | Y | VALID | N | |
| 24 | 9/6/2022 | DAVID CLAIR | Y | Y | Y | Y | Y | VALID | N | |
| 25 | 8/22/2022 | DAVID MICHAEL FRENCH | Y | Y | Y | Y | Y | VALID | N | |
| 26 | 8/8/2022 | DAVID WALTER MAIN | Y | Y | Y | Y | Y | VALID | N | |
| 27 | 8/9/2022 | DAVID WAYNE LAITY | Y | Y | Y | Y | Y | VALID | N | |
| 28 | 9/8/2022 | DENISE MARIE WOODY | Y | Y | Y | Y | Y | VALID | N | |
| 29 | 9/9/2022 | DIANA LARRASQUITU-GARCIA | Y | Y | Y | Y | Y | VALID | N | |
| 30 | 9/6/2022 | DIANE M. WIEDMEIER | Y | Y | Y | Y | Y | VALID | N | |
| 31 | 7/13/2022 | DORINDA D MORGAN-HANSEN | Y | Y | Y | Y | Y | VALID | N | |
| 32 | 9/9/2022 | ERIC D. JOHNSON | Y | Y | Y | Y | Y | VALID | N | |

**Complete Requests with DoD Match**

| Record | Postmark Date/ Received Date | Name | Date of Birth and Last Four Digits of SSN or Verification Center PIN Provided | Current Address Provided | Request to Opt Out of the Class Specified | Class Membership Statement Provided | Signature | DoD Known, Affected Party List Validation Outcome | Part of Multi-party Request for Exclusion | Deceased Individual |
|---|---|---|---|---|---|---|---|---|---|---|
| 33 | 9/3/2022 | EVAN LEOPOLD | Y | Y | Y | Y | Y | VALID | N | |
| 34 | 9/7/2022 | FERN CHAN | Y | Y | Y | Y | Y | VALID | N | |
| 35 | 8/17/2022 | GAIL MILLER | Y | Y | Y | Y | Y | VALID | N | |
| 36 | 7/6/2022 | GARY E LANGSTON JR | Y | Y | Y | Y | Y | VALID | Y | |
| 37 | | GARY GENE CULPEPPER | Y | Y | Y | Y | Y | VALID | N | |
| 38 | 9/7/2022 | GEOFFREY L. GLIDDEN | Y | Y | Y | Y | Y | VALID | N | |
| 39 | 8/27/2022 | GERALD ANTICH | Y | Y | Y | Y | Y | VALID | N | |
| 40 | 8/12/2022 | GERARD ZANNELLI | Y | Y | Y | Y | Y | VALID | N | |
| 41 | 7/9/2022 | GLORIA R TAVERA | Y | Y | Y | Y | Y | VALID | N | |
| 42 | 7/15/2022 | GREGORIO C SALINAS | Y | Y | Y | Y | Y | VALID | N | |
| 43 | 7/5/2022 | GREGORY KUDRICK | Y | Y | Y | Y | Y | VALID | N | |
| 44 | 8/23/2022 | GREGORY TORNAMBE | Y | Y | Y | Y | Y | VALID | N | |
| 45 | 8/15/2022 | HEIDI MCGEORGE | Y | Y | Y | Y | Y | VALID | N | |
| 46 | 8/10/2022 | JACK ALLEN MENAKO | Y | Y | Y | Y | Y | VALID | N | |
| 47 | 7/18/2022 | JACOB BREEDEN | Y | Y | Y | Y | Y | VALID | N | |
| 48 | | JEFFERY ALBIN THIELEN | Y | Y | Y | Y | Y | VALID | N | |
| 49 | 7/28/2022 | JENIFER L. CLAYTON | Y | Y | Y | Y | Y | VALID | N | |
| 50 | 9/8/2022 | JENNY DWORZAK | Y | Y | Y | Y | Y | VALID | N | |
| 51 | 7/7/2022 | JERRY P. GONZALES | Y | Y | Y | Y | Y | VALID | N | |
| 52 | 7/11/2022 | JIMMY R. KELLER | Y | Y | Y | Y | Y | VALID | N | |
| 53 | 7/5/2022 | JONETTA WALLACE | Y | Y | Y | Y | Y | VALID | N | |
| 54 | 8/15/2022 | JORGE RAFAEL MAYMIR | Y | Y | Y | Y | Y | VALID | N | |
| 55 | 7/5/2022 | JOSEPH A BLAHER | Y | Y | Y | Y | Y | VALID | N | |
| 56 | 8/11/2022 | JOSEPH AXTELL | Y | Y | Y | Y | Y | VALID | N | |
| 57 | 9/7/2022 | JOSEPH DAVID WAWRO | Y | Y | Y | Y | Y | VALID | N | |
| 58 | 8/25/2022 | JOSEPH DEVENUTO | Y | Y | Y | Y | Y | VALID | N | |
| 59 | 8/25/2022 | JOSEPH GREENE | Y | Y | Y | Y | Y | VALID | N | |
| 60 | 7/26/2022 | JOSHUA L. HIERSTETTER | Y | Y | Y | Y | Y | VALID | N | |
| 61 | 7/11/2022 | JOSHUA LILLYWHITE | Y | Y | Y | Y | Y | VALID | N | |
| 62 | 7/2/2022 | JOSHUA M. PRESTON | Y | Y | Y | Y | Y | VALID | N | |
| 63 | 9/9/2022 | JUSTIN C. WOOD | Y | Y | Y | Y | Y | VALID | N | |
| 64 | 8/18/2022 | KAREN KRINER | Y | Y | Y | Y | Y | VALID | N | |
| 65 | 9/1/2022 | KATHERINE ROGEL | Y | Y | Y | Y | Y | VALID | N | |
| 66 | 8/22/2022 | KENNETH BUCK | Y | Y | Y | Y | Y | VALID | N | |
| 67 | 8/9/2022 | KEVIN SHERMAN | Y | Y | Y | Y | Y | VALID | N | |
| 68 | 9/9/2022 | KIMBERLY STILL | Y | Y | Y | Y | Y | VALID | N | |
| 69 | 9/7/2022 | LANA RENEE DENNIS | Y | Y | Y | Y | Y | VALID | N | |
| 70 | 8/29/2022 | LAURA ADAMS FRAZIER | Y | Y | Y | Y | Y | VALID | N | |

**Complete Requests with DoD Match**

| Record | Postmark Date/ Received Date | Name | Date of Birth and Last Four Digits of SSN or Verification Center PIN Provided | Current Address Provided | Request to Opt Out of the Class Specified | Class Membership Statement Provided | Signature | DoD Known, Affected Party List Validation Outcome | Part of Multi-party Request for Exclusion | Deceased Individual |
|---|---|---|---|---|---|---|---|---|---|---|
| 71 | 8/10/2022 | LEROY MCGEE | Y | Y | Y | Y | Y | VALID | N | |
| 72 | 8/23/2022 | LISA L DISBROW | Y | Y | Y | Y | Y | VALID | N | |
| 73 | 8/12/2022 | LORRAINE G. BEZA | Y | Y | Y | Y | Y | VALID | N | |
| 74 | 8/8/2022 | LUCAS D SMITH | Y | Y | Y | Y | Y | VALID | N | |
| 75 | 9/9/2022 | MANOLIS Y. PAHAKIS | Y | Y | Y | Y | Y | VALID | N | |
| 76 | 8/2/2022 | MARCIA L ALBERT | Y | Y | Y | Y | Y | VALID | N | |
| 77 | 8/8/2022 | MARGARET ANGELINI | Y | Y | Y | Y | Y | VALID | N | |
| 78 | 7/15/2022 | MARGERY MAY EXTON | Y | Y | Y | Y | Y | VALID | N | |
| 79 | 8/5/2022 | MARION BRUCE JENKINS | Y | Y | Y | Y | Y | VALID | N | |
| 80 | 9/2/2022 | MARK BOUCHARD | Y | Y | Y | Y | Y | VALID | N | |
| 81 | 7/9/2022 | MARSHALL JAY SELIGMANN | Y | Y | Y | Y | Y | VALID | N | |
| 82 | 9/6/2022 | MARYANN M SHEBEK | Y | Y | Y | Y | Y | VALID | N | |
| 83 | 9/6/2022 | MEGHAN FACER | Y | Y | Y | Y | Y | VALID | N | |
| 84 | 9/8/2022 | MICHAEL C. SELLERS | Y | Y | Y | Y | Y | VALID | N | |
| 85 | 9/9/2022 | MICHAEL ROBERT IRVINE | Y | Y | Y | Y | Y | VALID | N | |
| 86 | 7/28/2022 | MICHELLE R STOLPA-BRADSHAW | Y | Y | Y | Y | Y | VALID | N | |
| 87 | 7/22/2022 | MILA D. WERNER | Y | Y | Y | Y | Y | VALID | N | |
| 88 | 9/8/2022 | NANCIE SENKO | Y | Y | Y | Y | Y | VALID | N | |
| 89 | 9/9/2022 | NANCY O. GEEHAN | Y | Y | Y | Y | Y | VALID | N | |
| 90 | 9/2/2022 | NATALIE ELUM | Y | Y | Y | Y | Y | VALID | N | |
| 91 | 7/8/2022 | NED L. ROBAK | Y | Y | Y | Y | Y | VALID | N | |
| 92 | 8/16/2022 | NEIL P. O'DONNELL | Y | Y | Y | Y | Y | VALID | N | |
| 93 | 9/1/2022 | PARAMJIT BHULLAR | Y | Y | Y | Y | Y | VALID | N | |
| 94 | 7/8/2022 | PATRICK MCGINN | Y | Y | Y | Y | Y | VALID | N | |
| 95 | 7/22/2022 | PAUL D. WERNER | Y | Y | Y | Y | Y | VALID | N | |
| 96 | 8/10/2022 | REBECCA RUTECKI | Y | Y | Y | Y | Y | VALID | N | |
| 97 | 8/8/2022 | REGINALD J. EXTON | Y | Y | Y | Y | Y | VALID | N | |
| 98 | 8/8/2022 | ROBERT DAVID JONES | Y | Y | Y | Y | Y | VALID | N | |
| 99 | 8/18/2022 | ROBERT KRINER | Y | Y | Y | Y | Y | VALID | N | |
| 100 | 8/15/2022 | ROBERT S WILDIN | Y | Y | Y | Y | Y | VALID | N | |
| 101 | 7/5/2022 | ROY E GIBBS | Y | Y | Y | Y | Y | VALID | N | |
| 102 | 8/27/2022 | SERENA LYNN CARNEY | Y | Y | Y | Y | Y | VALID | N | |
| 103 | 7/6/2022 | STACY A LEE | Y | Y | Y | Y | Y | VALID | N | |
| 104 | 7/15/2022 | STEPHEN BARRIE | Y | Y | Y | Y | Y | VALID | N | |
| 105 | 8/13/2022 | STEVEN ANDREWS | Y | Y | Y | Y | Y | VALID | N | |
| 106 | 8/22/2022 | SUZANNE COLEMAN | Y | Y | Y | Y | Y | VALID | N | |

**Complete Requests with DoD Match**

| Record | Postmark Date/ Received Date | Name | Date of Birth and Last Four Digits of SSN or Verification Center PIN Provided | Current Address Provided | Request to Opt Out of the Class Specified | Class Membership Statement Provided | Signature | DoD Known, Affected Party List Validation Outcome | Part of Multi-party Request for Exclusion | Deceased Individual |
|---|---|---|---|---|---|---|---|---|---|---|
| 107 | 9/8/2022 | THOMAS SENKO | Y | Y | Y | Y | Y | VALID | N | |
| 108 | 8/15/2022 | TIMOTHY ALLEN CAMPBELL | Y | Y | Y | Y | Y | VALID | N | |
| 109 | 7/20/2022 | TIMOTHY C ALLARD | Y | Y | Y | Y | Y | VALID | N | |
| 110 | 9/7/2022 | TODD A. WANG | Y | Y | Y | Y | Y | VALID | N | |
| 111 | 7/9/2022 | VICTOR HWA | Y | Y | Y | Y | Y | VALID | N | |
| 112 | 8/4/2022 | VIRGIL ANGELINI | Y | Y | Y | Y | Y | VALID | N | |
| 113 | 9/9/2022 | WALKIRIA JORGE | Y | Y | Y | Y | Y | VALID | N | |
| 114 | 9/9/2022 | LINDA KOPSZYWA | Y | Y | Y | Y | Y | VALID | N | |

**Complete Requests without DoD Match**

| Record | Postmark Date/ Received Date | Name | Date of Birth and Last Four Digits of SSN or Verification Center PIN Provided | Current Address Provided | Request to Opt Out of the Class Specified | Class Membership Statement Provided | Signature | DoD Known, Affected Party List Validation Outcome | Part of Multi-party Request for Exclusion | Deceased Individual |
|---|---|---|---|---|---|---|---|---|---|---|
| 115 | 9/7/2022 | LINDA TATRO | Y | Y | Y | Y | Y | INVALID | N | |
| 116 | 8/8/2022 | NAOMI SMITH | Y | Y | Y | Y | Y | INVALID | N | |
| 117 | 8/25/2022 | SANDRA ORR | Y | Y | Y | Y | Y | INVALID | N | |
| 118 | 7/6/2022 | AYANA SAFARA ZAIRE LOONEY | Y | Y | Y | Y | Y | INVALID | N | |
| 119 | 8/18/2022 | CHARLES CHANDA III | Y | Y | Y | Y | Y | INVALID | N | |
| 120 | | ERIC DEL SALVADOR PEREZ | Y | Y | Y | Y | Y | INVALID | N | |
| 121 | 9/9/2022 | JAMISON STACK | Y | Y | Y | Y | Y | INVALID | N | |
| 122 | 7/8/2022 | KATHLEEN WELCH | Y | Y | Y | Y | Y | INVALID;17 MATCHES | N | |
| 123 | 9/6/2022 | FRANK STICKNEY | Y | Y | Y | Y | Y | INVALID;2 MATCHES | N | |

**Defective Requests with DoD Match**

| Record | Postmark Date/ Received Date | Name | Date of Birth and Last Four Digits of SSN or Verification Center PIN Provided | Current Address Provided | Request to Opt Out of the Class Specified | Class Membership Statement Provided | Signature | DoD Known, Affected Party List Validation Outcome | Part of Multi-party Request for Exclusion | Deceased Individual |
|---|---|---|---|---|---|---|---|---|---|---|
| 124 | 9/6/2022 | ADAM C. DAEGORN | N | Y | Y | N | Y | VALID | N | |
| 125 | 8/23/2022 | ANNA GORGONE | N | N | Y | N | Y | VALID | N | |
| 126 | 8/17/2022 | BETTY A LOCKHART | Y | Y | Y | N | Y | VALID | N | |
| 127 | 7/28/2022 | BETTY CLAYTON | Y | Y | Y | N | Y | VALID | N | |
| 128 | 9/9/2022 | BRIAN BEACH | Y | Y | Y | N | Y | VALID | N | |
| 129 | 8/29/2022 | CHANNING SOFKO | N | Y | Y | Y | Y | VALID | N | |
| 130 | 7/11/2022 | CHRISTOPHER MORAAL | N | Y | Y | Y | Y | VALID | N | |
| 131 | 9/8/2022 | CODY MACK CROWLEY | N | Y | Y | Y | Y | VALID | N | |
| 132 | 8/30/2022 | DANIS RUIZ | Y | Y | Y | N | Y | VALID | N | |
| 133 | 8/22/2022 | DAVID SAIDMAN | Y | Y | Y | N | Y | VALID | N | |
| 134 | 9/8/2022 | DIMITRY MOLDAVCHUK | Y | Y | Y | N | Y | VALID | N | |
| 135 | 9/2/2022 | DOROTHY KNISH | N | Y | Y | N | Y | VALID | N | |
| 136 | 8/18/2022 | EDITH CROSSLEY | N | Y | Y | N | Y | VALID | N | |
| 137 | 7/5/2022 | EDUARDO MENDOZA | Y | Y | Y | N | Y | VALID | N | |
| 138 | 7/13/2022 | ELVIS SOLER | N | Y | Y | Y | Y | VALID | Y | |
| 139 | 9/3/2022 | GLENN WAGNER | N | N | Y | N | Y | VALID | N | Y |
| 140 | 8/9/2022 | IAN MITCHELL | Y | Y | Y | N | Y | VALID | N | |
| 141 | | JANIS WAGNER | N | N | Y | N | Y | VALID | N | |
| 142 | 7/18/2022 | JILL E BUNTING | N | Y | N | Y | Y | VALID | N | |
| 143 | 9/9/2022 | JOEL GRADY JENKINS | N | Y | Y | Y | Y | VALID | N | |
| 144 | 9/9/2022 | JOHN BOTTGER | N | Y | Y | N | Y | VALID | N | |
| 145 | 9/1/2022 | JOHN DONOHUE | Y | Y | Y | N | Y | VALID | N | |
| 146 | 9/9/2022 | JOHN KEVIN AITKIN | Y | Y | Y | N | Y | VALID | N | |
| 147 | 7/20/2022 | JOHN RUSSELL THATCHER JR | N | Y | Y | Y | Y | VALID | N | |
| 148 | 8/22/2022 | JOHN SINNICKI | N | Y | Y | N | N | VALID | N | Y |
| 149 | 8/25/2022 | JOHN SUBERT | N | Y | Y | Y | Y | VALID | N | |
| 150 | 8/15/2022 | JUANA MARIA RAQUEL MAYMIR | Y | Y | Y | Y | N | VALID | N | Y |
| 151 | 8/15/2022 | KATHLEEN DAVITT | Y | Y | Y | N | Y | VALID | N | |
| 152 | 8/29/2022 | KIM MIKO | Y | Y | Y | N | Y | VALID | N | |
| 153 | 9/8/2022 | LAWRENCE RYAN | Y | Y | Y | N | Y | VALID | N | |
| 154 | 9/2/2022 | MARIE COTTOM | Y | Y | Y | N | Y | VALID | N | |
| 155 | 9/8/2022 | MARINA MOLDAVCHUK | Y | Y | Y | N | Y | VALID | N | |
| 156 | 8/29/2022 | MARINA WOOD | Y | Y | Y | N | N | VALID | N | |
| 157 | 9/21/2022 | MARSHA PAYTON | N | Y | Y | N | Y | VALID | N | |
| 158 | 8/17/2022 | MICHAEL LANDA WEBSTER | N | Y | Y | Y | Y | VALID | N | |

**Defective Requests with DoD Match**

| Record | Postmark Date/ Received Date | Name | Date of Birth and Last Four Digits of SSN or Verification Center PIN Provided | Current Address Provided | Request to Opt Out of the Class Specified | Class Membership Statement Provided | Signature | DoD Known, Affected Party List Validation Outcome | Part of Multi-party Request for Exclusion | Deceased Individual |
|---|---|---|---|---|---|---|---|---|---|---|
| 159 | 8/29/2022 | MIKE FAISON | Y | Y | Y | N | Y | VALID | N | |
| 160 | 8/15/2022 | PATRICIA GRUESEN | N | N | Y | N | Y | VALID | Y | |
| 161 | 9/9/2022 | PAUL A. CARLSON | Y | Y | Y | N | Y | VALID | N | |
| 162 | 9/6/2022 | PAUL R. MONASKY | N | Y | Y | N | Y | VALID | N | |
| 163 | 7/11/2022 | RICHARD STUART BEAN | Y | Y | Y | N | Y | VALID | N | |
| 164 | 7/5/2022 | RITA BARNHART | N | N | Y | N | Y | VALID | N | |
| 165 | 8/10/2022 | ROBERT COFFREN | N | Y | Y | Y | Y | VALID | Y | |
| 166 | 7/6/2022 | SHARON G. SYSEL | Y | Y | Y | N | Y | VALID | N | |
| 167 | 8/5/2022 | SONJA GWEN JENKINS | N | Y | Y | Y | Y | VALID | N | |
| 168 | 8/16/2022 | STEPHANIE FRENCH | N | Y | Y | Y | Y | VALID | N | |
| 169 | 8/9/2022 | TERRENCE PRIESTER | Y | Y | Y | N | N | VALID | N | |
| 170 | 9/8/2022 | THOMAS J. EARNEST, JR | Y | Y | Y | N | Y | VALID | N | |
| 171 | 9/2/2022 | THOMAS J. WALSH | Y | Y | Y | N | Y | VALID | N | |
| 172 | 7/11/2022 | THOMAS R BARIE | N | Y | Y | N | N | VALID | N | |
| 173 | 8/30/2022 | TIFFANY CHANG | Y | Y | Y | N | Y | VALID | N | |
| 174 | 8/9/2022 | TINA MITCHELL | Y | Y | Y | N | Y | VALID | N | |
| 175 | 7/8/2022 | TONY R HARPER | Y | Y | Y | N | Y | VALID | N | |
| 176 | 8/25/2022 | TYMAN STEPHENS | N | Y | Y | N | Y | VALID | N | |
| 177 | 8/6/2022 | VAN BURTON | N | N | Y | N | Y | VALID | N | |
| 178 | 8/9/2022 | VICTORIA HAMILTON | N | Y | Y | Y | Y | VALID | N | |
| 179 | 8/30/2022 | VINCENT JAMES JR | Y | Y | Y | N | Y | VALID | N | |
| 180 | 7/15/2022 | WEI CYRUS HUNG | N | Y | Y | Y | Y | VALID | N | |
| 181 | 8/26/2022 | WENDY REMBOWSKI | N | Y | Y | N | Y | VALID | N | |
| 182 | 9/9/2022 | WILLIE HAMILTON | N | Y | Y | N | Y | VALID | N | |
| 183 | 9/6/2022 | TERI A. RUDY | N | Y | Y | Y | Y | VALID | N | |

**Defective Requests without DoD Match**

| Record | Postmark Date/ Received Date | Name | Date of Birth and Last Four Digits of SSN or Verification Center PIN Provided | Current Address Provided | Request to Opt Out of the Class Specified | Class Membership Statement Provided | Signature | DoD Known, Affected Party List Validation Outcome | Part of Multi-party Request for Exclusion | Deceased Individual |
|---|---|---|---|---|---|---|---|---|---|---|
| 184 | 8/22/2022 | SHELLEY KLIMA | N | Y | Y | Y | Y | INVALID | N | |
| 185 | 9/2/2022 | TERRY L. GARITY | N | Y | Y | N | Y | INVALID | N | |
| 186 | 8/26/2022 | ZBIGNIEW REMBOWSKI | N | Y | Y | N | Y | INVALID | N | |
| 187 | 8/10/2022 | BARBARA SWOFFORD | N | Y | Y | Y | Y | INVALID | N | |
| 188 | 8/22/2022 | BENITA GUERRERO | N | Y | Y | Y | Y | INVALID | N | |
| 189 | 7/13/2022 | CELIA SOLER | N | Y | Y | Y | Y | INVALID | Y | |
| 190 | 8/31/2022 | JENNIFER FINN | Y | Y | Y | N | Y | INVALID | N | |
| 191 | 8/10/2022 | JUDITH COFFREN | N | Y | Y | Y | Y | INVALID | Y | |
| 192 | 9/1/2022 | CHERYL PAUL | Y | Y | Y | N | Y | INVALID;12 MATCHES | N | |
| 193 | 8/11/2022 | DAVID A WARNER | N | Y | Y | N | Y | INVALID;120 MATCHES | N | |
| 194 | 9/6/2022 | JESSE B. BISHOP | N | Y | Y | N | Y | INVALID;15 MATCHES | N | |
| 195 | 8/16/2022 | SUSAN THOMPSON | N | Y | Y | N | Y | INVALID;151 MATCHES | N | |
| 196 | 7/11/2022 | HAROLD D RICE | Y | Y | Y | Y | N | INVALID;16 MATCHES | N | |
| 197 | 8/12/2022 | MICHAEL PRIETO | N | N | Y | N | Y | INVALID;16 MATCHES | N | |
| 198 | 8/9/2022 | EDWARD ROBINSON | N | N | Y | N | N | INVALID;163 MATCHES | N | Y |
| 199 | 7/7/2022 | ERIC D LLOYD | N | Y | Y | N | Y | INVALID;17 MATCHES | Y | |
| 200 | 7/7/2022 | SANDRA A LLOYD | N | Y | Y | N | | INVALID;18 MATCHES | Y | |
| 201 | 9/1/2022 | ANDREW GREENMAN | N | Y | Y | N | Y | INVALID;2 MATCHES | N | |
| 202 | 9/6/2022 | ANITA CULBREATH | N | Y | Y | Y | Y | INVALID;2 MATCHES | N | |
| 203 | 8/10/2022 | CARL E. FILER III | N | Y | Y | N | Y | INVALID;2 MATCHES | N | |
| 204 | 8/30/2022 | CYNTHIA TIFFANY | N | Y | Y | N | Y | INVALID;2 MATCHES | N | |
| 205 | 8/31/2022 | GARY GLESSNER | N | Y | Y | N | Y | INVALID;2 MATCHES | N | |
| 206 | 7/6/2022 | KATHLEEN LANGSTON | | | | | | INVALID;2 MATCHES | Y | Y |
| 207 | 7/25/2022 | ROBERT E. ANDREWS III | N | Y | Y | Y | Y | INVALID;226 MATCHES | N | |
| 208 | 8/10/2022 | DIANE GRIFFIN | N | Y | Y | N | Y | INVALID;25 MATCHES | N | |
| 209 | 8/12/2022 | LYNN E MYERS | N | N | Y | N | N | INVALID;27 MATCHES | N | |
| 210 | 7/8/2022 | JACK SIMMS | N | Y | Y | N | Y | INVALID;3 MATCHES | N | |
| 211 | 9/1/2022 | LISA LARAMEE | N | Y | Y | N | N | INVALID;3 MATCHES | N | |
| 212 | 9/2/2022 | MICHAEL R. GARITY | N | Y | Y | N | Y | INVALID;3 MATCHES | N | |
| 213 | 8/15/2022 | TIMOTHY HARTMAN | N | N | Y | N | Y | INVALID;35 MATCHES | Y | |
| 214 | 9/1/2022 | ERIC MCMICHAEL | N | Y | Y | N | Y | INVALID;4 MATCHES | N | |
| 215 | 8/12/2022 | ZACHARY AINSWORTH | N | Y | Y | N | Y | INVALID;4 MATCHES | N | |
| 216 | 8/27/2022 | BETH KENNEDY | N | Y | Y | N | Y | INVALID;5 MATCHES | N | |
| 217 | 7/19/2022 | KYLE HELM | N | Y | Y | Y | N | INVALID;5 MATCHES | N | |
| 218 | 9/1/2022 | LINDA MCMICHAEL | N | Y | Y | N | Y | INVALID;6 MATCHES | N | |
| 219 | 8/19/2022 | PAUL REMINGTON | N | Y | Y | N | Y | INVALID;6 MATCHES | N | |
| 220 | 8/10/2022 | ROSA SANTANA | N | Y | Y | N | Y | INVALID;6 MATCHES | N | |
| 221 | 8/25/2022 | RYAN HART | N | Y | Y | N | Y | INVALID;63 MATCHES | N | |

**Defective Requests without DoD Match**

| Record | Postmark Date/ Received Date | Name | Date of Birth and Last Four Digits of SSN or Verification Center PIN Provided | Current Address Provided | Request to Opt Out of the Class Specified | Class Membership Statement Provided | Signature | DoD Known, Affected Party List Validation Outcome | Part of Multi-party Request for Exclusion | Deceased Individual |
|---|---|---|---|---|---|---|---|---|---|---|
| 222 | 8/29/2022 | MARY APODACA | N | Y | Y | N | Y | INVALID;8 MATCHES | N | |
| 223 | 9/6/2022 | WILLIAM WILBORN | N | Y | Y | N | Y | INVALID;8 MATCHES | N | |
| 224 | 8/15/2022 | ERIKA HART | N | Y | Y | N | Y | INVALID;9 MATCHES | N | |
| 225 | 8/10/2022 | PAMELA M MITCHELL | N | Y | Y | Y | Y | INVALID;92 MATCHES | N | |