UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ | ) | |
| IN RE: U.S. OFFICE OF | ) | |
| PERSONNEL MANAGEMENT | ) | |
| DATA SECURITY BREACH | ) | |
| LITIGATION | ) | Misc. Action No. 15-1394 (ABJ) |
| _____ | ) | MDL Docket No. 2664 |
|  | ) | |
| This Document Relates To: | ) | |
|  | ) | |
| ALL CASES | ) | |
|  | ) | |
| _____ | ) | |

**ORDER ON ATTORNEYS' FEES,
<u>EXPENSES, AND SERVICE AWARDS</u>**

Before the Court is Plaintiffs' motion for fees, costs, and service awards, seeking attorneys' fees in the amount of $8,545,537.35, costs and expenses in the amount of $174,481.88, and a service award to each named plaintiff of $5,000. Pls.' Mot. for Attorneys' Fees, Expenses, and Service Awards [Dkt. # 197]. Defendants filed a response to the motion, which included a notice of the parties' agreement on the issue of attorneys fees and costs and set forth the government's opposition to service awards for the named plaintiffs. Defs.' Response to Pls.' Mot. [Dkt. # 201]; Notice of Agreement [Dkt. # 201-1]. Plaintiffs replied to the motion. Reply in Supp. of Pls.' Mot. [Dkt. # 203].

Upon consideration of these submissions and the entire record before the Court, and for the reasons stated at the Fairness Hearing held on this date, the Court finds that the attorneys' fees and costs and expenses, as agreed by the parties, are fair and reasonable pursuant to paragraph VI(A) of the Settlement Agreement and Federal Rule of Civil Procedure 23(e)(2)(C)(iii), (h), and that a nominal service award is appropriate. Accordingly, it is ORDERED that plaintiffs' motion is GRANTED IN PART and DENIED IN PART.

It is ORDERED that in, light of the agreement of the parties, Notice of Agreement [Dkt. # 201-1], plaintiffs are awarded **$6,977,347.55** in attorneys' fees and **$133,333.06** in costs and expenses.

It is FURTHER ORDERED that each of the thirty-six named plaintiffs is awarded a service award in the amount of **$1,000.00**.

**SO ORDERED.**

AMY BERMAN JACKSON
United States District Judge

DATE:  October 14, 2022