UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: U.S. OFFICE OF PERSONNEL
MANAGEMENT DATA SECURITY
BREACH LITIGATION

This Document Relates To:

ALL CASES

Misc. Action No. 15-1394 (ABJ)
MDL Docket No. 2664

### NOTICE OF FILING LIST OF OPT-OUT REQUESTERS

Pursuant to the Court's Minute Order issued after today's Fairness Hearing, Plaintiffs append to this filing Attachment 1, which identifies all individuals who requested exclusion from the Class as of the Opt-Out Deadline.

DATED: October 14, 2022

Respectfully submitted,

**GIRARD SHARP LLP**

/s/ *Daniel C. Girard*

Daniel C. Girard
Jordan Elias
601 California Street, Suite 1400
San Francisco, CA 94108
(415) 981-4800
dgirard@girardsharp.com

*Lead Class Counsel*