UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: U.S. OFFICE OF PERSONNEL MANAGEMENT DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br>ALL CASES | Misc. Action No. 15-1394 (ABJ)<br>MDL Docket No. 2664 |

### NOTICE OF FILING LIST OF VALID OPT-OUTS

Following the Court's Minute Order issued on October 17, 2022, Plaintiffs conferred with Defendants and the Settlement Administrator, and append to this filing Appendix 1, which the Parties agree identifies all individuals who made valid opt-out requests as of the Opt-Out Deadline.

DATED: October 21, 2022                                  Respectfully submitted,

**GIRARD SHARP LLP**

/s/ *Daniel C. Girard*
Daniel C. Girard
Jordan Elias
601 California Street, Suite 1400
San Francisco, CA 94108
(415) 981-4800
dgirard@girardsharp.com
jelias@girardsharp.com

*Lead Class Counsel*