# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-5021**  **September Term, 2023**

**1:15-mc-01394-ABJ**

**Filed On: September 13, 2023** [2016788]

In re: U.S. Office of Personnel
Management Data Security Breach
Litigation,

------------------------------

American Federation of Government
Employees, AFL-CIO, et al.,

     Appellees

Carmela Romerio,

     Appellant

   v.

Office of Personnel Management, et al.,

     Appellees

## M A N D A T E

In accordance with the order of July 21, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

             BY:    /s/
                        Daniel J. Reidy
                        Deputy Clerk

Link to the order filed July 21, 2023