UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: U.S. OFFICE OF PERSONNEL
MANAGEMENT DATA SECURITY
BREACH LITIGATION

This Document Relates To:

ALL CASES

Misc. Action No. 15-1394 (ABJ)
MDL Docket No. 2664

## UPDATE REGARDING CLAIMS ADMINISTRATION

Plaintiffs provide the following update regarding the administration of claims submitted under the Settlement. The deadline for submitting a claim was December 22, 2022. As of that date, the Claims Administrator had received 28,154 claims. The Claims Administrator reviewed each claim and evaluated whether it met the criteria for payment under the Settlement. In April 2023, the Claims Administrator sent letters to claimants whose claim was found deficient, identifying the deficiencies and providing them the opportunity to cure. After these claimants supplemented their claims, the Claims Administrator reviewed and evaluated those communications, applying the same standards under the Settlement, and completed that process in August 2023.

Although the Claims Administrator had expected to be able to pay valid claims by September 2023, federal law and the Settlement Agreement preclude the Government from funding the qualified settlement account until the Treasury Department has determined whether an offset must be applied to each claimant's approved award. 31 U.S.C. § 3728; 31 C.F.R. Part

256, Subpart B.[1] To make those determinations under the Treasury Offset Program, including for purposes of any outstanding tax liabilities, the Government requires the Social Security number of each claimant. *See* 31 C.F.R. § 256.13 ("[federal] agencies must include a valid [SSN] on all requests for payment [from the Judgment Fund]" absent exceptions not applicable here); Settlement Agreement § V.C.2 ("The Claims Administrator . . . may request such information from Claimants as is necessary to effectuate payments in accordance with applicable laws and regulations."). The parties therefore approved a further communication to such claimants, sent via email on or about September 21, 2023, alerting them of this issue and requesting that they provide their Social Security number to the Claims Administrator by October 21, 2023. Particularly because this case involved a breach of this same information, the Claims Administrator has offered claimants several options for providing their Social Security number, using either a secure portal established for that purpose on the Settlement website, U.S. mail, or secure email.

After October 21, the Claims Administrator will provide this information to the Government, which will undertake the mandatory process under the Treasury Offset Program of determining any offsets. Once that process has concluded, the Government will fund the qualified settlement account and a first round of payments will be made. This process will be repeated for claimants with valid claims who provide their Social Security number after October 21. After all valid claims have been paid, Plaintiffs and the Government will notify the Court and request the balance of the qualified settlement account be returned to the Government under Section V.C.9 of the Settlement Agreement.

---

[1] Plaintiffs noted the mandatory statutory offset for awards in their Motion for an Order Granting Preliminary Approval (ECF No. 188-1 at 8 n.5), and this requirement is specified in the Settlement Agreement. *See* Settlement Agreement § VII.B ("The awards will also be subject to Treasury Offset Program reporting, as required by federal law.").

DATED: September 26, 2023                Respectfully submitted,

**GIRARD SHARP LLP**

/s/ *Daniel C. Girard*
Daniel C. Girard
Jordan Elias
Simon S. Grille
601 California Street, Suite 1400
San Francisco, CA 94108
(415) 981-4800
dgirard@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com

*Lead Class Counsel*