UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: U.S. OFFICE OF PERSONNEL MANAGEMENT DATA SECURITY BREACH LITIGATION <br><br> This Document Relates To: <br> ALL CASES | Misc. Action No. 15-1394 (ABJ) <br> MDL Docket No. 2664 |

**JOINT STATUS REPORT REGARDING CLAIMS ADMINISTRATION**

Pursuant to the minute order of January 12, 2024, the Parties submit the following update on the status of claim payment and administration under the Settlement.

The Parties appeared before the Court by video conference on February 15, 2024 to respond to the Court's questions concerning class member communications. Since then, Class Counsel continue to receive inquiries from class members and have either responded to their questions or directed them to the Claims Administrator. Many claimants have been advised to provide their SSN information necessary to complete their claim.

The Claims Administrator continues to send Settlement payments on a rolling basis to eligible claimants, continuing the process that began in December 2023. Claimants continue to complete their claims and provide their SSNs, and the Claims Administrator in turn has been forwarding that information to the Department of the Treasury to determine whether a given claimant has any outstanding tax or other liabilities to the Government that require an offset. This process is expected to continue for several weeks, but the Claims Administrator is making steady

progress in completing claims administration, while giving claimants a full opportunity to cure defective claims and satisfy the informational requirements to complete payment to them.

The third round of payments for over 2,000 claims is in process. Fewer than 200 claims remain under review or in appeal status. Fewer than 500 claimants submitted payable claims but still need to provide a Social Security number for Treasury's review before they can be paid; final outreach is in process for these claims and the Claims Administrator expects to complete them in the coming months.

The Parties accordingly propose June 10, 2024 (90 days from this filing) as the due date for the next Joint Status Report on the claim process.

DATED: March 11, 2024                Respectfully submitted,

By: /s/ *Daniel C. Girard*
Daniel C. Girard
GIRARD | SHARP
601 California Street, Suite 1400
San Francisco, CA 94108
415.981.4800 (main)
415.544.6421 (direct)
dgirard@girardsharp.com

*Lead Class Counsel*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
Senior Trial Counsel
U. S. Dept. of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, D.C. 20005

Tel.    (202) 514-1944
Joseph.Borson@usdoj.gov

*Counsel for the Government Defendant*

3