**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| IN RE: U.S. OFFICE OF PERSONNEL MANAGEMENT DATA SECURITY BREACH LITIGATION |
| This Document Relates To: ALL CASES |

Misc. Action No. 15-1394 (ABJ)
MDL Docket No. 2664

**JOINT STATUS REPORT REGARDING CLAIMS ADMINISTRATION**

Pursuant to the minute order of March 13, 2024, the Parties submit the following update on the status of claim payment and administration under the Settlement.

The Claims Administrator intends to resolve all remaining claims and submit a final funding list to Treasury within 30 days. Final payments will be made approximately 30 days later. The Claims Administrator will then wait 180 days (the time after which uncashed checks are void) to close the matter. Any remaining funds will revert to the U.S. Treasury in early 2025. Class Counsel are receiving a diminishing number of inquiries from class members and responding as appropriate.

As this matter is approaching the final stage of claim administration, the Parties propose that they be directed to file no later than September 9, 2024, a final Joint Status Report confirming that payment has been made to all eligible claimants or otherwise reporting to the Court.

DATED: June 10, 2024                    Respectfully submitted,

                                        By: /s/ *Daniel C. Girard*
                                        Daniel C. Girard
                                        GIRARD | SHARP
                                        601 California Street, Suite 1400
                                        San Francisco, CA 94108
                                        415.981.4800 (main)
                                        415.544.6421 (direct)
                                        dgirard@girardsharp.com

                                        *Lead Class Counsel*

                                        BRIAN M. BOYNTON
                                        Principal Deputy Assistant Attorney General


                                        */s/ Elizabeth J. Shapiro*
                                        ELIZABETH J. SHAPIRO (D.C. Bar 418925)
                                        JOSEPH E. BORSON (Va. Bar No. 85519)
                                        U. S. Dept. of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L St., NW
                                        Washington, D.C. 20005
                                        Tel: 202.514.5302
                                        Elizabeth.Shapiro@usdoj.gov

                                        *Counsel for the Government Defendant.*

2