# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: U.S. OFFICE OF PERSONNEL MANAGEMENT DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br>ALL CASES | Misc. Action No. 15-1394 (ABJ)<br>MDL Docket No. 2664 |

## ORDER

It is HEREBY ORDERED that [Dkt. # 226] the Joint Motion for Return of Unclaimed Funds to the United States Treasury is GRANTED. It is FURTHER ORDERED that, in accordance with Section V.C.9 of the Settlement Agreement, all funds remaining in the Settlement Account—or funds that are later returned to the Settlement Account as unclaimed after the issued payment to the claimant becomes void—shall be returned to the United States Treasury. No funds shall be returned before January 2, 2025.

DATE: December 10, 2024

_____
UNITED STATES DISTRICT JUDGE